Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Finjan, Inc., <br><br> Plaintiff(s), <br><br> v. <br><br> Cisco Systems, Inc., <br><br> Defendant(s). | Case No: 5:17-cv-72-BLF <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

I, __L. Norwood Jameson__, an active member in good standing of the bar of __Georgia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __Defendant Cisco Systems, Inc.__ in the above-entitled action. My local co-counsel in this case is __Patrick S. Salceda__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1075 Peachtree Street NE, Suite 2000 <br> Atlanta, Georgia  30309 | Spear Tower, One Market Plaza, Ste. 2200 <br> San Francisco, CA  94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (404) 253-6900 | (415) 957-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| wjameson@duanemorris.com | psalceda@duanemorris.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __003970__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/06/17                                               __L. Norwood Jameson__
                                                                              APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __L. Norwood Jameson__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 6, 2017                                  *[signature]*
                                                                     UNITED STATES DISTRICT/MAGISTRATE JUDGE