Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC., a Delaware Corporation,

    Plaintiff(s),

v.

CISCO SYSTEMS, INC., a California Corporation,

    Defendant(s).

Case No: 5:17-cv-00072

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David C. Dotson, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Cisco Systems, Inc. in the above-entitled action. My local co-counsel in this case is Patrick S. Salceda, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
One Market Plaza, Spear Tower, Suite 2200
San Francisco, CA 94105

MY TELEPHONE # OF RECORD:
(404) 253-6900

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 957-3000

MY EMAIL ADDRESS OF RECORD:
dcdotson@duanemorris.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
psalceda@duanemorris.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 138040.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/06/2017

    David C. Dotson
    APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David C. Dotson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 6, 2017

    *[signature]*
    UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER      October 2012