Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC., a Delaware
Corporation,

                    Plaintiff(s),

      v.

CISCO SYSTEMS, INC., a California
Corporation,

                  Defendant(s).

Case No: 5:17-cv-00072

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jennifer H. Forte, an active member in good standing of the bar of Georgia, hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing: Cisco Systems, Inc. in the above-entitled action. My local co-counsel in this case is Patrick S. Salceda, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1075 Peachtree Street NE, Suite 2000<br>Atlanta, GA 30309 | One Market Plaza, Spear Tower, Suite 2200<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(404) 253-6900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 957-3000 |
| MY EMAIL ADDRESS OF RECORD:<br>jhforte@duanemorris.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>psalceda@duanemorris.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 940650.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  03/06/2017

                        Jennifer H. Forte
                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jennifer H. Forte is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 6, 2017

                          UNITED STATES DISTRICT/MAGISTRATE JUDGE