Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC., a Delware Corporation,

Plaintiff(s),

v.

CISCO SYSTEMS, INC., a California Corporation,

Defendant(s).

Case No: 5:17-cv-72-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Joseph A. Powers, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Cisco Systems, Inc. in the above-entitled action. My local co-counsel in this case is Patrick S. Salceda, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 30 South 17th Street<br>Philadelphia, PA 19103 | One Market Plaza, Spear Tower, Suite 2200<br>San Francisco, CA 94105 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (215) 979-1842 | (415) 957-3000 |
| My email address of record: | Local co-counsel's email address of record: |
| japowers@duanemorris.com | psalceda@duanemorris.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 84590.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  03/06/2017

Joseph A. Powers
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Joseph A. Powers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 6, 2017

*[signature]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE