Reset Form

1                       UNITED STATES DISTRICT COURT

2                      NORTHERN DISTRICT OF CALIFORNIA

3   Finjan, Inc.,                        )
                                          )  Case No: 5:17-cv-00072-B
4                                         )
                    Plaintiff(s),         )
5                                         )  **APPLICATION FOR**
         v.                               )  **ADMISSION OF ATTORNEY**
6   Cisco Systems, Inc.,                  )  **PRO HAC VICE**
                                          )  (CIVIL LOCAL RULE 11-3)
7                                         )
                    Defendant(s).         )
8   _____

9       I, Benu Wells_____, an active member in good standing of the bar of
    New York Ct. of Appeals_____, hereby respectfully apply for admission to practice *pro hac vice* in the
10  Northern District of California representing: Plaintiff, Finjan, Inc._____ in the
    above-entitled action. My local co-counsel in this case is Lisa Kobialka_____, an
11  attorney who is a member of the bar of this Court in good standing and who maintains an office
    within the State of California.
12

13  | MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
    |---|---|
14  | Kramer Levin Naftalis & Frankel LLP | Kramer Levin Naftalis & Frankel LLP |
    | 1177 Avenue of the Americas, NY, NY 10036 | 990 Marsh Road, Menlo Park, CA 94025 |
15  | MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
    | (212) 715-9100 | (650) 752-1700 |
16  | MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
    | bwells@kramerlevin.com | lkobialka@kramerlevin.com |

17      I am an active member in good standing of a United States Court or of the highest court of
    another State or the District of Columbia, as indicated above; my bar number is: NY 4146163 .
18      A true and correct copy of a certificate of good standing or equivalent official document from said
    bar is attached to this application.
19      I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
    Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.
20
        *I declare under penalty of perjury that the foregoing is true and correct*.
21
        Dated: 06/05/17                                 Benu Wells
22                                                _____
                                                         APPLICANT
23  ================================================================

                        **ORDER GRANTING APPLICATION**
24                **FOR ADMISSION OF ATTORNEY PRO HAC VICE**

25      IT IS HEREBY ORDERED THAT the application of Benu Wells_____ is granted,
    subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
26  appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
    designated in the application will constitute notice to the party.
27

28  Dated: June 6, 2017
                                                  /s/ Beth Labson Freeman
                                            _____
                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE

    *PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*