PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

DUANE MORRIS LLP
Patrick S. Salceda (CA SBN 247978)
psalceda@duanemorris.com
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: 415.957.3000
Facsimile: 650.618.2713

*Attorneys for Defendant*
CISCO SYSTEMS, INC.

(Complete list of counsel for Defendant on signature page)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

FINJAN, INC., a Delaware Corporation,

Plaintiff,

v.

CISCO SYSTEMS, INC.,

Defendant.

Case No.: 5:17-cv-00072-BLF-SVK

**JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT PURSUANT TO DKT. NO. 70**

Pursuant to the Joint Stipulated Case Schedule As Modified By The Court (Dkt. No. 70) and Patent L.R. 4-3, Plaintiff Finjan, Inc. ("Finjan") and Defendant Cisco Systems, Inc. ("Cisco" or "Defendant") hereby submit this Joint Claim Construction and Pre-Hearing Statement.

## I. PATENT L.R. 4-3(a): PROPOSED CONSTRUCTION OF EACH DISPUTED TERM.

The parties' agreed upon claim constructions are provided below.

| U.S. Patent No. 6,154,844 | | |
|---|---|---|
| **Claim Term** | **Claim(s)** | **Agreed Construction** |
| Downloadable | 1, 15, 43 | an executable application program, which is downloaded from a source computer and run on the destination computer. |

| U.S. Patent No. 8,677,494 | | |
|---|---|---|
| **Claim Term** | **Claim(s)** | **Agreed Construction** |
| Downloadable | 10 | an executable application program, which is downloaded from a source computer and run on the destination computer |
| database | 10 | a collection of interrelated data organized according to a database schema to serve one or more applications |

| U.S. Patent No. 6,804,780 | | |
|---|---|---|
| **Claim Term** | **Claim(s)** | **Agreed Construction** |
| "Downloadable" | 1, 9, 17, 18 | an executable application program, which is downloaded from a source computer and run on the destination computer. |

## II. PATENT L.R. 4-3(b): PROPOSED CONSTRUCTION OF EACH DISPUTED TERM.

The parties' proposed additional claim constructions are provided below. All supporting evidence for the parties' claim constructions is provided in Exhibit A. The parties reserve their rights to cite additional supporting evidence based on arguments raised in the claim construction briefs.

| U.S. Patent No. 6,154,844 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| inspector | 1, 15, 43 | No construction necessary – Plain and ordinary meaning. | external server that is not a network gateway for performing content inspection |

| U.S. Patent No. 6,154,844 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| | | | of a Downloadable |
| web server | 1, 15, 43 | No construction necessary – Plain and ordinary meaning. | web server that is not a network gateway |
| Downloadable security profile that identifies suspicious code in [the/a] [received] Downloadable | 1, 15, 43 | No construction necessary – Plain and ordinary meaning. | a profile that includes a list of code within [the/a] [received] Downloadable for performing undesirable, hostile, or potentially hostile suspicious operations |
| before a web server makes the Downloadable available to web clients | 1, 15, 43 | No construction necessary – Plain and ordinary meaning. Plain and ordinary meaning of "web client" is "an application on the computer of an end user that requests a Downloadable from the web server." | before any web server makes the Downloadable available to any web client |
| content inspection engine for using the first rule set to generate a first Downloadable security profile that identifies suspicious code in a Downloadable, and for linking the first Downloadable security profile to the Downloadable before a web server makes the Downloadable available to web clients | 15 | No construction necessary – Plain and ordinary meaning. | software running on an external server that is not a network gateway for performing content inspection of a Downloadable that performs the functions recited in the claim<br><br>*Subject to the constructions for terms within the recited functions |
| means for receiving a Downloadable | 43 | Governed by 35 U.S.C. § 112(6):<br><br>**Function:** receiving a Downloadable | Governed by 35 U.S.C. § 112(6):<br><br>**Function**:<br>receiving a Downloadable<br><br>**Structure**: |

