PAUL J. ANDRE (CBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (CBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (CBN 237978)
jhannah@kramerlevin.com
Kristopher Kastens (CBN 254797)
kkastens@kramerlevin.com
**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Benu Wells (NYSB 4146163)
(admitted *pro hac vice*)
**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-7590
Facsimile: (212) 715-8314
bwells@kramerlevin.com

*Counsel for Plaintiff
Finjan, Inc.*

**DUANE MORRIS LLP**
Patrick S. Salceda (CBN 247978)
psalceda@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  415.957.3000
Facsimile:  650.618.2713

*Counsel for Defendant
Cisco Systems, Inc.*

(Complete list of counsel for Defendant on signature page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.,<br>a California Corporation<br><br>　　　　　　Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>**STIPULATION AND [PROPOSED]<br>ORDER ADVANCING CLAIM<br>CONSTRUCTION TUTORIAL (L.R. 6-2(a))** |

1   Pursuant to Civil Local Rule 6-2(a) Plaintiff Finjan, Inc. ("Finjan") and Defendant Cisco
2   Systems, Inc. ("Cisco") submit this Stipulation and [Proposed] Order Advancing the Claim
3   Construction Tutorial from June 15, 2018 to June 7, 2018.
4   WHEREAS, due to the likely unavailability of Cisco's lead counsel resulting from a
5   scheduled trial in *Oyster Optics, LLC v. Cisco Systems, Inc. et al.*, C.A. No. 2:16-cv-01301-JRG
6   (E.D. Tex.), the parties submitted a Stipulation and [Proposed] Order Continuing the Claim
7   Construction Tutorial from June 7, 2018 to June 12, 2018 (Dkt. No. 113).
8   WHEREAS, on April 12, 2018, the Court issued its Order Denying Stipulation to Continue
9   Claim Construction Tutorial; And Resetting Claim Construction Tutorial to June 15, 2018 at 9:00
10  a.m. (Dkt. No. 115) (hereinafter "Claim Construction Tutorial Order").  In its Claim Construction
11  Tutorial Order, the Court advised that the Claim Construction Tutorial and Claim Construction
12  Hearing may be reset to new dates in November 2018 subject to the Court's availability.  (*Id.*)
13  WHEREAS, the parties met and conferred on April 13, 2018 to discuss the Court's Claim
14  Construction Tutorial Order.  While Cisco preferred to re-set the Claim Construction Tutorial and
15  Claim Construction Hearing to new dates in November 2018 given the Joint Stipulated Case
16  Schedule, Finjan preferred to proceed with the Claim Construction Tutorial and Claim Construction
17  Hearing on June 15, 2018.
18  WHEREAS, in view of the number of patents currently at issue (five), Cisco prefers that the
19  Claim Construction Tutorial remain on June 7, 2018, as originally scheduled by the Court (Dkt. Nos.
20  70, 78, 102), and Cisco will make arrangements to have a different set of lawyers present at the Claim
21  Construction Tutorial.  Finjan agreed to this approach.
22  WHEREAS, the proposed modifications will not alter any other deadlines (except for those
23  identified herein) already fixed by the Court or set by the Federal Rules of Civil Procedure, including
24  the Claim Construction Hearing on June 15, 2018.
25  //
26  //
27  //
28

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and Cisco that:

- The Claim Construction Tutorial be advanced from June 15, 2018 at 9:00 a.m. to June 7, 2018 at 1:30 p.m., as originally set by the Court in the Joint Stipulated Case Schedule (Dkt. No. 70) and subsequent modifications thereto (Dkt. Nos. 78 and 102).

Dated:    April 13, 2018                                      Respectfully submitted,

| | |
|---|---|
| /s/ James Hannah | /s/ Patrick S. Salceda |
| Paul Andre | Patrick S. Salceda |
| Lisa Kobialka | Email:  psalceda@duanemorris.com |
| James Hannah | DUANE MORRIS LLP |
| Kristopher Kastens | Spear Tower |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | One Market Plaza, Suite 2200 |
| 990 Marsh Road | San Francisco, CA  94105-1127 |
| Menlo Park, CA 94025 | Telephone: 415.957.3000 |
| Telephone: (650) 752-1700 | Facsimile: 650.618.2713 |
| Facsimile: (650) 752-1800 | |
| pandre@kramerlevin.com | L. Norwood Jameson (admitted *pro hac vice*) |
| lkobialka@kramerlevin.com | Email:  wjameson@duanemorris.com |
| jhannah@kramerlevin.com | Matthew C. Gaudet (admitted *pro hac vice*) |
| kkastens@kramerlevin.com | Email:  mcgaudet@duanemorris.com |
| | David C. Dotson (admitted *pro hac vice*) |
| Benu Wells (admitted *pro hac vice*) | Email:  dcdotson@duanemorris.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | Jennifer H. Forte (admitted *pro hac vice*) |
| 1177 Avenue of the Americas | Email:  jhforte@duanemorris.com |
| New York, New York 10036 | DUANE MORRIS LLP |
| Telephone: (212) 715-7590 | 1075 Peachtree Street, Ste. 2000 |
| Facsimile: (212) 715-8314 | Atlanta, GA  30309 |
| bwells@kramerlevin.com | Telephone: 404.253.6900 |
| | Facsimile: 404.253.6901 |
| *Counsel for Plaintiff* | Joseph A. Powers (admitted *pro hac vice*) |
| *Finjan, Inc.* | Email:  japowers@duanemorris.com |
| | Jarrad M. Gunther (admitted *pro hac vice*) |
| | Email: jmgunther@duanemorris.com |
| | DUANE MORRIS LLP |
| | 30 South 17th Street |
| | Philadelphia, PA  19103 |
| | Telephone: 215.979.1000 |
| | Facsimile: 215.979.1020 |
| | |
| | *Counsel for Defendant* |
| | *Cisco Systems, Inc.* |

**[PROPOSED] ORDER**

The Court, having read and considered the parties' Stipulation, and finding good cause in support thereof, hereby orders the following:

- The Claim Construction Tutorial shall be advanced from June 15, 2018 at 9:00 a.m. to June 7, 2018 at 1:30 p.m.

IT IS SO ORDERED

Dated: April 13, 2018

*Beth Labson Freeman* (signature)
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT JUDGE