**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS INC.,<br><br>　　　　Defendant. | Case No. 17-cv-00072-BLF<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[Re: ECF 122] |

On May 1, 2018, Plaintiff Finjan, Inc. ("Finjan") submitted an administrative motion to file under seal portions of its Reply Claim Construction Brief and accompanying Exhibit 1 to the Declaration of James Hannah.  Mot., ECF 122.  Finjan states that the portions sought to be sealed have been designated as confidential by Defendant Cisco Systems, Inc. ("Cisco").  Hannah Decl. ¶¶ 3–5, ECF 122-1.

Parties moving to seal documents must comply with the procedures established by Civ. L.R. 79-5.  Under the Local Rules, "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable."  Civ. L.R. 79-5(e)(1).

On May 5, 2018, Cisco submitted a notice stating that the portions sought to be sealed do not "discuss any confidential information warranting exclusion from the public record."  ECF 125.  Because Cisco, the designating party, represents that the information in the documents submitted by Finjan does not warrant sealing, Finjan's motion to seal is hereby DENIED.

For any request that has been denied because the party designating a document as confidential or subject to a protective order has not provided sufficient reasons to seal, the

1  submitting party must file the unredacted (or lesser redacted) documents into the public record no
2  earlier than 4 days and no later than 10 days from the filing of this order.
3  **IT IS SO ORDERED.**

5  Dated: May 8, 2018

_____
BETH LABSON FREEMAN
United States District Judge