UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>        Defendant. | Case No. 17-cv-00072-BLF (SVK)<br><br>**ORDER DENYING PLAINTIFF FINJAN, INC.'S ADMINISTRATIVE MOTION TO FILE JOINT STATEMENT OF DISCOVERY DISPUTE UNDER SEAL**<br><br>Re: Dkt. No. 174 |

Before the Court is Plaintiff Finjan, Inc.'s Administrative Motion to File Under Seal. ECF 174. The motion seeks to seal limited portions of the parties' Joint Statement of Discovery Dispute (ECF 175). Finjan seeks to seal these materials on the grounds that they quote from documents that Cisco Systems, Inc. ("Cisco") has designated as "Highly Confidential —Attorneys' Eyes Only" under the Protective Order in this case. However, Cisco has informed the Court that as the designating party, Cisco has reviewed the items lodged conditionally under seal and does not believe that they discuss confidential information with sufficient specificity to warrant exclusion from the public record. ECF 181. There is therefore no basis upon which to seal portions of the Joint Statement of Discovery Dispute. Finjan's administrative motion to seal is therefore **DENIED**. Plaintiff shall file the unredacted version of these materials in the public record in accordance with Civil Local Rule 79-5(e)(2).

**SO ORDERED.**

Dated: February 19, 2019

SUSAN VAN KEULEN
United States Magistrate Judge