UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS INC.,<br><br>    Defendant. | Case No. 17-cv-00072-BLF (SVK)<br><br>**FURTHER ORDER ON JOINT DISCOVERY LETTER RE FINJAN'S REQUEST TO COMPEL PRODUCTION OF CISCO EMAILS**<br><br>Re: Dkt. Nos. 175; 186 |

In the February 14, 2019 Order on Joint Discovery Letter re Finjan's Request to Compel Production of Cisco Emails, the Court ordered Cisco to provide additional information regarding the requests for and production of documents relating to Cisco's knowledge of Finjan's patents in the 2004-2009 time frame. ECF 178. On February 19, 2019, Cisco filed a statement in response to the Court's order. ECF 186. Based on Cisco's Statement, the Court orders as follows:

1. With respect to each of the individuals listed in "Source 2" of Cisco's Statement, Cisco must identify their name, their title and (if not readily apparent from the title) their role at Cisco, whether they are still employed by Cisco, whether Cisco has the employee's emails, and whether those emails have been searched for references to the Finjan patents-in-suit. Cisco must serve this information on Finjan by **February 25, 2019**.

2. If there are five or fewer individuals from the "Source 2" list whose emails are in Cisco's control but have not yet been searched, Cisco must search the emails for references to the Finjan patents-in-suit during the 2004-2009 time frame and produce them by **March 6, 2019**. If there are more than five such individuals, Finjan may select five custodians for additional search/production by Cisco, which must be completed by Cisco within ten (10) days of Finjan's identification. Finjan's selection

of custodians is without prejudice to Finjan moving to compel the search of additional "Source 2" custodians with a proper show of good cause and proportionality in accordance with Federal Rules of Civil Procedure 26 and 34.

**SO ORDERED.**

Dated: February 21, 2019

SUSAN VAN KEULEN
United States Magistrate Judge