1  PAUL J. ANDRE (CBN 196585)
   pandre@kramerlevin.com
2  LISA KOBIALKA (CBN 191404)
   lkobialka@kramerlevin.com
3  JAMES HANNAH (CBN 237978)
   jhannah@kramerlevin.com
4  HANNAH LEE (CBN 253197)
   hlee@kramerlevin.com
5  KRAMER LEVIN NAFTALIS
   & FRANKEL LLP
6  990 Marsh Road
   Menlo Park, CA 94025
7  Telephone: (650) 752-1700
   Facsimile: (650) 752-1800
8
9  *Counsel for Plaintiff*
   *Finjan, Inc.*

DUANE MORRIS LLP
Patrick S. Salceda (CBN 247978)
psalceda@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:  415.957.3000
Facsimile:  650.618.2713

*Counsel for Defendant*
*Cisco Systems, Inc.*

(Complete list of counsel for Defendant on signature page)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br> CISCO SYSTEMS, INC.,<br> a California Corporation<br><br>  Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DATES FOR BRIEFING AND HEARING ON SUMMARY JUDGMENT MOTIONS**<br><br>**AS MODIFIED BY THE COURT** |

Pursuant to Civil Local Rules 6-1, 6-2(a) and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Cisco Systems, Inc. ("Cisco") submit this Stipulation and [Proposed] Order Modifying Dates for Briefing and Hearing on Summary Judgment Motions.

WHEREAS, Finjan and Cisco, have diligently been working on a number of discovery issues in the case, and have met and conferred and agreed to extend the schedule for expert discovery through September 17, 2019 as follows:

| Event | Current Date | Stipulated Date |
|---|---|---|
| Opening expert reports | May 23, 2019 | July 11, 2019 |
| Rebuttal expert reports | June 27, 2019 | August 13, 2019 |
| Close of expert discovery | August 1, 2019 | September 17, 2019 |

The parties respectfully request that the Court also extend the schedule for summary judgment briefing and hearing as follows:

| Event | Current Date | Stipulated Date/Proposed Amended Date |
|---|---|---|
| Opening summary judgment briefs | September 12, 2019 | October 22, 2019 |
| Responsive summary judgment briefs | October 3, 2019 | November 12, 2019 |
| Reply summary judgment briefs | October 17, 2019 | November 26, 2019 |
| Summary judgment hearing | October 31, 2019 | At the Court's earliest availability after December 1, 2019 OR March 26, 2020 (date currently set by the Court for *Daubert* motions) |

WHEREAS the parties contacted the Court's clerk to request the next available hearing date after December 1, 2019, and were informed by the clerk to file a request with the Court;

1

STIPULATION AND [PROPOSED] ORDER MODIFYING DATES FOR BRIEFING
AND HEARING ON SUMMARY JUDGMENT MOTIONS
CASE NO. 5:17-CV-00072-BLF-SVK

WHEREAS, the parties believe that these proposed alterations are supported by good cause under the current circumstances;

WHEREAS, the parties were previously granted an extension of time to complete mediation pursuant to ADR L.R. 6-4(c) (Dkt. No. 60), to modify the Joint Stipulated Case Schedule (Dkt. Nos. 78, 101, 102, 106), to advance the claim construction tutorial (Dkt. No. 117), to expedite briefing for Cisco's motion for leave to submit additional claim construction (Dkt. No. 143), to conduct depositions of Israel-based witnesses beyond the close of fact discovery (Dkt. No. 207), and Finjan was granted leave to serve amended infringement contentions for the '780 and '633 Patents (Dkt. No 89).  No other modifications to the Case Schedule have been made, stipulated or otherwise exist; and

WHEREAS, the proposed modifications will not alter any other deadlines (except for those identified herein) already fixed by the Court or set by the Federal Rules of Civil Procedure.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and Cisco that the following modified schedule apply, and the Court order a schedule for briefing and hearing related to the parties' summary judgment motions as follows:

| Event | Stipulated Date/Proposed Amended Date |
|---|---|
| Opening expert reports | July 11, 2019 |
| Rebuttal expert reports | August 13, 2019 |
| Close of expert discovery | September 17, 2019 |
| Opening summary judgment briefs | October 22, 2019 |
| Responsive summary judgment briefs | November 12, 2019 |
| Reply summary judgment briefs | November 26, 2019 |
| Summary judgment hearing | At the Court's earliest availability after December 1, 2019 OR March 26, 2020 (date currently set by the Court for *Daubert* motions) |

