United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., <br>     Plaintiff, <br> v. <br> CISCO SYSTEMS INC., <br>     Defendant. | Case No. 17-cv-00072-BLF <br><br> **ORDER RE TELEPHONIC HEARING VIA DIRECT DIAL-IN** |

The Court previously authorized telephonic appearances via Court Call for the motions set for hearing on March 26, 2020 at 9:00 AM. To facilitate public access to the hearing, the Court now orders that telephonic appearances shall be made via direct dial-in instead of Court Call. To join the hearing, call (888) 278-0296 and use the following access code when prompted: 9795027. Persons joining the hearing are to dial in at least 5 minutes *before* the hearing for check-in. If possible, a land line should be used rather than a cellular telephone.

For questions regarding telephonic hearings, please contact Tiffany Salinas-Harwell by email at blfcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: March 19, 2020

*[signature]*
BETH LABSON FREEMAN
United States District Judge