| | |
|---|---|
| **DUANE MORRIS LLP**<br>D. Stuart Bartow (CA SBN 233107)<br>dsbartow@duanemorris.com<br>Nicole E. Grigg (CA SBN 307733)<br>negrigg@duanemorris.com<br>2475 Hanover Street<br>Palo Alto, CA 94304-1194<br>Telephone: 650.847.4146<br>Facsimile: 650.847.4151<br><br>**DUANE MORRIS LLP**<br>Joseph A. Powers (PA SBN 84590)<br>Admitted *Pro Hac Vice*<br>japowers@duanemorris.com<br>Jarrad M. Gunther (PA SBN 207038)<br>Admitted *Pro Hac Vice*<br>jmgunther@duanemorris.com<br>30 South 17th Street<br>Philadelphia, PA 19103<br>Telephone: 215.979.1000<br>Facsimile: 215.979.1020<br><br>Attorneys for Defendant<br>CISCO SYSTEMS, INC. | **DUANE MORRIS LLP**<br>L. Norwood Jameson (GA SBN 003970)<br>Admitted *Pro Hac Vice*<br>wjameson@duanemorris.com<br>Matthew C. Gaudet (GA SBN 287789)<br>Admitted *Pro Hac Vice*<br>mcgaudet@duanemorris.com<br>David C. Dotson (GA SBN 138040)<br>Admitted *Pro Hac Vice*<br>dcdotson@duanemorris.com<br>John R. Gibson (GA SBN 454507)<br>Admitted *Pro Hac Vice*<br>jrgibson@duanemorris.com<br>Jennifer H. Forte (GA SBN 940650)<br>Admitted *Pro Hac Vice*<br>jhforte@duanemorris.com<br>1075 Peachtree NE, Suite 2000<br>Atlanta, GA 30309<br>Telephone: 404.253.6900<br>Facsimile: 404.253.6901<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Elizabeth R. Moulton (CA SBN 286937)<br>emoulton@orrick.com<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: 415.773.5700<br>Facsimile: 415.773.5759 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>　　　　　Defendant. | Case No.: 5:17-cv-00072-BLF-SVK<br><br>**NOTICE OF APPEARANCE OF ELIZABETH R. MOULTON**<br><br>Judge: Hon. Beth Labson Freeman |

1     PLEASE TAKE NOTICE of the appearance of Elizabeth R. Moulton (State Bar No.
2  286937) of Orrick, Herrington & Sutcliffe LLP, as counsel of record for Defendant Cisco
3  Systems, Inc. ("Cisco") in the above-captioned matter for the purpose of receiving notices and
4  orders from the Court. Copies of all pleadings, notices, and correspondence concerning the
5  above-captioned matter not otherwise filed through the Court's electronic filing system may be
6  directed to counsel at the address reflected below:

> Elizabeth R. Moulton
> **ORRICK, HERRINGTON & SUTCLIFFE LLP**
> 405 Howard Street
> San Francisco, CA 94105
> Telephone: 415.773.5700
> Facsimile: 415.773.5759
> emoulton@orrick.com

| | |
|---|---|
| Dated:  April 3, 2020 | Respectfully Submitted |
| | */s/ Elizabeth R. Moulton* |
| | Elizabeth R. Moulton |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| | Email: emoulton@orrick.com |
| | 405 Howard Street |
| | San Francisco, CA 94105 |
| | Telephone: 415.773.5700 |
| | Facsimile: 415.773.5759 |

Nicole E. Grigg
**DUANE MORRIS LLP**
Email: negrigg@duanemorris.com
D. Stuart Bartow
Email: dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

L. Norwood Jameson (admitted *pro hac vice*)
Email: wjameson@duanemorris.com
Matthew C. Gaudet (admitted *pro hac vice*)
Email: mcgaudet@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
Email: dcdotson@duanemorris.com
Jennifer H. Forte (admitted *pro hac vice*)
Email: jhforte@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Joseph A. Powers (admitted *pro hac vice*)
Email: japowers@duanemorris.com
Jarrad M. Gunther (admitted *pro hac vice*)
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

*Attorneys for Defendant*
CISCO SYSTEMS, INC.