PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
HANNAH LEE (SBN 253197)
hlee@kramerlevin.com
BENU WELLS (*pro hac vice*)
bwells@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>**PLAINTIFF FINJAN, INC.'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |

1 | Pursuant to the Civil L.R. 7-11 and 11-5, Plaintiff Finjan, Inc. ( "Finjan) hereby moves the Court for an order permitting the withdrawal of its counsel of record, Paul Andre, Lisa Kobialka, James Hannah, Kristopher Kastens, Hannah Lee, Benu Wells, Cristina Martinez, Phuong Nguyen, Shannon Hedvat, Hien Lien, Yuridia Caire, Gregory Proctor, Daniel Williams, Melissa Brenner, Austin Manes, and Aaron Frankel of Kramer Levin Naftalis & Frankel LLP, and the appearance of substitute counsel, Roger Denning, Juanita Brooks, Frank Albert, Nicole Williams, Oliver Richards, Jared Smith, Alana Mannige, Megan Chacon and Aamir Kazi of Fish & Richardson P.C., on its behalf in this action.

Fish & Richardson P.C. consents to such withdrawal and substitution of counsel. Counsel for Cisco Systems, Inc. ("Cisco") was informed of the proposed substitution and does not oppose the motion.

Accordingly, Finjan respectfully requests that the Court grant the Proposed Order attached hereto, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the Fish & Richardson attorneys who have already filed Notices of Appearance in this action, including Roger Denning, Juanita Brooks, Frank Albert, Nicole Williams, Oliver Richards, Jared Smith, Alana Mannige, Megan Chacon and Aamir Kazi.

Respectfully submitted,

DATED: April 14, 2020

By: */s/ Lisa Kobialka*
Paul Andre (State Bar. No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Hannah Lee (State Bar No. 253197)
Benu Wells (*pro hac vice*)
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com

1 
2 
3 

hlee@kramerlevin.com
bwells@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.