PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
HANNAH LEE (SBN 253197)
hlee@kramerlevin.com
BENU WELLS (*pro hac vice*)
bwells@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF FINJAN, INC.'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |

1  Having reviewed and considered the Plaintiff Finjan, Inc.'s Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Paul Andre, Lisa Kobialka, James Hannah, Kristopher Kastens, Hannah Lee, Benu Wells, Cristina Martinez, Phuong Nguyen, Shannon Hedvat, Hien Lien, Yuridia Caire, Gregory Proctor, Daniel Williams, Melissa Brenner, Austin Manes and Aaron Frankel of Kramer Levin Naftalis & Frankel LLP be permitted to withdraw as counsel of record, and Roger Denning, Juanita Brooks, Frank Albert, Nicole Williams, Oliver Richards, Jared Smith, Alana Mannige, Megan Chacon and Aamir Kazi of Fish & Richardson P.C., may be substituted as counsel of record for Finjan, Inc.  The Court's ECF system shall be updated to reflect these changes.

IT IS SO ORDERED.

Date: April 15, 2020

_____
Judge Beth Labson Freeman
United States District Court Judge