| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | D. Stuart Bartow (CA SBN 233107) |
| brooks@fr.com | dsbartow@duanemorris.com |
| Roger A. Denning (CA SBN 228998) | Nicole E. Grigg (CA SBN 307733) |
| denning@fr.com | negrigg@duanemorris.com |
| Frank J. Albert (CA SBN 247741) | DUANE MORRIS LLP |
| albert@fr.com | 2475 Hanover Street |
| FISH & RICHARDSON P.C. | Palo Alto, CA 94304-1194 |
| 12390 El Camino Real, Suite 100 | Telephone: 650.847.4146 |
| San Diego, CA 92130 | Facsimile: 650.847.4151 |
| Telephone: (858) 678-5070 / Fax: (858) 678-5099 | |
| | *Additional attorneys on signature page* |
| *Additional attorneys on signature page* | Attorneys for Defendant |
| | CISCO SYSTEMS, INC. |
| Attorneys for Plaintiff | |
| FINJAN, INC. | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-00072-BLF<br><br>**STIPULATED REQUEST FOR REDACTIONS TO COURT'S ORDER ON** *DAUBERT* **MOTIONS DATED APRIL 17, 2020 (DKT. 549)**<br><br>Hon. Beth Labson Freeman |

Pursuant to Civil L.R. 7-11 and 79-5 and the Court's Order Directing Parties to Submit Proposed Redactions to the Court's Order (Dkt. No. 550), the parties hereby stipulate that the following information shall be redacted from the Court's Order on *Daubert* Motions dated April 17, 2020 (Dkt. No. 549):

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 549 | Order on *Daubert* Motions | Page 11, lines 1 – 2<br>Page 11, lines 11 – 12<br>Page 21, lines 17 – 18<br>Page 21, line 20<br>Page 21, line 25<br>Page 22, line 11<br>Page 23, line 3<br>Page 23, lines 21 – 28<br>Page 24, lines 1 – 2<br>Page 24, lines 3 – 5<br>Page 24, lines 6 – 7<br>Page 24, line 8<br>Page 24, lines 12 – 13<br>Page 24, lines 25 – 26 | This document contains information relating to Finjan's licenses and negotiations with third parties, and internal business and financial information that Finjan designated as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to the terms of the Stipulated Protective Order. Finjan treats its licenses as highly confidential within its business and makes substantial efforts not to disclose the terms of its licenses to the public. The provisions of the license agreements, negotiations leading up to the agreements, and names of the licensees and licensees are treated as highly confidential. Public disclosure of this information may cause significant harm to Finjan. *See* Declaration of Hannah Lee ("Lee Decl. II") ¶¶ 2-3, 6-7, ECF 459-1; Declaration of Hannah Lee ("Lee Decl. III") ¶¶ 2, 3, 7, ECF 459-1; Declaration of Melissa Brenner ("Brenner Decl.") ¶¶ 3, 5-8 ECF 463. |

**IT IS SO STIPULATED.**

Dated: April 20, 2020                                      Respectfully Submitted,

| By: | /s/ K. Nicole Williams | By: | /s/ Nicole E. Grigg |
|---|---|---|---|

|  |  |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | D. Stuart Bartow (CA SBN 233107) |
| brooks@fr.com | dsbartow@duanemorris.com |
| Roger A. Denning (CA SBN 228998) | Nicole E. Grigg (CA SBN 307733) |
| denning@fr.com | negrigg@duanemorris.com |
| Frank J. Albert (CA SBN 247741) | 2475 Hanover Street |
| albert@fr.com | Palo Alto, CA 94304-1194 |
| Megan A. Chacon (CA SBN 304912) | Telephone: 650.847.4146 |
| chacon@fr.com | Facsimile: 650.847.4151 |
| K. Nicole Williams (CA SBN 291900) |  |
| nwilliams@fr.com | L. Norwood Jameson (admitted *pro hac vice*) |
| Oliver J. Richards (CA SBN 310972) | Email: wjameson@duanemorris.com |
| ojr@fr.com | Matthew C. Gaudet (admitted *pro hac vice*) |
| Jared A. Smith (CA SBN 306576) | Email: mcgaudet@duanemorris.com |
| jasmith@fr.com | Robin L. McGrath (admitted *pro hac vice*) |
| FISH & RICHARDSON P.C. | Email: rlmcgrath@duanemorris.com |
| 12390 El Camino Real, Suite 100 | David C. Dotson (admitted *pro hac vice*) |
| San Diego, CA 92130 | Email: dcdotson@duanemorris.com |
| Phone: (858) 678-5070 / Fax: (858) 678-5099 | John R. Gibson (admitted *pro hac vice*) |
|  | Email: jrgibson@duanemorris.com |
|  | Jennifer H. Forte (admitted *pro hac vice*) |
| Aamir Kazi (Admitted *Pro Hac Vice*) | Email: jhforte@duanemorris.com |
| kazi@fr.com | Alice E. Snedeker (admitted *pro hac vice*) |
| Alana Mannige (CA SBN 313341) | Email: aesnedeker@duanemorris.com |
| mannige@fr.com | 1075 Peachtree Street, Ste. 2000 |
| FISH & RICHARDSON P.C. | Atlanta, GA 30309 |
| 1180 Peachtree Street NE, 21st Floor | Telephone: 404.253.6900 |
| Atlanta, GA 30309 | Facsimile: 404.253.6901 |
| Phone: (404) 892-5005 / Fax: (404) 892-5002 |  |
|  | Joseph A. Powers (admitted *pro hac vice*) |
|  | japowers@duanemorris.com |
|  | Jarrad M. Gunther (admitted *pro hac vice*) |
|  | DUANE MORRIS LLP |
|  | 30 South 17th St. |
|  | Philadelphia, PA 19103 |
|  | Telephone: 215-979-1000 |
| *Attorneys for Plaintiff FINJAN, INC.* | *Attorneys for Defendant Cisco Systems, Inc.* |

**ECF ATTESTATION**

I, K. Nicoel Williams, am the ECF user whose ID and password are being used to file the **STIPULATED REQUEST FOR REDACTIONS TO COURT'S ORDER ON *DAUBERT* MOTIONS DATED APRIL 17, 2020 (DKT. 549)**. I hereby attest that I received authorization to insert the signatures indicated by the conformed signature (/s/) within this e-filed document.

Dated: April 20, 2020

By: */s/ K. Nicole Williams*
K. Nicole Williams
nwilliams@fr.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 20, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

>   */s/ K. Nicole Williams*
>   K. Nicole Williams
>   nwilliams@fr.com