UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-00072-BLF<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR REDACTIONS TO COURT'S ORDER ON *DAUBERT* MOTIONS DATED APRIL 17, 2020 (DKT. 549)**<br><br>Hon. Beth Labson Freeman<br>Ctrm: 3, 5th Floor |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that page 11, lines 1–2, 11–12; page 21, lines 17–18, 20, 25; page 22, line 11; page 23, lines 3, 21–28; and page 24, lines 1-8, 12-13, 25-26 of the Court's Order on *Daubert* Motions dated April 17, 2020 (Dkt. 549) shall be redacted.

IT IS SO ORDERED

Dated:

                                        Hon. Beth Labson Freeman
                                        United States District Court