# EXHIBIT "A"

The first column identifies the 3 components that survived summary judgment whose functionality was described in the Original Report. The second and third rows identify each paragraph in the First and Second Amended Reports in which Finjan replaced the codename from the Original Report with the term identified in the corresponding cell, but the description of the functionality from the Original Reports was not changed. Cisco believes the description of the functionality does not correspond to disclosures in the infringement contentions. Representative examples are bolded.

| Original Report | First Amended Report (Dkt. 507-8) | Second Amended Report (Dkt. 507-10) |
|---|---|---|
| "kernel monitor" | No change | Became "virtual environment agent": ¶¶632, **656**, 657, **690** |
| "cookbook" | Became "preset configurations for the sandbox in Talos": ¶¶452, 453, 460, 461, 462, **463**, 464, 465, 467, 902, 903, 1362, 1505, 1506, 1507, 1509, 1510, 1511, 1512, 1513, 2358, 2503, 2504, 2505, 2506, 2507, 2508, 2509, 2510, 3398, 3543, 3544, 3545, 3546, 3547, 3548, 3549, 3550, **4316**, 4487, 4488, **4489**, 4490, 4491, 4492, 4493, 4494, Section heading X.A.3 | Became "parameters to run the sample file or URL": ¶¶452, 453, 460, 461, 462, **463**, 464, 465, 468, 903, 904, 1363, 1507, 1508, 1509, 1510, 1511, 1512, 1513, 1514, 2359, 2504, 2505, 2506, 2507, 2508, 2509, 2510, 2511, 3399, 3544, 3551, **4317**, 4489, **4490**, 4491, 4492, 4493, 4494, 4495, 4496 Section heading X.A.3 |
| "playbook" | Became "scripts" or "scripts used to emulate certain user actions": ¶¶629, 630, 903, 1362, 1497, 1498, 1499, 1500, 1501, 1502, 1503, 1504, 1576, 1594, 1595, 1596, 1598, 1599, 1600, 1601, 1602, 1613, 2358, 2493, 2494, 2495, 2573, 2496, 2497, 2498, 2499, 2500, 2501, 2602, 2619, 2620, 2622, 2623, 2624, 2625, 2627, 2638, 3398, 3533, 3534, 3535, 3536, 3537, 3538, 3539, 3540, 3541, 3635, 3648, 3649, 3650, 3651, 3652, 3653, 3654, 3655, 3656, 3671, 4316, 4328, 4329, **4330**, **4331**, 4332, **4333**, 4334, 4335, 4336, 4338, **4478**, **4479**, 4480, 4481, 4482, 4483, 4484, 4485, 4486, 4496 | Some references to "script" retained (¶¶629, 630, 904). Other references to "script" and "scripts used to emulate certain user actions" changed to "parameters to run the sample file or URL": ¶¶ 1363, 1498, 1499, 1500, 1501, 1502, 1503, 1504, 1505, 1506, 1507, 1508, 1509, 1510, 1511, 1512, 1513, 1514, 1595, 1596, 1597, 1599, 1600, 1601, 1602, 1603, 2494, 2495, 2496, 2497, 2498, 2499, 2500, 2501, 2502, 2504, 2505, 2506, 2507, 2508, 2509, 2510, 2511, 2620, 2621, 2622, 2623, 2624, 2625, 2626, 2627, 2628, 3399, 3534, 3535, 3536, 3537, 3538, 3539, 3540, 3541, 3542, 3544, 3545, 3546, 3547, 3548, 3549, 3550, 3551, 3649, 3650, 3651, 3652, 3653, 3654, 3655, 3656, 3657, 4328, 4330, **4331**, 4332, **4333**, **4334**, 4335, 4336, 4337, **4479**, **4480**, 4481, 4482, 4483, 4484, 4485, 4486, 4487, 4489, 4490, 4491, 4492, 4493, 4494, 4495, 4496 |

