# EXHIBIT D

| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | D. Stuart Bartow (CA SBN 233107) |
| brooks@fr.com | dsbartow@duanemorris.com |
| Roger A. Denning (CA SBN 228998) | Nicole E. Grigg (CA SBN 307733) |
| denning@fr.com | negrigg@duanemorris.com |
| Frank J. Albert (CA SBN 247741) | DUANE MORRIS LLP |
| albert@fr.com | 2475 Hanover Street |
| FISH & RICHARDSON P.C. | Palo Alto, CA  94304-1194 |
| 12390 El Camino Real, Suite 100 | Telephone: 650.847.4146 |
| San Diego, CA 92130 | Facsimile: 650.847.4151 |
| Phone: (858) 678-5070/Fax: (858) 678-5099 | |

*Additional attorneys on signature page*

*Additional attorneys on signature page*

Attorneys for Plaintiff
FINJAN, INC.

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No.: 5:17-cv-00072-BLF-SVK |
| Plaintiff, | |
| v. | **[PROPOSED] JURY QUESTIONNAIRE** |
| CISCO SYSTEMS, INC., a California Corporation, | |
| Defendant. | |

Name: _____

Juror No.: _____

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>                Defendant. | Case No.: 5:17-cv-00072-BLF-SVK<br><br>**JURY QUESTIONNAIRE** |

**To Prospective Juror:**

Please read the instructions on this page carefully and complete the following questionnaire to assist the Court and counsel in selecting a jury to serve in the case of *Finjan, Inc. v. Cisco Systems, Inc.*  Please print your answers clearly in blue or black ink.  Do not leave any questions unanswered.  Your answers are confidential and will only be seen by the Judge, attorneys, and their assistants for this case.  Your answers will not be shared with any other members of the jury panel.  Complete written answers will save the Court, parties, and prospective jurors a great deal of time.  If a question asks you to "explain," then please describe the circumstances or other details pertaining to your answer.  You may not have enough room after the question to provide the best answer, but you may continue the answer in the margins.  <u>Please do not write on the back of the paper.</u>  Complete and detailed answers may avoid further follow-up questions later in the process.

It is very important that answers be yours and yours alone.  You must fill out this questionnaire by yourself and without consulting any other person.  Please do not discuss the questions or your answers with anyone.

Remember that there are no "right" or "wrong" answers, only honest answers.  You must sign this questionnaire, and your answers will have the same effect as a statement made under oath to the Court.  Thank you for your time and effort in completing this questionnaire.

**CONFIDENTIAL**                                                                                                          **JURY QUESTIONNAIRE**

**CONFIDENTIALITY:** *The information you provide in your answers to this questionnaire will be held confidential and will be used only during jury selection in this case.*

**Name:** _____  **Age:** _____**(1) Juror #:** _____  **Sex:  M\_\_ F\_\_**

| 1. List current address:<br><br>How long have you lived at that address?<br><br>Do you own or rent? | 2. List highest grade completed in school:<br><br>If you attended college, list the school(s) and degrees: | 3. What is your current job status:<br><br>Full time \_\_\_\_<br>Part time \_\_\_\_<br>Retired \_\_\_\_<br>Homemaker \_\_\_\_<br>Unemployed \_\_\_\_<br>Disabled \_\_\_\_<br>Full time student \_\_\_ |
|---|---|---|
| 4. List your current employer, job title and start date at that job: (If retired or unemployed, list last employer, job title and the date you left.) | 5. What are/were your responsibilities in the job listed in answer 4? | 6. Have you or anyone close to you ever worked at a job where you or they were involved in the acquisition of a company? |
| 7. What is your current marital status:<br><br>Married \_\_\_\_<br>Cohabitating \_\_\_\_<br>Divorced \_\_\_\_<br>Widowed/widower \_\_\_\_<br>Separated \_\_\_\_<br>Single, never married \_\_\_\_ | 8. What is your spouse or partner's current job status:<br><br>Full time \_\_\_\_<br>Part time \_\_\_\_<br>Retired \_\_\_\_<br>Homemaker \_\_\_\_<br>Unemployed \_\_\_\_<br>Disabled \_\_\_\_<br>Full time student \_\_\_\_ | 9. List your spouse or partner's current employer and job title: (If retired or unemployed, list last employer and job title) |

