UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>    Defendant. | Case No. 17-cv-00072-BLF (SVK)<br><br>**ORDER RE REDACTION OF ORDER ON CISCO SYSTEMS INC.'S MOTION TO STRIKE PORTIONS OF FINJAN'S AMENDED EXPERT REPORT ON INFRINGEMENT OF PATENT NO. 7,647,633** |

The Court's Order on Cisco Systems, Inc.'s Motion to Strike Portions of Finjan's Aneded Expert Report on Infringement of Patent No. 7,647,633 (the "Order") has been filed under seal because it contains information that is the subject of sealing motions pending before the Court. By May 8, 2020, the parties are ordered to meet and confer and submit joint proposed redactions to the Order (if any are required), as well as supporting declaration(s) establishing that the redacted material is sealable and a proposed order. If no proposed redactions are received by 11:59 p.m. on May 8, 2020, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: April 28, 2020

SUSAN VAN KEULEN
United States Magistrate Judge