**DUANE MORRIS LLP**
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone:  +1 650 847 4146
Fax:  +1 650 523 4780
Telephone: 415.957.3000
Facsimile: 415.957.3001

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

Attorneys for Defendant
CISCO SYSTEMS, INC.

**DUANE MORRIS LLP**
L. Norwood Jameson (GA SBN 003970)
Admitted *Pro Hac Vice*
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

FINJAN, INC., a Delaware Corporation,

Plaintiff,

v.

CISCO SYSTEMS, INC., a California
Corporation,

Defendant.

Case No.: 5:17-cv-00072-BLF-SVK

**DEFENDANT CISCO SYSTEMS,
INC.'S NOTICE PURSUANT TO
35 U.S.C. § 282(C)**

Pursuant to 35 U.S.C. § 282, Cisco Systems, Inc. ("Cisco") hereby identifies certain publications, documents, and patents to be relied upon as showing, inter alia, either anticipation or obviousness or the state of the art relating to the patents-in-suit. Cisco also hereby provides to Plaintiff a list of names of persons who may be relied upon as either a prior inventor, as having prior knowledge of the claimed inventions, and/or as having knowledge of prior use or offers for sale of the claimed inventions.

Cisco affirmatively states that it has already provided notice to Plaintiff of the identity of certain publications, patents, and persons within the ambit of § 282, through the pleadings and correspondence in this case, more particularly, through Cisco's expert witness reports and testimony, and Cisco's prior responses to discovery requests including deposition transcripts of witnesses and responses to interrogatories including specifically the interrogatory responses identifying contentions for invalidity and all documents, patents, publications, and other materials identified and cited therein.

Cisco expressly incorporates herein by reference all of the publications, patents, and specification of persons within the ambit of § 282 previously cited in these reports, pleadings, discovery responses, deposition transcripts (including all exhibits thereto), correspondences, and pretrial documents.  To the extent not included in the previously identified materials, Sections I, II, and V, *infra*, contain a list of additional documents for which Cisco gives notice. The listing of identified publications and patents is provided pursuant to the statutory provisions of 35 U.S.C. § 282. Listing the publications and patents, however, should not be construed as a representation that Cisco will use every one of the references in its presentation of evidence at trial. No implications therefore should be taken that reliance upon all of these materials is necessary to Cisco's defenses. Cisco also reserves the right to amend and/or supplement this notice, at least thirty days before trial, if commencement of the trial in this matter is changed from its currently scheduled date of June 1, 2020.

## I.      PATENTS AND PATENT PUBLICATIONS

| Country / Number | Patentee / Applicant | Date |
|---|---|---|
| U.S. Patent Application Publication No. 2005/0108562 | Khazan et al. | June 18, 2003 |

1

| U.S. Patent No. 7,487,540 | Shipp | January 19, 2004 |
|---|---|---|
| U.S. Patent No. 5,892,904 | Atkinson | December 6, 1996 |
| U.S. Patent No. 5,983,348 | Ji et al. | September 10, 1997 |
| U.S. Patent No. 5,815,709 | Waldo et al. | April 23, 1996 |
| U.S. Patent No. 5,623,600 | Ji et al. | September 26, 1995 |

## II.    OTHER PUBLICATIONS

| Title | Author | Date | Pages |
|---|---|---|---|
| "Mobile Code Security by Java Bytecode Instrumentation" | Chander et al. | June 2001 | 27-40 |
| "Design and Implementation of a Distributed Virtual Machine for Networked Computers" | Sirer et al. | December 1999 | 202-216 |
| "Safe Web Surfing with the Internet Component Download Service" | Kirtland | June 12, 1996 | All |
| "Heuristic Scanners: Artificial Intelligence?" | Zwienenberg | September 1995 | 203-210 |
| "Dynamic Detection and Classification of Computer Viruses Using General Behaviour Patterns" ("Swimmer") | Swimmer et al. | September 1995 | 75-88 |
| "A Testbed for Malicious Code Detection: A Synthesis of Static and Dynamic Analysis Techniques" | Crawford et al. | May 1991 | 17-1 – 17-23 |
| "Trust Management and Proof-Carrying Code in Secure Mobile-Code Applications" ("Feigenbaum") | Feigenbaum et al. | March 1997 | 1-8 |
| ThunderBYTE Anti-Virus Utilities User Manual (©1996) | EsaSS B.V. (The Netherlands) | February 1996 | All |

