**DUANE MORRIS LLP**
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA 94304-1194
Telephone: 650.847.4150
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
L. Norwood Jameson (GA SBN 003970)
Admitted *Pro Hac Vice*
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No.: 5:17-cv-00072-BLF-SVK<br><br>**DECLARATION OF NICOLE E. GRIGG IN SUPPORT OF CISCO SYSTEMS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  I, Nicole E. Grigg, declare as follows:

2  1. I am an associate at the law firm of Duane Morris LLP and am counsel for Defendant Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath. I submit this Declaration in support of Cisco's Administrative Motion to File Documents Under Seal pursuant to Civil L.R. 79-5(e). In making this Declaration, it is not my intention, nor the intention of Cisco, to waive the attorney-client privilege, the attorney work-product immunity, or any other applicable privilege.

2. I have reviewed the following documents and confirmed that they consist of confidential personal information regarding Cisco's employees as well as confidential internal Cisco information.

| Dkt. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
|  | Cisco's Notice Re the Impact of the COVID-19 Pandemic on the June 1 Trial Date | Highlighted portions at: page 2 line 23- page 3 line 2; page 3 line 16; page 3 line 18 – page 4 line 6; page 4 line 13 - 24 | The highlighted information contains confidential personal information regarding Cisco's employees as well as confidential internal Cisco information with respect to COVID-19 that should not be publicly available and would cause harm to Cisco and its employees if disclosed. |
|  | Declaration of Nicole E. Grigg in Support Cisco's Notice Re the Impact of the COVID-19 Pandemic on the June 1 Trial Date | Highlighted portions at: page 1 line 10 – 18; page 1 line 27 – page 2 line 4; page 2 line 7 - 20 | The highlighted information contains confidential personal information regarding Cisco's employees as well as confidential internal Cisco information with respect to COVID-19 that should not be publicly available and would cause harm to Cisco and its employees if disclosed. |

3. Good cause exists to seal the portions of the documents identified in the chart above for the reasons stated therein. Cisco seeks to seal only those portions of the documents that contain

1  "sealable" information, as defined in Civil Local Rule 79-5(d), and for which it has good cause to
2  seal.
3      4.    I am informed and believe that, if filed publicly, this confidential information relates
4  to personal information of its employees that should not be disclosed and could be used by Cisco's
5  competitors to Cisco's disadvantage, as it relates to Cisco's business policies and corporate structure,
6  which, if disclosed, could result in competitive harm to Cisco.
7      I declare under penalty of perjury under the laws of California and the United States that the
8  foregoing is true and correct.
9      Executed on April 28, 2020, in Alameda, California.

                                                                        */s/ Nicole E. Grigg*
                                                                        Nicole E. Grigg