1  **DUANE MORRIS LLP**
   D. Stuart Bartow (CA SBN 233107)
2  dsbartow@duanemorris.com
   Nicole E. Grigg (CA SBN 307733)
3  negrigg@duanemorris.com
   2475 Hanover Street
4  Palo Alto, CA  94304-1194
   Telephone: 650.847.4150
5  Facsimile: 650.847.4151

6  **DUANE MORRIS LLP**
   Joseph A. Powers (PA SBN 84590)
7  Admitted *Pro Hac Vice*
   japowers@duanemorris.com
8  Jarrad M. Gunther (PA SBN 207038)
   Admitted *Pro Hac Vice*
9  jmgunther@duanemorris.com
   30 South 17th Street
10 Philadelphia, PA  19103
   Telephone: 215.979.1000
11 Facsimile: 215.979.1020

**DUANE MORRIS LLP**
L. Norwood Jameson (GA SBN 003970)
Admitted *Pro Hac Vice*
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

12 Attorneys for Defendant
   CISCO SYSTEMS, INC.

13

14                **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16                       **SAN JOSE DIVISION**

17 FINJAN, INC., a Delaware Corporation,      Case No.: 5:17-cv-00072-BLF-SVK

18              Plaintiff,
                                              **[PROPOSED] ORDER GRANTING**
19      v.                                    **DEFENDANT CISCO SYSTEMS, INC.'S**
                                              **ADMINISTRATIVE MOTION TO FILE**
20 CISCO SYSTEMS, INC., a California          **DOCUMENTS UNDER SEAL**
   Corporation,
21
22              Defendant.
23

1  Having considered Cisco Systems, Inc.'s ("Cisco") Administrative Motion to File Documents Under Seal, and the declaration in support thereof, the Court hereby finds there to be good cause for granting the request to file certain documents and information under seal.

Good cause having been shown, the Court finds that:

1. There exist overriding confidentiality interests that overcome the right of public access to the following documents:

| Dkt. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
|  | Cisco's Notice Re the Impact of the COVID-19 Pandemic on the June 1 Trial Date | Highlighted portions at: page 2 line 23- page 3 line 2; page 3 line 16; page 3 line 18 – page 4 line 6; page 4 line 13 - 24 | The highlighted information contains confidential personal information regarding Cisco's employees as well as confidential internal Cisco information with respect to COVID-19 that should not be publicly available and would cause harm to Cisco and its employees if disclosed. |
|  | Declaration of Nicole E. Grigg in Support Cisco's Notice Re the Impact of the COVID-19 Pandemic on the June 1 Trial Date | Highlighted portions at: page 1 line 10 – 18; page 1 line 27 – page 2 line 4; page 2 line 7 - 20 | The highlighted information contains confidential personal information regarding Cisco's employees as well as confidential internal Cisco information with respect to COVID-19 that should not be publicly available and would cause harm to Cisco and its employees if disclosed. |

2. A substantial probability exists that the overriding confidentiality interests will be prejudiced if the record is not sealed;

3. The proposed sealing is narrowly tailored; and

4. No less restrictive means exist to achieve these overriding interests.

IT IS THEREFORE ORDERED that Cisco's Administrative Motion to File Documents Under Seal is **GRANTED** with respect to the documents set forth above.

**IT IS SO ORDERED.**

1  Date: _____     _____
2                                JUDGE BETH LABSON FREEMAN
                                  United States District Court Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28