# CORRECTED EXHIBIT 32

**FILED UNDER SEAL**