| | |
|---|---|
| **DUANE MORRIS LLP**<br>Nicole E. Grigg (CA SBN 307733)<br>negrigg@duanemorris.com<br>D. Stuart Bartow (CA SBN 233107)<br>dsbartow@duanemorris.com<br>2475 Hanover Street<br>Palo Alto, CA  94304-1194<br>Telephone: 650.847.4146<br>Facsimile: 650.847.4151<br><br>**DUANE MORRIS LLP**<br>Joseph A. Powers (PA SBN 84590)<br>Admitted *Pro Hac Vice*<br>japowers@duanemorris.com<br>Jarrad M. Gunther (PA SBN 207038)<br>Admitted *Pro Hac Vice*<br>jmgunther@duanemorris.com<br>30 South 17th Street<br>Philadelphia, PA  19103<br>Telephone: 215.979.1000<br>Facsimile: 215.979.1020<br><br>Attorneys for Defendant<br>CISCO SYSTEMS, INC. | **DUANE MORRIS LLP**<br>L. Norwood Jameson (GA SBN 003970)<br>Admitted *Pro Hac Vice*<br>wjameson@duanemorris.com<br>Matthew C. Gaudet (GA SBN 287789)<br>Admitted *Pro Hac Vice*<br>mcgaudet@duanemorris.com<br>David C. Dotson (GA SBN 138040)<br>Admitted *Pro Hac Vice*<br>dcdotson@duanemorris.com<br>John R. Gibson (GA SBN 454507)<br>Admitted *Pro Hac Vice*<br>jrgibson@duanemorris.com<br>Jennifer H. Forte (GA SBN 940650)<br>Admitted *Pro Hac Vice*<br>jhforte@duanemorris.com<br>Alice E. Snedeker<br>Admitted *Pro Hac Vice*<br>aesnedeker@duanemorris.com<br>1075 Peachtree NE, Suite 2000<br>Atlanta, GA 30309<br>Telephone: 404.253.6900<br>Facsimile: 404.253.6901 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>    Defendant. | Case No.: 5:17-cv-00072-BLF-SVK<br><br>**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF INTENT TO REQUEST REDACTION** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   Pursuant to Dkt. No. 560, Defendant Cisco Systems Inc. ("Cisco") hereby gives notice of
3  intent to request redaction of the Transcript of Proceedings held on April 21, 2020 before Judge
4  Susan Van Keulen as it contains Cisco's confidential technical information.

Dated: April 29, 2020

**DUANE MORRIS LLP**

*/s/ Nicole E. Grigg*
Nicole E. Grigg
D. Stuart Bartow
L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
David C. Dotson (admitted *pro hac vice*)
John R. Gibson (admitted *pro hac vice*)
Jennifer H. Forte (admitted *pro hac vice*)
Joseph A. Powers (admitted *pro hac vice*)
Jarrad M. Gunther (admitted *pro hac vice*)

*Attorneys for Defendant*
CISCO SYSTEMS, INC.

DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF INTENT TO REQUEST REDACTION