UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 4/30/2020 | **Time:** 1:30 – 4:55<br>**Total Time:** 3 Hrs 25 Mins | **Judge:** BETH LABSON FREEMAN |
|---|---|---|
| **Case No.**: 5:17-cv-00072-BLF | **Case Name:** Finjan, Inc. v. Cisco Systems Inc. | |

**Attorney for Plaintiff:** Juanita Brooks, Roger Denning, Frank Albert, Aamir Kazi, Megan Chacon, Nicole Williams via Zoom Webinar
**Attorney for Defendant:** Woody Jameson, Matthew Gaudet, Robin McGrath, David Dotson, Alice Snedeker via Zoom Webinar

**Deputy Clerk:** Tiffany Salinas-Harwell          **Court Reporter:** Irene Rodriguez

## PROCEEDINGS

**PRETRIAL CONFERENCE HELD**

**Jury Trial dates reset:**
**Jury Selection and Trial set for 6/22/2020 at 9:00 AM**

**JURY SELECTION**
        One Page Hardship Questionnaire and Case Questionnaire – Hardship Excusal
        Jury Panel – 50 Jurors
        8 Jurors to be Seated (Subject to change) – 3 Peremptory Challenges each side

**VOIR DIRE/OPENING/CLOSING STATEMENTS**
        Voir Dire – TBD
        Opening Statements – 45 Minutes Each Side
        Closing Statements – 1 Hour 30 Minutes Each Side

**TRIAL SCHEDULE**
        18 Hours Trial Time Each Side
        Jury Available for 3 weeks from First Day of Trial

**MOTIONS IN LIMINE**
        Motions in Limine – Rulings Stated on the Record

///

                                                                                               Courtroom Deputy to the
                                                                                            Honorable Beth Labson Freeman