**DUANE MORRIS LLP**
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
L. Norwood Jameson (GA SBN 003970)
Admitted *Pro Hac Vice*
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
Alice E. Snedeker
Admitted *Pro Hac Vice*
aesnedeker@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Attorneys for Defendant
CISCO SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No.: 5:17-cv-00072-BLF-SVK<br><br>**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS (ECF NOS. 453-4, 454, 467-3, 467-5, 469, 471, 532-3, 532-5, 534, 536, 566-3, 566-5, 567, 568)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Civil Local Rule 7-11(a), Defendant Cisco Systems, Inc. ("Cisco") hereby gives notice to all counsel of record of its Notice of Motion and Administrative Motion to Remove Incorrectly Filed Documents (the "Administrative Motion"). By way of this motion, Cisco requests an order removing documents associated with docket entry numbers: 453-4, 454, 467-3, 467-5, 469, 471, 532-3, 532-5, 534, 536, 566-3, 566-5, 567, and 568  on the Court's Electronic Case Filing system (the "ECF system"). After filing the documents, counsel for Cisco discovered that the redactions were insufficiently applied and confidential information could be ascertained if these documents were not removed from the ECF system. After discovering the error, Cisco's counsel immediately called the ECF Help Desk to put a temporary lock on the documents. Counsel for Plaintiff Finjan, Inc. has been notified of the error.

Accordingly, Cisco requests that Dockets 453-4, 454, 467-3, 467-5, 469, 471, 532-3, 532-5 534, 536, 566-3, 566-5, 567, and 568 be permanently deleted from the docket.

Dated:  May 1, 2020

**DUANE MORRIS LLP**


*/s/ Nicole E. Grigg*
Nicole E. Grigg
D. Stuart Bartow
L. Norwood Jameson (admitted *pro hac vice*)
Matthew C. Gaudet (admitted *pro hac vice*)
David C. Dotson (admitted *pro hac vice*)
John R. Gibson (admitted *pro hac vice*)
Jennifer H. Forte (admitted *pro hac vice*)
Joseph A. Powers (admitted *pro hac vice*)
Jarrad M. Gunther (admitted *pro hac vice*)

*Attorneys for Defendant*
CISCO SYSTEMS, INC.