**DUANE MORRIS LLP**
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

Attorneys for Defendant
CISCO SYSTEMS, INC.

**DUANE MORRIS LLP**
L. Norwood Jameson (GA SBN 003970)
Admitted *Pro Hac Vice*
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
Alice E. Snedeker
Admitted *Pro Hac Vice*
aesnedeker@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>  Defendant. | Case No.: 5:17-cv-00072-BLF-SVK<br><br>[~~PROPOSED~~] **ORDER REMOVING INCORRECTLY FILED DOCUMENTS (ECF NOS. 453-4, 454, 467-3, 467-5, 469, 471, 532-3, 532-5, 534, 536, 566-3, 566-5, 567, 568)** |

1  Pursuant to Civil Local Rule 7-11(a), Defendant Cisco Systems, Inc. ("Cisco") filed on May 1, 2020, its Notice of Motion and Administrative Motion to Remove Incorrectly Filed Documents: docket entry numbers: 453-4, 454, 467-3, 467-5, 469, 471, 532-3, 532-5, 534, 536, 566-3, 566-5, 567, and 568 which states that the redactions contained in these documents were incorrectly applied. Cisco requests that dockets 453-4, 454, 467-3, 467-5, 469, 471, 532-3, 532-5, 534, 536, 566-3, 566-5, 567, and 568 536 be permanently removed from the Court's Electronic Court Filing system. Counsel has notified the ECF Help Desk to put a temporary lock on the document and notified counsel for Plaintiff Finjan, Inc. of the error.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the documents associated with dockets 453-4, 454, 467-3, 467-5, 469, 471, 532-3, 532-5, 534, 536, 566-3, 566-5, 567, and 568 be permanently removed from the Court's Electronic Case Filing System.

IT IS SO ORDERED.

Date: May 4, 2020

*[signature: Beth Labson Freeman]*

JUDGE BETH LABSON FREEMAN
United States District Court Judge