# EXHIBIT 38

205

```
1                    UNITED STATES DISTRICT COURT
2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
3

4   FINJAN, INC, A DELAWARE
    CORPORATION,
5                                    CASE NO.  CV-13-03999-BLF
            PLAINTIFF,
6                                    SAN JOSE, CALIFORNIA
    VS.
7                                    JULY 21, 2015
    BLUE COAT SYSTEMS, INC., A
8   DELAWARE CORPORATION,            VOLUME 2

9           DEFENDANT.               PAGES 205 - 417

10                        SEALED PAGES 298-299

11                       TRANSCRIPT OF TRIAL
          BEFORE THE HONORABLE BETH LABSON FREEMAN
12        UNITED STATES DISTRICT JUDGE AND A JURY

13                   A-P-P-E-A-R-A-N-C-E-S

14  FOR THE PLAINTIFF:   KRAMER, LEVIN, NAFTALIS & FRANKEL,
                         LLP
15                       BY:  PAUL J. ANDRE
                              LISA KOBIALKA
16                            JAMES HANNAH
                              KRISTOPHER KASTENS
17                            HANNAH LEE
                         990 MARSH ROAD
18                       MENLO PARK, CALIFORNIA 94025

19  FOR THE DEFENDANT:   WILSON, SONSINI, GOODRICH & ROSATI
                         BY:  EDWARD POPLAWSKI
20                            OLIVIA KIM
                              VERA ELSON
21                       633 WEST FIFTH STREET, 15TH FLOOR
                         LOS ANGELES, CALIFORNIA 90071
22
     (APPEARANCES CONTINUED ON THE NEXT PAGE.)
23
    OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                             CERTIFICATE NUMBER 8074

25    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED WITH COMPUTER.

                     UNITED STATES COURT REPORTERS
```

206

```
1   A P P E A R A N C E S: (CONT')
2   FOR INTEL:        KIRKLAND & ELLIS
                      BY: JASON CHOY
3                     333 SOUTH HOPE STREET
                      LOS ANGELES, CALIFORNIA
4                     90071

5   ALSO PRESENT:
                      JIM HOY
6                     GEOFF THOMAS
                      PHIL HARTSTEIN
7                     JULIE MAR-SPINOLA
```

207

INDEX OF PROCEEDINGS

DEFENDANT'S OPENING STATEMENT (CONT'D)     P. 240

FOR THE PLAINTIFF'S:

**PHILIP HARTSTEIN**
DIRECT EXAM BY MR. ANDRE          P. 282
CROSS-EXAM BY MR. POPLAWSKI       P. 307
REDIRECT EXAM BY MR. ANDRE        P. 332
RECROSS-EXAM BY MR. POPLAWSKI     P. 335

**DAVID R. KROLL**
DIRECT EXAM BY MS. KOBIALKA       P. 337
CROSS-EXAM BY MS. ELSON           P. 344

**VIDEO DEPOSITION OF SHLOMO TOUBOUL**     P. 366

**HARRY BIMS**
DIRECT EXAM BY MR. ANDRE          P. 367
CROSS-EXAM BY MS. ELSON           P. 385

**VIDEO DEPOSITION OF GERALD HARRISON**    P. 402

**VIDEO DEPOSITION OF PATRIK RUNALD**      P. 403

UNITED STATES COURT REPORTERS

208

INDEX OF EXHIBITS

```
                        IDENT.    EVIDENCE
PLAINTIFF'S:

177                      291
288                      296
289                      298
296                      300
467                      301
609                      367

DEFENDANT'S:

JOINT:
2085                     313
2018                     403
```

