**DUANE MORRIS LLP**
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
L. Norwood Jameson (GA SBN 003970)
Admitted *Pro Hac Vice*
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
Alice E. Snedeker
Admitted *Pro Hac Vice*
aesnedeker@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>[PROPOSED] **ORDER GRANTING STIPULATED REQUEST FOR REDACTIONS TO COURT'S ORDER ON** *DAUBERT* **MOTIONS DATED APRIL 28, 2020 (DKT. 583)**<br>AS MODIFIED BY THE COURT<br>Magistrate Judge Susan Van Keulen |

## [PROPOSED] ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that Page 3, lines 1-2; Page 3, line 4; Page 4, lines 2-3; Page 4, line 8; Page 4, line 22; Page 4, line 25; Page 5, lines 4-6; Page 6, line 18/19; Page 8, line 6; Page 8, lines 18-20; Page 8, line 22/23; Page 8, lines 24-25; Page 8, line 27; Page 9, line 1; Page 9, lines 5-6; Page 10, line 3; Page 10, line 13; Page 10, lines 18-24; Page 10, line 28; Page 11, line 27; Page 12, line 2; Page 12, line 10; Page 12, line 12-13; Page 12, line 18/19; Page 12, line 20/21; Page 12, line 27; Page 13, line 2; Page 13, line 4; Page 13, lines 6-7; Page 13, lines 9-10; Page 13, line 11/12; Page 13, lines 15-18; Page 13, line 19/20; Page 13, line 22; Page 13, line 25; Page 14, line 6/7; Page 15, line 7; Page 15, line 11/12; Page 15, lines 15-16; and Page 15, line 26 of the Court's Order on Cisco Systems, Inc.'s Motion to Strike Portions of Finjan's Amended Expert Report on Infringement of Patent No. 7,647,633 (Re: Dkt. No. 492) shall be redacted as indicated in Attachment 2 to the Stipulation.

Dated: May 11, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge