# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FINJAN, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>       Defendant. | Case No. 17-cv-00072-BLF (SVK)<br><br>**ORDER GRANTING FINJAN, INC.'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 617 |
|---|---|

Before the Court is Plaintiff Finjan, Inc.'s motion for leave to file a motion for reconsideration ("motion for leave"). Dkt. 617. Pursuant to Civil Local Rule 7-9, the Court hereby **GRANTS** Finjan's motion for leave. Finjan's proposed motion for reconsideration is incorporated into its motion for leave. In accordance with this order, Finjan must re-file its motion for reconsideration as a separate motion. The Court sets the following briefing schedule:

| Event | Deadline |
|---|---|
| Finjan to re-file motion for reconsideration as a separate motion | May 15, 2020 |
| Cisco's opposition to motion for reconsideration | May 22, 2020 |
| Finjan's reply in support of motion for reconsideration | May 29, 2020 |

The Court will inform the parties if oral argument is necessary.

**SO ORDERED.**

Dated: May 13, 2020

SUSAN VAN KEULEN
United States Magistrate Judge