UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br>     Plaintiff, <br>   v. <br> CISCO SYSTEMS INC., <br>     Defendant. | Case No. 17-cv-00072-BLF   (SVK) <br><br> **ORDER ON DEFENDANT CISCO SYSTEMS, INC.'S REQUEST TO REDACT TRANSCRIPT OF PROCEEDINGS HELD ON APRIL 21, 2020** <br><br> Re: Dkt. No. 621 |

Before the Court is Defendant Cisco Systems, Inc.'s Request to Redact Transcript of Proceedings Held on April 21, 2020. Dkt. 621. In this District, the electronic availability of transcripts of court proceedings is governed by General Order 59, which provides that "[i]f a party wants [non-personal identifying] information redacted from the transcript, that party must move the Court for further redaction by *noticed motion* served on all parties and the court reporter." General Order 59 at ¶ 4 (emphasis added).

To avoid unnecessary motion practice, the Court directs the parties to meet and confer and, no later than **May 18, 2020**, file a proposed stipulation regarding redactions to the transcript of April 21, 2020 proceedings. If the parties are unable to agree, Cisco may re-file its redaction request as a noticed motion in accordance with General Order 59 by the same deadline,

**SO ORDERED.**

Dated: May 14, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge