# EXHIBIT 1

| | |
|---|---|
| **From:** | aesnedeker@duanemorris.com |
| **Sent:** | Friday, May 15, 2020 3:34 PM |
| **To:** | Megan Chacon |
| **Cc:** | FR-Service_Finjan-Cisco; wjameson@duanemorris.com; mcgaudet@duanemorris.com; rlmcgrath@duanemorris.com; japowers@duanemorris.com; dcdotson@duanemorris.com; JRGibson@duanemorris.com; jmgunther@duanemorris.com; jhforte@duanemorris.com; negrigg@duanemorris.com; Joshua, Aquanis M. |
| **Subject:** | Re: Finjan v. Cisco (5:17-00072): Exhibit List Supplementation and Pre-Marked Exhibit Exchange |

Megan,

Cisco will not oppose Finjan's motion for expedited consideration under LR 6-3 and understands the motion will not shorten Cisco's time to respond.

Alice Snedeker
Duane Morris LLP
404-253-6989

On May 15, 2020, at 3:49 PM, Megan Chacon <chacon@fr.com> wrote:

Alice,

Thank you for confirmation of Cisco's position.  We understand Cisco will not agree to the proposed mutual supplementation or Finjan's supplementation alone.  We take Cisco's response as further confirmation that it will oppose Finjan's motion.  Since the meet and confer, Finjan has further streamlined its supplement to its exhibit list, as well as removed duplicate documents and documents previously identified in relation with Dr. Goodrich.  Below is a list of Finjan's exhibit numbers that have been removed by de-duping.

**PTX No.:**
39
114
131
136
146
150
158
164
179
180
182
184
202

205
227
245
248
270
298
320
321
322
323
324
382
386
547
549
563
570
577
580
581
582
584
585
586
587
588
591
592
593
594
597
600
601
608
657
695
742
743
746
760
764
768
773
774
775
777
778
779
780
785
786
797

798
807
817
818
820
822
824
829
831
832
833
835
836
838
840
842
847
852
853
855
856
858
866
867
871
911
913
917
933
973
993
997
1012
1016
1042
1044
1065
1082
1109

In addition to filing its motion for leave, Finjan also intends to file a motion pursuant to L.R. 6-3(a)(4) requesting a shortened time for the Court to hear Finjan's motion prior to the June 22, 2020 trial date.  Finjan's motion will not seek to shorten the time for Cisco to file its response.  Please let us know whether Cisco will oppose this motion.  We are happy to meet and confer further this afternoon if Cisco has any questions or concerns regarding Finjan's intended motion pursuant to L.R. 6-3(a)(4).

Best regards,
Megan

**Megan A. Chacon** :: Principal :: Fish & Richardson P.C.
858 678 4318 direct :: 801 541 1948 cell :: chacon@fr.com
fr.com :: Bio :: LinkedIn :: Twitter

**From:** aesnedeker@duanemorris.com <aesnedeker@duanemorris.com>
**Sent:** Friday, May 15, 2020 7:10 AM
**To:** FR-Service_Finjan-Cisco <FR-Service_Finjan-Cisco@fr.com>
**Cc:** wjameson@duanemorris.com; mcgaudet@duanemorris.com; rlmcgrath@duanemorris.com; japowers@duanemorris.com; dcdotson@duanemorris.com; JRGibson@duanemorris.com; jmgunther@duanemorris.com; jhforte@duanemorris.com; negrigg@duanemorris.com; Joshua, Aquanis M. <AMJoshua@duanemorris.com>
**Subject:** RE: Finjan v. Cisco (5:17-00072): Exhibit List Supplementation and Pre-Marked Exhibit Exchange

Megan,

After discussing Finjan's proposal, Cisco cannot agree to a mutual supplementation of the parties' exhibits lists. Cisco does not require such supplementation, and further, Cisco cannot agree to Finjan adding, after the Court's deadlines, what you estimated to be approximately 50 documents of various categories.  While we understand you are new to the case, Finjan and its prior counsel were not, when the parties were exchanging and objecting to exhibit lists as a part of the pretrial process, and they provided an exhibit list with over 1,000 documents.