| U.S. Patent No. 6,154,844 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| | | **Structure:** Downloadable file interceptor | inspector 125 that is external to a network gateway |
| means for generating a first Downloadable security profile that identifies suspicious code in the received Downloadable | 43 | Governed by 35 U.S.C. § 112(6):<br><br>**Function:** generating a first Downloadable security profile that identifies suspicious code in the received Downloadable<br><br>**Structure:** content inspection engine programmed to perform the algorithm disclosed at Col. 8, lines 51-60 of the '844 Patent | Governed by 35 U.S.C. § 112(6):<br><br>**Function**: "generating a first [Downloadable security profile that identifies suspicious code in the received Downloadable]<br><br>**Structure**: Content inspection engine 160 of inspector 125 programmed to perform the algorithm disclosed at 8:49-60 of the '844 patent and 5:36-47, 5:54-57, 8:23-24, 9:20-42, and Fig. 7 of U.S. Patent No. 6,092,194 |
| means for linking the first Downloadable security profile to the Downloadable before a web server makes the Downloadable available to web clients | 43 | Governed by 35 U.S.C. § 112(6):<br><br>**Function:** linking the first Downloadable security profile to the Downloadable before a web server makes the Downloadable available to web clients<br><br>**Structure:** content inspection engine programmed to perform the algorithm of step 630 disclosed at Fig. 6; col. 8, lines 65-67; and col. 6, lines 13-24 | Governed by 35 U.S.C. § 112(6):<br><br>**Function**: "linking the first Downloadable security profile to the Downloadable [before a web server makes the Downloadable available to web clients]"<br><br>**Structure**: Content inspection engine 160 of inspector 125 programmed to perform step 630 of FIG. 6, disclosed at 8:65-67 and col. 6, lines 13-20. Specifically, attaching a Downloadable security profile to the Downloadable (col. 8, lines 65-67 and col. 6, lines 13-18) or attaching to the Downloadable a pointer that points to a stored Downloadable security profile (col. 6, lines 18-20). |
| receiving…; generating…; and linking…." | 1 | No construction necessary – Plain and ordinary meaning. | Order of steps is performed as recited in the claim. |

| U.S. Patent No. 8,677,494 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| Downloadable scanner | 10 | No construction necessary – Plain and ordinary meaning. | software for disassembling machine code of a Downloadable and resolving commands to identify suspicious operations in the Downloadable |

| U.S. Patent No. 6,804,780 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| "obtaining…; fetching…; and performing…." | 1 | No construction necessary – Plain and ordinary meaning. | Order of steps is performed as recited in the claim. |
| "software component[s]" | 1, 9, 17, 18 | No construction necessary – Plain and ordinary meaning. | code module required to be included within a Downloadable for execution as part of the Downloadable |
| "performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID" | 1, 9, 17, 18 | performing a hashing function on the Downloadable together with its fetched software components to generate a Downloadable ID | performing a hashing function on the Downloadable together with its fetched software components to generate a unique and reproducible number or string that is the same whether the software components are referenced by the Downloadable and or are included with the Downloadable |
| "means for fetching at least one software component identified by the one or more references" | 17 | Governed by 35 U.S.C. § 112(6):<br><br>**Function**: fetching at least one software component identified by the one or more references<br><br>**Structure:** ID generator programmed to perform the algorithm of step 820 disclosed at Fig. 8; col. 9, lines 62-63; and col. 4, lines 56-66. | Governed by 35 U.S.C. § 112(6):<br><br>**Function**:<br>"fetching at least one software component identified by the one or more references"<br><br>**Structure**:<br>Indefinite |
| "means for performing a | 17 | Governed by 35 U.S.C. § 112(6): | Governed by 35 U.S.C. § 112(6): |