1  Dated:     May 6, 2019                              Respectfully submitted,

2

3          /s/ Hannah Lee                              /s/ Patrick S. Salceda
           Paul Andre                                  Patrick S. Salceda
4          Lisa Kobialka                               Email:  psalceda@duanemorris.com
           James Hannah                                DUANE MORRIS LLP
5          Hannah Lee                                  Spear Tower
           KRAMER LEVIN NAFTALIS &                     One Market Plaza, Suite 2200
6          FRANKEL LLP                                 San Francisco, CA  94105-1127
                                                       Telephone: 415.957.3000
7          990 Marsh Road                              Facsimile: 650.618.2713
           Menlo Park, CA 94025
8          Telephone: (650) 752-1700                   L. Norwood Jameson (admitted *pro hac vice*)
           Facsimile: (650) 752-1800                   Email:  wjameson@duanemorris.com
9          pandre@kramerlevin.com                      Matthew C. Gaudet (admitted *pro hac vice*)
                                                       Email:  mcgaudet@duanemorris.com
10         lkobialka@kramerlevin.com                   David C. Dotson (admitted *pro hac vice*)
           jhannah@kramerlevin.com                     Email:  dcdotson@duanemorris.com
11         hlee@kramerlevin.com                        Jennifer H. Forte (admitted *pro hac vice*)
                                                       Email:  jhforte@duanemorris.com
12         *Counsel for Plaintiff*                     DUANE MORRIS LLP
           *Finjan, Inc.*                              1075 Peachtree Street, Ste. 2000
13                                                     Atlanta, GA  30309
                                                       Telephone: 404.253.6900
14                                                     Facsimile: 404.253.6901

15                                                     Joseph A. Powers (admitted *pro hac vice*)
                                                       Email:  japowers@duanemorris.com
16                                                     Jarrad M. Gunther (admitted *pro hac vice*)
                                                       Email: jmgunther@duanemorris.com
17                                                     DUANE MORRIS LLP
                                                       30 South 17th Street
18                                                     Philadelphia, PA  19103
                                                       Telephone: 215.979.1000
19                                                     Facsimile: 215.979.1020

20                                                     *Counsel for Defendant*
                                                       *Cisco Systems, Inc.*
21

22

23

24

25

26

27

28                                                   3
           STIPULATION AND [PROPOSED] ORDER MODIFYING DATES FOR BRIEFING
                      AND HEARING ON SUMMARY JUDGMENT MOTIONS
                            CASE NO. 5:17-cv-00072-BLF-SVK

**[PROPOSED] ORDER**

The Court, having read and considered the parties' Stipulation, and finding good cause in support thereof, hereby orders that the below deadlines in the Case Schedule (Dkt. No. 70) be modified as follows:

| Event | Current Date | Amended Date |
| --- | --- | --- |
| Opening summary judgment briefs | September 12, 2019 | October 22, 2019 |
| Responsive summary judgment briefs | October 3, 2019 | November 12, 2019 |
| Reply summary judgment briefs | October 17, 2019 | November 26, 2019 |
| Summary judgment hearing | October 31, 2019 | ~~At the Court's earliest availability after December 1, 2019 OR March 26, 2020 (date currently set by the Court for *Daubert* motions)~~ |

**The summary judgment hearing date is hereby RESET to January 9, 2020, at 9:00 a.m.**

IT IS SO ORDERED

Dated: __May 7, 2019__

*/s/ Beth Labson Freeman*
Judge Beth Labson Freeman
UNITED STATES DISTRICT COURT JUDGE

4

STIPULATION AND [PROPOSED] ORDER MODIFYING DATES FOR BRIEFING
AND HEARING ON SUMMARY JUDGMENT MOTIONS
CASE NO. 5:17-cv-00072-BLF-SVK