This same information is provided below for the 4 components for which summary judgment was granted:

| Original Report | First Amended Report (Dkt. 507-8) | Second Amended Report (Dkt. 507-10) |
| --- | --- | --- |
| "GDB stub" | No Change | Became "parameters to run the sample file or URL":<br><br>¶¶1363, 1498, 1499, 1500, 1501, 1502, 1503, 1504, 1505, 1506, 1507, 1508, 1509, 1510, 1511, 1512, 1513, 1514, 1595, 1596, 1597, 1599, 1600, 1601, 1602, 1603, 2494, 2495, 2496, 2497, 2498, 2499, 2500, 2501, 2502, 2504, 2505, 2506, 2507, 2508, 2509, 2510, 2511, 2620, 2621, 2622, 2623, 2624, 2625, 2626, 2627, 2628, 3399, 3534, 3535, 3536, 3537, 3538, 3539, 3540, 3541, 3542, 3544, 3545, 3546, 3547, 3548, 3549, 3550, 3551, 3649, 3650, 3651, 3652, 3653, 3654, 3655, 3656, 3657, 4328, 4330, 4331, 4332, 4333, 4334, 4335, 4336, 4337, 4479, 4480, 4481, 4482, 4483, 4484, 4485, 4486, 4487, 4489, 4490, 4491, 4492, 4493, 4494, 4495, 4496 |
| "JSON blob" | Became "JSON file":<br><br>¶¶640, 1282, 1347, 1505, 1603, 2288, 2343, 2502, 2628, 3322, 3383, 3542, 3657, 4020, 4136, 4337, 4487 | No additional changes |
| "Prep from Sandcastle" | Became "master script used for dynamic analysis":<br><br>¶¶655, 903, 1497, 1498, 1499, 1500, 1501, 1502, 1503, 1504, 1594, 1595, 1596, 1598, 1599, 1600, 1601, 1602, 2493, 2494, 2495, 2496, 2497, 2498, 2499, 2500, 2501, 2619, 2620, 2621, 2622, 2623, 2624, 2625, 2627, 3533, | Became "parameters to run the sample file or URL":<br><br>¶¶655, 904, 1498, 1499, 1500, 1501, 1502, 1503, 1504, 1505, 1506, 1507, 1508, 1509, 1510, 1511, 1512, 1513, 1514, 1595, 1596, 1597, 1599, 1600, 1601, 1602, 1603, 2494, 2495, 2496, 2497, 2498, 2499, 2500, 2501, 2502, 2504, 2505, 2506, 2507, 2508, 2509, 2510, 2511, 2620, 2621, 2622, 2623, 2624, 2625, 2626, 2627, 2628, 3399, 3534, 3535, 3536, 3537, 3538, 3539, 3540, 3541, 3542, |

| **Original Report** | **First Amended Report (Dkt. 507-8)** | **Second Amended Report (Dkt. 507-10)** |
|---|---|---|
| | 3534, 3535, 3536, 3537, 3538, 3539, 3540, 3541, 3648, 3649, 3650, 3651, 3652, 3653, 3654, 3655, 3656, 4328, 4329, 4330, 4331, 4332, 4333, 4334, 4335, 4336, 4478, 4479, 4480, 4481, 4482, 4484, 4485, 4486 | 3544, 3545, 3546, 3547, 3548, 3549, 3550, 3551, 3649, 3650, 3651, 3652, 3653, 3654, 3655, 3656, 3657, 4328, 4330, 4331, 4332, 4333, 4334, 4335, 4336, 4337, 4479, 4480, 4481, 4482, 4483, 4484, 4485, 4486, 4487, 4489, 4490, 4491, 4492, 4493, 4494, 4495, 4496 |
| "application launching script" | No change (referred to as "script" or "executing script" in the Original and First Amended report) | Became "parameters to run the sample file or URL":<br><br>¶¶1498, 1499, 1500, 1501, 1502, 1503, 1504, 1505, 1506, 1507, 1508, 1509, 1510, 1511, 1512, 1513, 1514, 1595, 1596, 1597, 1599, 1600, 1601, 1602, 1603, 2494, 2495, 2496, 2497, 2498, 2499, 2500, 2501, 2502, 2504, 2505, 2506, 2507, 2508, 2509, 2510, 2511, 2620, 2621, 2622, 2623, 2624, 2625, 2626, 2627, 2628, 3399, 3534, 3535, 3536, 3537, 3538, 3539, 3540, 3541, 3542, 3544, 3545, 3546, 3547, 3548, 3549, 3550, 3551, 3649, 3650, 3651, 3652, 3653, 3654, 3655, 3656, 3657, 4328, 4330, 4331, 4332, 4333, 4334, 4335, 4336, 4337, 4479, 4480, 4481, 4482, 4483, 4484, 4485, 4486, 4487, 4489, 4490, 4491, 4492, 4493, 4494, 4495, 4496 |

4