| 10. Have you or anyone close to you ever been an officer, director, or member of a corporation, partnership, or limited liability company? | 11. Have you or anyone close to you ever owned a business?<br><br>YES   NO<br><br>If you answered YES, please explain: | 12. Have you or anyone close to you ever worked for or had business dealings with the following companies?<br><br>Cisco Systems<br>  YES   NO<br><br>Finjan Inc.<br>  YES   NO |
|---|---|---|
| 13. Do you own stock, or have you ever owned stock, in the following companies?<br><br>Cisco Systems<br>  YES   NO<br><br>Finjan Inc.<br>  YES   NO | 14. If you own or regularly use any Cisco products or Finjan products, please list them below: | 15. Have you or anyone close to you been the victim of cybercrime or identity theft?<br><br>  YES   NO<br><br>If you answered YES, please explain: |
| 16. Using the scale below, please circle how tech savvy you consider yourself:<br><br>Not at all                          Very<br>1  2  3  4  5  6  7  8  9  10 | 17. Using the scale below, please circle the extent of your training or experience in each of the following areas:<br><br>Low   Computer Science   High<br>1  2  3  4  5  6  7  8  9  10<br><br>Low         Business        High<br>1  2  3  4  5  6  7  8  9  10<br><br>Low           Law           High<br>1  2  3  4  5  6  7  8  9  10<br><br>Low         Patents         High<br>1  2  3  4  5  6  7  8  9  10 | 18. If you circled 6 or higher for any area in question 17, please explain: |

| 19. Have you or anyone close to you ever worked at a job that involved developing or designing computer software?<br><br>  YES    NO<br><br>If you answered YES, please explain: | 20. Have you or anyone close to you ever applied for a patent with the U.S. Patent and Trademark Office?<br><br>  YES    NO<br><br>If you answered YES, please explain: | 21. Using the scale below, what are your impressions of the patent system and the U.S. Patent and Trademark Office?<br><br>Negative                        Positive<br>1  2  3  4  5  6  7  8  9  10 |
| --- | --- | --- |
| 22. Have you or anyone close to you ever been involved in a dispute regarding a patent or invention?<br><br>  YES    NO<br><br>If you answered YES, please explain: | 23. Have you ever served as a juror?<br><br>  YES    NO<br><br>If you answered YES, what kind of case?<br><br>  CIVIL    CRIMINAL<br><br>Were you the foreperson?<br><br>  YES    NO<br><br>Did you reach a verdict?<br><br>YES   NO | 24. Have you or anyone close to you ever been a plaintiff or defendant in a legal proceeding?<br><br>  YES    NO<br><br>If you answered YES, please explain: |

| | | |
|---|---|---|
| 25. Using the scale below, what are your impressions about lawsuits and the parties who bring them?<br><br>Negative                     Positive<br>1  2  3  4  5  6  7  8  9  10<br><br>Please explain: | 26. Using the scale below, how easy or difficult do you believe it is for individuals or small businesses to protect their interests when they conflict with large corporations?<br><br>Easy                      Difficult<br>1  2  3  4  5  6  7  8  9  10<br><br>Please explain: | 27. Have you ever worked for the government (local, state or federal)?<br><br>  YES    NO<br><br>If you answered YES, please explain: |
| 28. Are you regularly taking any medication that could affect your ability to serve?<br><br>  YES    NO | 29. Can you read, write and understand the English language with a degree of proficiency sufficient to review documents and follow everyday conversation?<br><br>  YES    NO | 30. Have you or anyone close to you ever worked at a job where you or they were involved in the development or marketing of new products?<br><br>YES    NO |
| 31. Please list your social, political, or civic organizations, clubs, groups, or other affiliations. | 32. Have you held any positions of leadership in these organizations? What role? | 33. Is there anything else you feel the Court and the parties should know about you and your ability to be a fair and impartial juror? |

Prospective Juror Signature:_____  Date:_____