## III.    SYSTEM ART

| Item |
|---|
| ThunderBYTE Anti-Virus Utilities v. 7.0 ("ThunderBYTE") |

## IV.   PERSONS HAVING KNOWLEDGE

| Name | Contact Information |
|---|---|
| Shlomo Touboul | Reachable through Finjan's counsel |
| Nachshon Gal | Reachable through Finjan's counsel |
| Yigal Mordechai Edery | Reachable through Finjan's counsel |
| Nimrod Itzhak Vered | Reachable through Finjan's counsel |
| David R. Kroll | Reachable through Finjan's counsel |
| David Gruzman | Reachable through Finjan's counsel |
| Yuval Ben-Itzhak | Reachable through Finjan's counsel |
| Dr. Kevin Almeroth | Reachable through Cisco's counsel |
| Dr. Patrick McDaniel | Reachable through Cisco's counsel |
| Dr. Atul Prakash | Reachable through Cisco's counsel |
| Sylvia Hall-Ellis | Reachable through Cisco's counsel |
| Dr. Harry Bims | Reachable through Finjan's counsel |
| Dr. Trent Jaeger | Reachable through Finjan's counsel |
| Dr. Alessandro Orso | Reachable through Finjan's counsel |
| Dr. Eric Cole | Reachable through Finjan's counsel |
| Dr. Michael Mitzenmacher | Reachable through Finjan's counsel |
| Dr. Nenad Medvidovic | Reachable through Finjan's counsel |

Furthermore, the named inventors of each of the prior art patents and patent publications and the authors of the prior art publications are also persons having knowledge and/or are prior inventors.

## V.   BACKGROUND ITEMS AND/OR OTHER INFORMATION

In addition to the teachings and knowledge demonstrated in the above identified documents and system, Cisco provides notice of the following background items and/or other information to be relied upon in explaining the state of the art, the level of ordinary skill in the art, background of the technology at issue, terms or components in a reference above, motivation to combine, and the prosecution history of the patents-in-suit.

**A. PATENTS AND PATENT PUBLICATIONS**

| Country / Number | Patentee / Applicant | Date |
|---|---|---|
| U.S. Patent No. 5,440,723 | Arnold et al. | January 19, 1993 |
| U.S. Patent No. 5,452,442 | Kephart | April 14, 1995 |
| U.S. Patent No. 5,202,982 | Gramlich et al. | April 13, 1993 |
| U.S. Patent No. 6,157,721 | Shear et al. | August 12, 1996 |
| U.S. Patent No. 6,128,774 | Necula et al. | October 28, 1997 |
| U.S. Patent No. 6,253,370 | Abadi et al. | December 1, 1997 |
| U.S. Patent No. 8,244,910 | Davis | July 14, 2004 |
| U.S. Patent No. 6,272,641 | Ji | August 7, 2001 |
| U.S. Patent Application Publication No. 2007/0113282 A1 | Ross | November 17, 2005 |
| U.S. Patent No. 6,088,803 | Tso et al. | July 11, 2000 |
| U.S. Patent No. 5,974,549 | Golan | October 26, 1999 |
| U.S. 2001/00058898 | Albrecht | June 2001 |
| U.S. Patent No. 5,983,348 | Ji et al. | September 10, 1997 |
| U.S. Patent No. 6,058,482 | Liu | May 22, 1998 |
| U.S. Patent No. 6,367,012 | Atkinson | December 6, 1996 |
| U.S. Patent No. 5,623,600 | Ji et al. | September 26, 1995 |
| PCT Published Application WO 98/31124 | Hanson | July 1998 |
| U.S. Patent No. 6,577,920 | Hypponen | October 2, 1998 |
| PCT Published Application WO 98/21683 | Touboul | May 22, 1998 |
| US Patent No. 7,076,650 | Sonnenberg | December 24, 1999 |
| U.S. Patent No. 5,313,616 | Cline | May 17, 1994 |