EXHIBIT
68
SU Hartstein 2/25/14

UNITED STATES COURT REPORTERS

**FINJAN-CISCO 262911**

335

05:00 1 AS LUCRATIVE. IN FACT, THAT'S WHERE WE STARTED TO ACHIEVE
05:00 2 PROFITABILITY. IT ACTUALLY PAID BACK THOSE THAT INVESTED IN
05:00 3 THE COMPANY.
05:00 4 Q.   AND THOSE WHO INVESTED IN THE COMPANY, ARE THEY STILL
05:00 5 INVOLVED WITH THE COMPANY TODAY?
05:00 6 A.   SO THE COMPANY'S ORIGINAL VENTURE CAPITAL INVESTORS AND
05:00 7 CORPORATE OWNERS LIKE CISCO AND MICROSOFT, WHEN WE ACTUALLY
05:00 8 BECAME A NASDAQ COMPANY, THEY OWNED 90 PERCENT OF OUR PUBLIC
05:00 9 COMPANY.
05:00 10      SO THE SAME PEOPLE WHO GAVE FINJAN MONEY AND GAVE SHLOMO
05:00 11 MONEY TO FUND THE COMPANY STILL TODAY UNDER MY LEADERSHIP ARE
05:00 12 EQUITY OWNERS IN THE COMPANY.
05:00 13 Q.   AND WHAT DOES THAT TELL YOU ABOUT FINJAN?
05:00 14 A.   IT TELLS US IT IS THE SAME FINJAN WE WERE WHEN WE WERE
05:00 15 DEVELOPING THOSE PRODUCTS AND THE SAME FINJAN WE WERE WHEN WE
05:00 16 WERE LICENSING THAT TECHNOLOGY AND THOSE PATENTS.
05:01 17 Q.   THANK YOU.
05:01 18      I HAVE NO FURTHER QUESTIONS, YOUR HONOR.
05:01 19      THE COURT:  ANY FURTHER QUESTIONS FOR THIS WITNESS?
05:01 20      MR. POPLAWSKI:  JUST VERY BRIEFLY, YOUR HONOR.
05:01 21           RECROSS-EXAMINATION
05:01 22 BY MR. POPLAWSKI:
05:01 23 Q.   I'D LIKE TO FOLLOW UP WITH YOU, MR. HARTSTEIN, ON YOUR
05:01 24 DISCUSSION WITH MR. ANDRE ABOUT THE 2002 OEM AGREEMENT AND
05:01 25 LOOKING FORWARD TO 2013.
UNITED STATES COURT REPORTERS

336

05:01 1      YOU'RE NOT IN ANY POSITION TO INTERPRET OR EXPLAIN THAT
05:01 2 OEM LICENSE AGREEMENT; RIGHT?
05:01 3 A.   I DON'T BELIEVE, NO.
05:01 4 Q.   AND YOU UNDERSTAND THAT FINJAN WAITED TEN YEARS TO SUE
05:01 5 BLUE COAT FROM THE TIME THAT THE OEM AGREEMENT WAS TERMINATED
05:01 6 IN 2003?
05:01 7 A.   I'M NOT SURE THOSE TWO ARE CONNECTED.
05:01 8 Q.   OKAY. WOULD YOU PUT UP DEMONSTRATIVE H-9, PLEASE.
05:02 9      NOW, WE'VE AGREED THAT FINJAN AND BLUE COAT HAD AN OEM
05:02 10 AGREEMENT IN 2002; RIGHT?
05:02 11 A.   YES.
05:02 12 Q.   AND IN 2005 FINJAN REVERSE ENGINEERED OR PICKED APART
05:02 13 BLUE COAT'S PRODUCTS; RIGHT?
05:02 14      MR. ANDRE:  OBJECTION, YOUR HONOR. OUTSIDE OF THE
05:02 15 SCOPE OF EVEN MY REDIRECT.
05:02 16      THE COURT:  SUSTAINED.
05:02 17      MR. ANDRE:  THANK YOU.
05:02 18      MR. POPLAWSKI:  OKAY. NO FURTHER QUESTIONS, YOUR
05:02 19 HONOR.
05:02 20      THE COURT:  THANK YOU. IS THAT EVERYTHING FOR THIS
05:02 21 WITNESS, MR. ANDRE?
05:02 22      MR. ANDRE:  IT IS, YOUR HONOR. THANK YOU.
05:02 23      THE COURT:  MR. HARTSTEIN, THANK YOU FOR YOUR
05:02 24 TESTIMONY. YOU MAY GO BACK TO YOUR SEAT.
05:02 25      AND IS THIS WITNESS EXCUSED?
UNITED STATES COURT REPORTERS