We'll follow up shortly about the joint exhibit list.

Thank you,

Alice E. Snedeker
Associate

Duane Morris LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929
**P:** +1 404 253 6989
**F:** +1 404 521 4129

AESnedeker@duanemorris.com
www.duanemorris.com

**From:** Megan Chacon <chacon@fr.com>
**Sent:** Wednesday, May 13, 2020 3:21 PM
**To:** Snedeker, Alice <AESnedeker@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>; McGrath, Robin <RLMcGrath@duanemorris.com>; Powers, Joseph A. <JAPowers@duanemorris.com>; Dotson, David C. <DCDotson@duanemorris.com>; Gibson, John R. <JRGibson@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Forte, Jennifer H. <JHForte@duanemorris.com>; Grigg, Nicole E. <NEGrigg@duanemorris.com>; Joshua, Aquanis M. <AMJoshua@duanemorris.com>
**Cc:** FR-Service_Finjan-Cisco <FR-Service_Finjan-Cisco@fr.com>
**Subject:** RE: Finjan v. Cisco (5:17-00072): Exhibit List Supplementation and Pre-Marked Exhibit Exchange


Alice,

Thank you for the meet and confer yesterday afternoon.  As discussed, Finjan proposes a reasonable supplementation to exhibit lists given we are currently more than 5 weeks out from our new trial date.  Finjan is open to a mutual supplementation by Cisco and is willing to coordinate with Cisco to ensure the parties complete any objections and file the supplemental exhibit lists well in advance of trial.  We understand you are discussing this proposal with your team and Cisco.  We further understand you will provide Cisco's final position on this matter by the end of the week.  As we discussed during the

meet and confer, if Cisco will not agree to Finjan's supplementation proposal, we intend to file a motion for leave to supplement Finjan's exhibit list with the Court on Friday.  We would appreciate Cisco's effort to provide its final position before then.

With respect to our discussion regarding the joint exhibit list, we understand both parties are conferring internally to determine the scope of the joint exhibit list and will provide their respective positions soon for further discussion.

Best regards,
Megan

**Megan A. Chacon ::** Principal **::** Fish & Richardson P.C.

858 678 4318 direct **::** 801 541 1948 cell **::** chacon@fr.com

fr.com **::** Bio **::** LinkedIn **::** Twitter

---

**From:** Megan Chacon
**Sent:** Tuesday, May 12, 2020 11:15 AM
**To:** aesnedeker@duanemorris.com; 'Jameson, Woody' <WJameson@duanemorris.com>; mcgaudet@duanemorris.com; rlmcgrath@duanemorris.com; japowers@duanemorris.com; 'Dotson, David C.' <DCDotson@duanemorris.com>; JRGibson@duanemorris.com; 'Gunther, Jarrad M.' <JMGunther@duanemorris.com>; 'Forte, Jennifer H.' <JHForte@duanemorris.com>; 'Grigg, Nicole E.' <NEGrigg@duanemorris.com>; 'Joshua, Aquanis M.' <AMJoshua@duanemorris.com>
**Cc:** FR-Service_Finjan-Cisco <FR-Service_Finjan-Cisco@fr.com>
**Subject:** RE: Finjan v. Cisco (5:17-00072): Exhibit List Supplementation and Pre-Marked Exhibit Exchange

Alice,

In addition to discussing the proposed exhibit list supplementation during today's call, we would also like to revisit the parties' positions with respect to a joint exhibit list.