| U.S. Patent No. 6,804,780 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| hashing function on the Downloadable and the fetched software components to generate a Downloadable ID" | | **Function:** performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID<br><br>**Structure:** ID generator programmed to perform the algorithm of step 840 disclosed at Fig. 8; col. 9, lines 65-67. | **Function**: "performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID"<br><br>*This function is subject to the construction identified elsewhere herein<br><br>**Structure:**<br>ID generator 315 programmed to perform algorithm of steps 830 and 840 described at 9:62-67. |
| "means for obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable" | 17 | Governed by 35 U.S.C. § 112(6):<br><br>**Function:** obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable<br><br>**Structure:** ID generator programmed to perform the algorithm of step 810 disclosed at Fig. 8; col. 4, lines 50-54; col. 9, lines 58-61 | Governed by 35 U.S.C. § 112(6):<br><br>**Function:**<br>obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable<br><br>**Structure:**<br>Indefinite |
| "communications engine for obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable" | 9 | No construction necessary – Plain and ordinary meaning. | Governed by 35 U.S.C. § 112(6):<br><br>**Function:**<br>obtaining a Downloadable that includes one or more references to software components required to be executed by the Downloadable<br><br>**Structure:**<br><br>Indefinite |
| "ID generator coupled to the | 9 | No construction necessary – Plain and ordinary | Governed by 35 U.S.C. § 112(6): |

| U.S. Patent No. 6,804,780 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| communications engine that fetches at least one software component identified by the one or more references" | | meaning. | **Function:**<br>fetching at least one software component identified by the one or more references<br><br>**Structure:**<br>Indefinite |

| U.S. Patent No. 8,141,154 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| "a call to a first function" | 1 | No construction necessary – Plain and ordinary meaning. | a statement or instruction in a program requesting the services of a particular (i.e., first) function |
| "a first function" | 1 | No construction necessary – Plain and ordinary meaning. | substitute function |
| "a second function" | 1 | No construction necessary – Plain and ordinary meaning. | original function, which is different than the first function |

| U.S. Patent No. 7,647,633 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| "mobile protection code" | 1, 8, 13, 14 | code that, at runtime, monitors or intercepts actually or potentially malicious code operations without modifying the code operations | mobile executable code that, at runtime, monitors for and intercepts actually or potentially malicious code operations |
| "information-destination of the downloadable-information" | 1, 8, 13 | No construction necessary – Plain and ordinary meaning. The plain and ordinary meaning of the terms "information-destination" and "downloadable-information destination" is a device or process that is capable of receiving and initiating or otherwise hosting a mobile code execution. | client(s) that originally requested, and is the final destination for, the downloadable-information |
| "downloadable-information destination" | 14 | | |

| U.S. Patent No. 7,647,633 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| | | | |
| "determining … whether the downloadable-information includes executable code" | 1, 8, 13 | No construction necessary – Plain and ordinary meaning. | distinguishing between two alternative possibilities: executable code is included in the downloadable-information, and executable code is not included in the downloadable-information |
| "information re-communicator" | 2, 3, 9, 10 | No construction necessary – Plain and ordinary meaning. | server |
| "means for receiving downloadable-information" | 13 | Governed by 35 U.S.C. § 112(6):<br><br>**Function:** receiving downloadable-information<br><br>**Structure:** re-communicating device | Governed by 35 U.S.C. § 112(6):<br><br>**Function:**<br>receiving downloadable-information<br><br>**Structure:**<br>server |
| "means for determining whether the downloadable-information includes executable code" | 13 | Governed by 35 U.S.C. § 112(6):<br><br>**Function:** determining whether the downloadable-information includes executable code<br><br>**Structure:** code detection engine to perform the algorithm of col. 2 at 63-66, col. 14, line 58 to col. 15, line 8 or col. 16, lines 16-27. | Governed by 35 U.S.C. § 112(6):<br><br>**Function:**<br>determining whether the downloadable-information includes executable code<br><br>**Structure:**<br>sever with content inspection engine for performing algorithm of FIG. 10a described at 19:18-47 |
| "means for causing mobile protection code to be communicated to at least one information-destination of the downloadable-information, if the downloadable-information is determined to include | 13 | Governed by 35 U.S.C. § 112(6):<br><br>**Function:** if the downloadable-information is determined to include executable code, causing mobile protection code to be communicated to at least one information-destination of the downloadable-information without modifying the executable | Governed by 35 U.S.C. § 112(6):<br><br>**Function:**<br>causing mobile protection code to be communicated to at least one information-destination of the downloadable-information, if the downloadable-information is determined to include executable code<br><br>**Structure:**<br>server with packaging engine 403 |