B.    **OTHER PUBLICATIONS**

| Title | Author | Date | Pages |
|---|---|---|---|
| "Presenting Java: An Introduction to Java and HotJava" | December | 1996 | 22, 24, 26, 27, 29, 31, 36, 38,-41, 45, 52, 53, 55, 78, 99-101, 122, 123, 150, 160 |
| "HTML: The Definitive Guide" | Musciano et al. | 1996 | xvi, xix, 3, 5-7, 9 |
| "Rx PC – The Anti-Virus Handbook" | Endrijonas | 1993 | All |
| ThunderBYTE Anti-Virus Utilities User Manual (©1995) | EsaSS B.V. (The Netherlands) | 1995 | All |
| "Combating Viruses Heuristically" | Veldman | September 1993 | 67-76 |
| "Towards a Testbed for Malicious Code Detection" | Lo et al. | Feb.-Mar. 1991 | 160-166 |
| "Computer Viruses and Artificial Intelligence" | Stang | September 1995 | 235-257 |
| "Scanners of the Year 2000 | Gryaznov | September 1995 | 225-234 |
| "Biologically Inspired Defenses Against Computer Viruses" | Kephart et al. | August 1995 | 985-995 |
| "Automated Assistance for Detecting Malicious Code" | Crawford et al. | June 1993 | 1-12 |
| "Static Analysis Virus Detection Tools for UNIX System" | Kerchen et al. | October 1990 | 350-365 |
| "MCF: a malicious code filter" | Lo et al. | 1995 | 541-558 |
| "An Intrusion Detection Model" | Denning | 1987 | |
| "Java -- Threat or Menace" | Bellovin | October 1996 | 845 |
| "Hypertext Transfer Protocol – HTTP/1.0" | Berners-Lee et l. | May 1996 | All |
| "Webware: Nightmare or Dream Come True?" | Neumann | October 1996 | 844 |
| "Untrusted Applications Need Trusted Operation System" | Karger | October 1996 | 847-848 |

| Title | Author | Date | Pages |
|---|---|---|---|
| "Using Content-Derived Names for Caching and Software Distribution" | Miller et al. | 1997 | All |
| "Applied Cryptography" | Schneier | 1996 | 429, 461, 483, 435, 436, 441 |
| "An Introduction to Database Systems" | Date | August 1995 | 2-50 |
| "Modern Database Management" | McFadden et al. | 1994 | 139 |
| "Fundamentals of Database Systems" | Elmasri et al. | 1989 | 4, 30-33, 543-564 |
| Compuserve, ThunderBYTE Team Up To Conquer Windows 95 Virus | PR Newswire Association, Inc. | February 8, 1996 | All |
| Virus Bulletin | Virus Bulletin | May 1996 | 21-23 |
| Virus Bulletin | Virus Bulletin | September 1994 | 8, 16 |
| ThunderBYTE Anti-Virus Utilities Webpage | EsaSS B.V. (The Netherlands) | December 1996 | All |
| ThunderBYTE Anti-Virus Utilities Press-Release Webpage | EsaSS B.V. (The Netherlands) | December 1996 | All |
| "ActiveX and Java: The Next Virus Carriers?" | Trend Micro | March 1997 | All |
| "*ChakraVyuha (CV)*: A Sandbox Operating System Environment for Controlled Execution of Alien Code" | Dan et al. | February 1997 | 1-21 |
| "Blueprint for a Computer Immune System" | Kephart et al. | October 1997 | 159-173 |
| "Integralis E-mail scanner gains Web component" | McNamara | March 3, 1997 | All |
| "Trend Micro's Anti-Virus Suite Unveiled – Combats Epidemic of Internet and E-mail-Borne Viruses" | Trend Micro | April 9, 1996 | All |
| "Integralis announces MIMEsweeper for NT Version 2.1 with Microsoft Mail support; Protects e-mail users against viruses and macro bombs originating from internal and Internet e-mail | Business Wire | February 20, 1996 | All |