337

05:02 1      MR. ANDRE:  YES, YOUR HONOR.
05:02 2      THE COURT:  MR. HARTSTEIN, YOU'RE ALSO FREE TO GO.
05:02 3      MS. KOBIALKA, YOUR NEXT WITNESS.
05:02 4      MS. KOBIALKA:  YES. AT THIS TIME WE WOULD LIKE TO
05:02 5 CALL DAVID KROLL.
05:03 6      THE COURT:  MR. KROLL, IF YOU COULD COME FORWARD TO
05:03 7 THE WITNESS STAND AND RAISE YOUR RIGHT HAND TO BE SWORN.
05:03 8      THE CLERK:  RAISE YOUR RIGHT HAND.
05:03 9      (PLAINTIFF'S WITNESS, DAVID R. KROLL, WAS SWORN.)
05:03 10      THE WITNESS:  YES.
05:03 11      THE CLERK:  PLEASE BE SEATED. IF YOU WOULD STATE
05:03 12 YOUR NAME AND SPELL YOUR LAST NAME FOR THE REPORT.
05:03 13      THE WITNESS:  SURE. DAVID ROSS KROLL, K-R-O-L-L.
05:03 14           DIRECT EXAMINATION
05:03 15 BY MS. KOBIALKA:
05:03 16 Q.   MR. KROLL, ARE YOU AN INVENTOR ON THE FINJAN '633 AND '822
05:03 17 PATENTS?
05:03 18 A.   YES.
05:03 19 Q.   I'D LIKE TO PULL UP JTX 2004, WHICH IS THE '822 PATENTS.
05:03 20      AND MAY I MOVE THAT -- PUBLISH THAT TO THE JURY?
05:03 21      THE COURT:  YES. WHAT NUMBER WAS THAT AGAIN?
05:03 22      MS. KOBIALKA:  JTX 2004.
05:03 23      THE COURT:  2004, THANK YOU.
05:03 24 BY MS. KOBIALKA:
05:03 25 Q.   AND DO YOU SEE JTX 2004?
UNITED STATES COURT REPORTERS

338

05:04 1 A.   I DO, YES.
05:04 2 Q.   AND IS THAT YOUR NAME WITH THE INVESTORS LISTED ON THE
05:04 3 FRONT PAGE OF THAT DOCUMENT?
05:04 4 A.   YES.
05:04 5 Q.   AND I'D LIKE TO TURN TO JTX 2006 WHICH IS THE '633 PATENT.
05:04 6      MAY I PUBLISH IT TO THE JURY, TOO, AS WELL?
05:04 7      THE COURT:  YES.
05:04 8      MS. KOBIALKA:  THANK YOU.
05:04 9 Q.   AND ARE YOU THE MR. KROLL THAT IS LISTED ON THE FRONT PAGE
05:04 10 OF THE '633 PATENT WHICH IS MARKED AS JTX 2006?
05:04 11 A.   YES, I AM.
05:04 12 Q.   WHERE DO YOU CURRENTLY WORK, MR. KROLL?
05:04 13 A.   I WORK AT RACKSPACE.
05:04 14 Q.   AND WHAT IS YOUR POSITION THERE?
05:04 15 A.   VICE PRESIDENT OF GLOBAL COMMUNICATIONS.
05:04 16 Q.   AND PRIOR TO WORKING AT RACKSPACE, WHERE DID YOU WORK?
05:04 17 A.   I WORKED AT ADVANCED MICRO DEVICES, E-TRADE, FINJAN
05:04 18 SOFTWARE, CUNNINGHAM COMMUNICATION.
05:04 19 Q.   WELL, WHAT AREA IS YOUR WORK EXPERIENCE IN?
05:04 20 A.   IT'S MAINLY IN MARKETING AND COMMUNICATIONS.
05:04 21 Q.   AND FOR HOW MANY YEARS HAVE YOU BEEN DOING THAT?
05:04 22 A.   TWENTY-FIVE.
05:04 23 Q.   AND CAN YOU BRIEFLY JUST DESCRIBE YOUR EDUCATIONAL
05:04 24 BACKGROUND?
05:04 25 A.   SURE. I HAVE A SPEECH COMMUNICATION AND MARKETING DEGREE
UNITED STATES COURT REPORTERS

FINJAN-CISCO 262943