Best regards,
Megan

**Megan A. Chacon ::** Principal **::** Fish & Richardson P.C.

858 678 4318 direct **::** 801 541 1948 cell **::** chacon@fr.com

fr.com **::** Bio **::** LinkedIn **::** Twitter

---

**From:** Megan Chacon
**Sent:** Monday, May 11, 2020 4:54 PM
**To:** aesnedeker@duanemorris.com; Jameson, Woody <WJameson@duanemorris.com>; mcgaudet@duanemorris.com; rlmcgrath@duanemorris.com; japowers@duanemorris.com; Dotson, David C. <DCDotson@duanemorris.com>; JRGibson@duanemorris.com; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Forte, Jennifer H. <JHForte@duanemorris.com>; Grigg, Nicole E. <NEGrigg@duanemorris.com>; Joshua, Aquanis M. <AMJoshua@duanemorris.com>
**Cc:** FR-Service_Finjan-Cisco <FR-Service_Finjan-Cisco@fr.com>
**Subject:** RE: Finjan v. Cisco (5:17-00072): Exhibit List Supplementation and Pre-Marked Exhibit Exchange

Thanks, Alice.  Please use the following dial-in information for tomorrow's call:

US Toll Free 1-888-706-0584; Participant Code: 4493376

Best regards,
Megan

**Megan A. Chacon ::** Principal **::** Fish & Richardson P.C.

858 678 4318 direct **::** 801 541 1948 cell **::** chacon@fr.com

fr.com **::** Bio **::** LinkedIn **::** Twitter

---

**From:** aesnedeker@duanemorris.com <aesnedeker@duanemorris.com>
**Sent:** Monday, May 11, 2020 4:30 PM
**To:** Megan Chacon <chacon@fr.com>; Jameson, Woody <WJameson@duanemorris.com>; mcgaudet@duanemorris.com; rlmcgrath@duanemorris.com; japowers@duanemorris.com; Dotson, David C. <DCDotson@duanemorris.com>; JRGibson@duanemorris.com; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Forte, Jennifer H. <JHForte@duanemorris.com>; Grigg, Nicole E. <NEGrigg@duanemorris.com>; Joshua, Aquanis M. <AMJoshua@duanemorris.com>
**Cc:** FR-Service_Finjan-Cisco <FR-Service_Finjan-Cisco@fr.com>
**Subject:** RE: Finjan v. Cisco (5:17-00072): Exhibit List Supplementation and Pre-Marked Exhibit Exchange

Megan – 1pm PST tomorrow works for Cisco.

Thank you for confirming the deadline.

Alice E. Snedeker
Associate

Duane Morris LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929
**P:** +1 404 253 6989
**F:** +1 404 521 4129

AESnedeker@duanemorris.com
www.duanemorris.com

---

**From:** Megan Chacon <chacon@fr.com>
**Sent:** Monday, May 11, 2020 3:20 PM
**To:** Snedeker, Alice <AESnedeker@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>; McGrath, Robin <RLMcGrath@duanemorris.com>; Powers, Joseph A. <JAPowers@duanemorris.com>; Dotson, David C. <DCDotson@duanemorris.com>; Gibson, John R. <JRGibson@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Forte, Jennifer H. <JHForte@duanemorris.com>; Grigg, Nicole E. <NEGrigg@duanemorris.com>; Joshua, Aquanis M. <AMJoshua@duanemorris.com>
**Cc:** FR-Service_Finjan-Cisco <FR-Service_Finjan-Cisco@fr.com>
**Subject:** RE: Finjan v. Cisco (5:17-00072): Exhibit List Supplementation and Pre-Marked Exhibit Exchange

Alice,

You are correct.  My request was separate from the supplemented exhibit lists exchanged last Friday, May 8.  We are happy to meet and confer to discuss the mutual supplementation Finjan proposes.  We are available tomorrow afternoon between 12pm-3pm PST or after 4pm PST.  Please let us know if a time in this window works for Cisco.

Regarding the deadline for trial briefs, we can confirm the same understanding that briefs will now be due June 15, 2020.