| U.S. Patent No. 7,647,633 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| executable code" | | code<br><br>**Structure:** transfer engine programmed to perform the algorithm of col. 14, lines 24-36. | of FIG. 4 performing the algorithm described at 12:38-12:64 and 13:19-13:41 |
| "A computer program product, comprising a computer usable medium having a computer readable program code therein,<br>the computer readable program code adapted to be executed for computer security, the method comprising:" | 14 | "A computer program product, comprising a computer usable<br>medium having a computer readable program code therein,<br>the computer readable program code adapted to be executed for computer security, comprising:" | Indefinite under *IPXL* (mixed statutory classes) and *Nautilus* |
| "A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, the method comprising: providing a system…; receiving …; and causing …" | 14 | "A computer program product, comprising a computer usable<br>medium having a computer readable program code therein,<br>the computer readable program code adapted to be executed for computer security, comprising: providing a system…; receiving …; and causing …" | Indefinite under *Nautilus* standard |
| "causing mobile protection code to be executed by the mobile code executor at a | 14 | No construction necessary – Plain and ordinary meaning. | packaging mobile protection code with the downloadable-information such that upon receipt of the package the mobile protection code is initiated by the |

| U.S. Patent No. 7,647,633 | | | |
|---|---|---|---|
| **Claim Term** | **Claim(s)** | **Finjan's Proposed Construction** | **Defendants' Proposed Construction** |
| downloadable-information destination" | | | mobile code executor at the downloadable-information destination before initiating the downloadable-information |

**III. PATENT L.R. 4-3(c): IDENTIFICATION OF 10 TERMS WHOSE CONSTRUCTION WILL BE MOST SIGNIFICANT TO RESOLUTION OF THE CASE.**

The parties hereby identify in the table below five (5) terms each for a total of ten (10) terms per Patent L.R. 4-3(c):

| **No.** | **Patent [Claim]** | **Term** | **Identifying Party** |
|---|---|---|---|
| 1 | '844 patent [43] | means for receiving a Downloadable | Finjan |
| 2 | '844 patent [43] | means for generating a first Downloadable security profile that identifies suspicious code in the received Downloadable | Finjan |
| 3 | '844 patent [43] | means for linking the first Downloadable security profile to the Downloadable before a web server makes the Downloadable available to web clients | Finjan |
| 4 | '844 patent: [1, 15, 43] | before a web server makes the Downloadable available to web clients | Cisco |
| 5 | '633 patent: [13] | means for determining whether the downloadable-information includes executable code | Finjan |
| 6 | '633 patent: [13] | means for causing mobile protection code to be communicated to at least one information-destination of the downloadable-information, if the downloadable- information is determined to include executable code | Finjan |
| 7 | '633 patent: [1, 8, 13/14] | information-destination of the downloadable-information"/"downloadable-information destination | Cisco |
| 8 | '494 patent: [10] | Downloadable scanner | Cisco |
| 9 | '780 patent [1, 9, 17, 18] | performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID | Cisco |
| 10 | '154 patent: [1] | a first function/a second function | Cisco |

**Finjan's Statement:**

Finjan does not consider any of the disputed terms significant or case or claim dispositive.

**Cisco's Statement:**

Cisco believes each of the ten (10) terms listed above is claim dispositive individually and case dispositive in the aggregate.

**Cisco's Additional Statement:**

In addition to the ten (10) terms identified above by the parties under Patent L.R. 4-3(c), Cisco believes that there is a fundamental dispute that must be resolved by the Court under *O2 Micro Int'l v. Beyond Innovation Tech. Co.*, regarding the additional terms listed in Exhibit A that are not in the list of ten (10) terms identified above. Of these terms, Cisco believes that the sub-set of terms listed below are most important, as their constructions are claim dispositive. Cisco will seek leave of Court to brief more than the ten (10) terms identified jointly by the parties.