6

| Title | Author | Date | Pages |
|---|---|---|---|
| Integralis MIMEsweeper Scans Internet Mail for Viri, Nasties | CBR Staff Writer | July 1995 | All |
| Integralis Lauches the Internet's First Anti-Virus Protection System | M2 Communications Ltd. | June 30, 1995 | All |
| "Trend Micro's InterScan VirusWall beats McAfee to win Editor's Choice Award from PC Magazine | Trend Micro | March 26, 1997 | All |
| "Identifying and Controlling Undesirable Program Behaviors" | King | October 1991 | 283-293 |
| https://www.w3.org/TR/REC-PICSservices-961031 | Krauskopf et al. | October 1996 | All |
| "JavaScript 2.0: Evolving a Language for Evolving Systems" | Horwat | 2001 | 1-15 |
| "Java Bytecode Modification and Applet Security", Stanford University, Computer Science Department | Shin | 1998 | All |
| "Blocking Java Applets at the Firewall", IEEE Computer Society Proceedings of the 1997 Symposium on Network and Distributed Systems Security Washington, DC | Martin | 1997 | All |
| "Protection Wrappers: A Simple and Portable Sandbox for Untrusted Applications," Proceedings on the 8th ACM SIGOPS European Workshop on Support for Composing Distributed Applications | Jensen | 1998 | 104-110 |
| "Anatomy of a Commercial-Grade Immune System", International Virus Bulletin Conference, Vancouver, Canada | White et al. | September 1999 | All |
| A Sense of Self for Unix Processes, Proc. 1996 IEEE Symposium on Sec. & Privacy 120 | Forrest et al. | 1996 | 120-128 |
| ThunderBYTE website order page | ThunderBYTE | October 1996 | All |
| Proof-Carrying Code | Necula et al. | September 1996 | All |

7

C.     **SYSTEMS**

| Item |
|------|
| ThunderBYTE Anti-Virus Utilities v. 7.06 ("ThunderBYTE 7.06") |

Dated:  April 28, 2020                                   Respectfully submitted,

                                                         */s/ Alice E. Snedeker*
                                                         Nicole E. Grigg
                                                         D. Stuart Bartow
                                                         **DUANE MORRIS LLP**
                                                         2475 Hanover Street
                                                         Palo Alto, CA 94304-1194
                                                         Email: negrigg@duanemorris.com
                                                         Email: dsbartow@duanemorris.com
                                                         Telephone:  650.847.4146
                                                         Facsimile:  650.847.4151

                                                         L. Norwood Jameson (admitted *pro hac vice*)
                                                         Email:  wjameson@duanemorris.com
                                                         Matthew C. Gaudet (admitted *pro hac vice*)
                                                         Email:  mcgaudet@duanemorris.com
                                                         John R. Gibson (admitted *pro hac vice*)
                                                         Email: jrgibson@duanemorris.com
                                                         David C. Dotson (admitted *pro hac vice*)
                                                         Email:  dcdotson@duanemorris.com
                                                         Jennifer H. Forte (admitted *pro hac vice*)
                                                         Email:  jhforte@duanemorris.com
                                                         Alice E. Snedeker
                                                         Email: aesnedeker@duanemorris.com
                                                         1075 Peachtree Street, Ste. 2000
                                                         Atlanta, GA  30309
                                                         Telephone: 404.253.6900
                                                         Facsimile: 404.253.6901

                                                         Joseph A. Powers (admitted *pro hac vice*)
                                                         Email:  japowers@duanemorris.com
                                                         Jarrad M. Gunther (admitted *pro hac vice*)
                                                         jmgunther@duanemorris.com
                                                         30 South 17th Street
                                                         Philadelphia, PA  19103
                                                         Telephone: 215.979.1000
                                                         Facsimile: 215.979.1020

                                                         *Attorneys for Defendant*
                                                         CISCO SYSTEMS, INC.