Best regards,
Megan

**Megan A. Chacon ::** Principal **::** Fish & Richardson P.C.
858 678 4318 direct **::** 801 541 1948 cell **::** chacon@fr.com
fr.com **::** Bio **::** LinkedIn **::** Twitter

---

**From:** aesnedeker@duanemorris.com <aesnedeker@duanemorris.com>
**Sent:** Friday, May 08, 2020 2:17 PM
**To:** Megan Chacon <chacon@fr.com>; Jameson, Woody <WJameson@duanemorris.com>; mcgaudet@duanemorris.com; rlmcgrath@duanemorris.com; japowers@duanemorris.com; Dotson, David C. <DCDotson@duanemorris.com>; JRGibson@duanemorris.com; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Forte, Jennifer H. <JHForte@duanemorris.com>; Grigg, Nicole E. <NEGrigg@duanemorris.com>; Joshua, Aquanis M. <AMJoshua@duanemorris.com>
**Cc:** FR-Service_Finjan-Cisco <FR-Service_Finjan-Cisco@fr.com>
**Subject:** RE: Finjan v. Cisco (5:17-00072): Exhibit List Supplementation and Pre-Marked Exhibit Exchange

**[Caution: This is an external email. Do not click links or open attachments unless you recognize the sender and know the content is safe.]**
Megan,

I understand the below request regarding the exhibit lists is separate from the supplemented exhibit lists being exchanged today under section VII(9) of the pretrial order. In light of that, Cisco does not agree to a broader supplementation, as proposed below, without further discussion or detail.

Cisco agrees the new deadline for the parties to exchange premarked trial exhibits is June 11, 2020.

Also, in light of the trial date being moved, we believe the deadline for trial briefs also moved, and that trial briefs are now due June 15. Can you please confirm Finjan calculates that as the new deadline?

Thank you,

**Alice E. Snedeker**
Associate

Duane Morris LLP
1075 Peachtree Street NE, Suite 2000
Atlanta, GA 30309-3929
**P:** +1 404 253 6989
**F:** +1 404 521 4129

AESnedeker@duanemorris.com
www.duanemorris.com

---

**From:** Megan Chacon <chacon@fr.com>
**Sent:** Thursday, May 7, 2020 6:11 PM
**To:** Snedeker, Alice <AESnedeker@duanemorris.com>; Jameson, Woody <WJameson@duanemorris.com>; Gaudet, Matthew C. <MCGaudet@duanemorris.com>; McGrath, Robin <RLMcGrath@duanemorris.com>; Powers, Joseph A. <JAPowers@duanemorris.com>; Dotson, David C. <DCDotson@duanemorris.com>; Gibson, John R. <JRGibson@duanemorris.com>; Gunther, Jarrad M. <JMGunther@duanemorris.com>; Forte, Jennifer H. <JHForte@duanemorris.com>; Grigg, Nicole E. <NEGrigg@duanemorris.com>; Joshua, Aquanis M. <AMJoshua@duanemorris.com>

**Cc:** FR-Service_Finjan-Cisco <FR-Service_Finjan-Cisco@fr.com>
**Subject:** Finjan v. Cisco (5:17-00072): Exhibit List Supplementation and Pre-Marked Exhibit Exchange

Counsel,

In light of the Court's order setting trial to begin on June 22 (Dkt. No. 595), Plaintiff proposes that the parties agree to a mutual, reasonable supplementation of their respective exhibit lists on Friday, May 15.

Plaintiff also proposes that the parties agree to push back the agreed upon date for exchange of pre-marked trial exhibits from May 21 to June 11.

Please let us know whether Cisco will agree to these proposals.

Best regards,
Megan

**Megan A. Chacon ::** Principal **::** Fish & Richardson P.C.
858 678 4318 direct **::** 801 541 1948 cell **::** chacon@fr.com
fr.com **::** Bio **::** LinkedIn **::** Twitter

```
*******************************************************************************
************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
*******************************************************************************
************************************
```

For more information about Duane Morris, please visit http://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

```
*******************************************************************************
************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
*******************************************************************************
************************************
```

```
*******************************************************************************
************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
```

email and destroy all copies of the original message.
**************************************************************************************
****************************************

**************************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
**************************************************************************************
****************************************