**A.** **'844 patent**

1. "inspector" (claims 1, 15, 43)

2. "Downloadable security profile that identifies suspicious code in [the/a] [received] Downloadable" (claims 1, 15, 43)

3. "content inspection engine for using the first rule set to generate a first Downloadable security profile that identifies suspicious code in a Downloadable, and for linking the first Downloadable security profile to the Downloadable before a web server makes the Downloadable available to web clients" (claim 15)

**B.** **'780 patent**

4. "software components" (claims 1, 9, 17 and 18)

5. "means for performing a hashing function on the Downloadable and the fetched software components to generate a Downloadable ID" (claim 17)

**C.** **'154 patent**

6. "a call to a first function" (claim 1)

**D. ’633 patent**

7. “mobile protection code” (claims 1, 8, 13, 14)

8. “determining … whether the downloadable-information includes executable code” (claim 1, 8, 13)

9. Indefiniteness (claim 14):

   a. “A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, the method comprising:”

   b. “A computer program product, comprising a computer usable medium having a computer readable program code therein, the computer readable program code adapted to be executed for computer security, the method comprising: providing a system…; receiving …; and causing …”

10. “causing mobile protection code to be executed by the mobile code executor at a downloadable-information destination” (claim 14)

## IV. PATENT L.R. 4-3(d): TIME FOR CLAIM CONSTRUCTION HEARING.

The parties anticipate that they will not require more than three (3) hours for the entire claim construction hearing.

## V. PATENT L.R. 4-3(e): WITNESSES AT CLAIM CONSTRUCTION HEARING.

**Finjan’s Statement:**

Finjan intends to offer a declaration and may present live witness testimony from Dr. Nenad Medvidovic, University of Southern California, 941 Bloom Walk, Los Angeles, CA 90089, regarding a tutorial of the relevant technology, the technical background of the asserted patents, the qualifications of one of skill in the art at the time of the inventions, how the above terms are understood by one of skill in the art, and to support Finjan’s claim construction positions. Furthermore, Dr. Nenad Medvidovic will and rebut any testimony or opinions offered by Defendant’s expert witness.

**Defendant’s Statement:**

Cisco intends to offer a declaration and may present live witness testimony from Dr. Paul Clark, Secure Methods, Inc., 4705 Broad Brook Drive, Bethesda, Maryland 20814, regarding a tutorial of the relevant technology, the technical background of the asserted patents, the qualifications of one of skill in the art at the time of the inventions, how the above terms are understood by one of skill in

the art, and to support Cisco's claim construction positions. Furthermore, Dr. Paul Clark will rebut any testimony or opinions offered by Finjan's expert witness.

Respectfully submitted,

Dated: November 20, 2017

By: *\/s/ Lisa Kobialka*

Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated: November 20, 2017

By: */s/ Jarrad M. Gunther*

Patrick S. Salceda
Email: psalceda@duanemorris.com
**Duane Morris LLP**
One Market Plaza
Spear Tower, Suite 2200
San Francisco, CA 94105
Telephone: 415.957.3000
Facsimile: 650.618.2713

L. Norwood Jameson (admitted *pro hac vice*)
Email: wjameson@duanemorris.com
Matthew C. Gaudet (admitted *pro hac vice*)
Email: mcgaudet@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
Email: dcdotson@duanemorris.com
Jennifer H. Forte (admitted *pro hac vice*)
Email: jhforte@duanemorris.com
**Duane Morris LLP**
1075 Peachtree Street, Ste. 2000
Atlanta, GA 30309
Telephone: 404.253.6901
Facsimile: 404.253.6901

Joseph A. Powers (admitted *pro hac vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (admitted *pro hac vice*)
Email: jmgunther@duanemorris.com
**Duane Morris LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

*Counsel for Defendant Cisco Systems, Inc.*

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Lisa Kobialka*
Lisa Kobialka