# EXHIBIT 4

01:34PM

```
                     UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION


       FINJAN, INC.,

                 PLAINTIFF,              CASE NO.  CV-17-0072-BLF

           VS.                           SAN JOSE, CALIFORNIA

       CISCO SYSTEMS, INC.,              APRIL 30, 2020

                 DEFENDANT.              PAGES 1 - 124



                  TRANSCRIPT OF TELEPHONIC PROCEEDINGS
               BEFORE THE HONORABLE BETH LABSON FREEMAN
                      UNITED STATES DISTRICT JUDGE

       A-P-P-E-A-R-A-N-C-E-S (TELEPHONICALLY)

       FOR THE PLAINTIFF:    FISH & RICHARDSON P.C.
                             BY:  JUANITA R. BROOKS
                                  MEGAN A. CHACON
                                  ROGER A. DENNING
                                  KELLY N. WILLIAMS
                             12390 EL CAMINO REAL
                             SAN DIEGO, CALIFORNIA 92130-2081

                             BY:  AAMIR A. KAZI
                             1180 PEACHTREE ST
                             21ST FLOOR
                             ATLANTA, GEORGIA 30309


             (APPEARANCES CONTINUED ON THE NEXT PAGE.)



       OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                  CERTIFICATE NUMBER 8074


           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
       TRANSCRIPT PRODUCED WITH COMPUTER.
```

```
 1      A P P E A R A N C E S:  (CONT'D)

 2      FOR THE DEFENDANT:            DUANE MORRIS LLP
                                      BY:  LOUIS N. JAMESON
 3                                         ALICE E. SNEDEKER
                                           DAVID C. DOTSON
 4                                         ROBIN L. MCGRATH
                                      1075 PEACHTREE STREET, N.E.
 5                                    SUITE 2000
                                      ATLANTA, GEORGIA 30309-3448
 6
                                      BY:  MATTHEW C. GAUDET
 7                                    DUANE MORRIS - ATLANTA
                                      1180 WEST PEACHTREE ST
 8                                    SUITE 700
                                      ATLANTA, GEORGIA 30309-3448
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
02:00PM   1    OUT.
02:00PM   2         THE OTHER THING THAT YOU HAVE DONE IS THAT YOU HAVE GIVEN
02:00PM   3    EACH OTHER A CHART OF YOUR EXHIBITS AND THEN THE OBJECTIONS TO
02:00PM   4    THEM.  I DON'T GO THROUGH IT AND JUST RULE ON THEM BECAUSE MOST
02:00PM   5    OF THOSE EXHIBITS WILL NEVER BE ADMITTED.  SO I JUST WANT YOU
02:00PM   6    TO KNOW THAT YOU WON'T GET A RULING BASED ON THAT CHART.
02:00PM   7    THAT'S A CHART FOR YOU, NOT FOR ME, AND IF YOU HAVE OBJECTIONS
02:01PM   8    TO THE EXHIBITS, SOME YOU'LL OBJECT WHEN THE EXHIBIT IS
02:01PM   9    OFFERED, OTHERS YOU MAY BRING ON THE MORNING AT 8:30, BUT I
02:01PM  10    WANT YOU TO KNOW THAT I DON'T TAKE THAT AS A DOCUMENT THAT I
02:01PM  11    HAVE TO CHECK OFF "SUSTAINED" AND "OVERRULED" ON THE
02:01PM  12    OBJECTIONS.
02:01PM  13         OKAY.
02:01PM  14              MR. GAUDET:  YOUR HONOR, THIS IS MATT GAUDET.  COULD
02:01PM  15    I ASK JUST A COUPLE OF FOLLOW-UP QUESTIONS ON THOSE?
02:01PM  16              THE COURT:  YES, SURE.
02:01PM  17              MR. GAUDET:  WITH RESPECT TO THE THREE-PAGE
02:01PM  18    SUBMISSIONS THAT WOULD BE IN BY 5:00 P.M., WOULD THE IDEA BE
02:01PM  19    THAT BOTH SIDES, WHATEVER THE COMPETING VIEWS ARE, BOTH SIDES
02:01PM  20    WOULD PUT IN THEIR THREE PAGES OR IS IT A COMMON --
02:01PM  21              THE COURT:  THAT'S A REALLY GOOD QUESTION.  I'VE
02:01PM  22    ACTUALLY NEVER HAD ANYTHING IN WRITING FROM THE OPPOSING SIDE.
02:01PM  23    IT'S USUALLY THE -- BECAUSE THERE'S NO TIME TO DO IT REALLY.
02:01PM  24         AS I SAY, I DON'T REQUIRE ANYTHING IN WRITING.  YOU CAN
02:01PM  25    COME IN AND DO IT ORALLY.  ONE OF THE PROBLEMS THAT I FOUND IS
```

```
03:09PM   1    TOGETHER, AND I'M HAMPERED BY NOT HAVING IT.  SO I'M GOING TO
03:09PM   2    WAIT ON THAT.
03:09PM   3         SO THE REMAINDER OF THIS MOTION WILL BE WITHDRAWN.
03:09PM   4         IT LOOKED LIKE THE '154 WAS MOOT ANYWAY BASED ON MY
03:09PM   5    SUMMARY JUDGMENT RULING.  AND THEN ON THE '633 AND THE '780,
03:10PM   6    WE'LL SEE WHAT HAPPENS LATER, BUT I'M NOT GOING TO RULE ON
03:10PM   7    THOSE.
03:10PM   8         OKAY.  THAT THEN COMPLETES THE PLAINTIFF'S MOTIONS.
03:10PM   9         LET'S TAKE A TEN MINUTE BREAK AND COME BACK AT 3:20, AND
03:10PM  10    THEN WE'LL FINISH UP WITH THE CISCO ONES, OKAY?
03:10PM  11              MR. JAMESON:  THANK YOU, YOUR HONOR.
03:10PM  12         (RECESS FROM 3:10 P.M. UNTIL 3:19 P.M.)
03:19PM  13              THE COURT:  I THINK WE HAVE EVERYONE, AND WE CAN GET
03:19PM  14    STARTED AGAIN.  SO WE'LL TURN TO CISCO'S MOTIONS.  I THINK
03:20PM  15    ACTUALLY THE HARDER ONES ARE OUT OF OUR WAY.  AT LEAST THAT'S
03:20PM  16    THE WAY IT SEEMED TO ME.
03:20PM  17         OKAY.  SO CISCO'S IN LIMINE MOTION NUMBER 1 IS TO EXCLUDE
03:20PM  18    PHIL HARTSTEIN'S TESTIMONY REGARDING FINJAN'S CORPORATE HISTORY
03:20PM  19    AS HEARSAY.
03:20PM  20         LET ME JUST CUT THROUGH THIS A LITTLE BIT.  I APPRECIATE
03:20PM  21    THAT MR. HARTSTEIN MIGHT VEER INTO INADMISSIBLE TESTIMONY BASED
03:20PM  22    ON HEARSAY, BUT, FRANKLY, I DON'T KNOW HOW TO GIVE ANY
03:20PM  23    LIMITATION ON HIS TESTIMONY UNTIL I HEAR IT.
03:20PM  24         IT WILL DEPEND ON HOW THE QUESTION IS ASKED, IT WILL
03:20PM  25    DEPEND ON THE BASIS FOR HIS ANSWER.
```

```
03:20PM   1          WHAT HE KNOWS FROM 2013 TO THE PRESENT IS -- BUILDS ON THE
03:20PM   2    SHOULDERS OF EVERYTHING THAT CAME BEFORE HIM AND ISSUES LIKE
03:21PM   3    THE STRENGTH OF THE PATENT ARE THINGS THAT HE'S BEEN LIVING
03:21PM   4    WITH FOR YEARS, MATTERS THAT HE KNOWS FROM TALKING TO FORMER
03:21PM   5    CEO'S NOT SO MUCH.  THAT WOULD PROBABLY BE TRADITIONAL HEARSAY.
03:21PM   6          SO I DON'T KNOW THAT THERE'S MUCH MORE THAT WE CAN DISCUSS
03:21PM   7    HERE OTHER THAN I NEED TO DEFER RULING ON THIS.
03:21PM   8          SO, MR. GAUDET, WHO ON YOUR TEAM WAS TAKING THE LEAD ON
03:21PM   9    THIS ONE?
03:21PM  10          MR. GAUDET:  YOUR HONOR, MS. MCGRATH WAS TAKING THE
03:21PM  11    LEAD, BUT I THINK IN THE INTEREST OF TIME WE CAN SAY THAT WE
03:21PM  12    UNDERSTAND YOUR RULING AND THAT MAKES SENSE.
03:21PM  13          THE COURT:  OKAY.  AND HAVING SEEN MR. HARTSTEIN
03:21PM  14    TESTIFY A FEW TIMES, I CAN UNDERSTAND WHY YOU WOULD ONLY WANT
03:21PM  15    HIM TO TESTIFY FOR A SHORT TIME, HE'S A VERY NICE MAN.
03:21PM  16          MR. GAUDET:  I HAD THE SAME EXPERIENCE SITTING WITH
03:21PM  17    HIM FOR A DAY AT HIS DEPOSITION.  HE IS CHARMING, THERE'S NO
03:21PM  18    DOUBT ABOUT IT.
03:21PM  19          THE COURT:  AND EVERY COMPANY NEEDS TO TELL ITS
03:21PM  20    ORIGINATION STORY IN SOME WAY.  YOU MAY THINK IT'S AN
03:21PM  21    ORIGINATION MYTH, BUT WE WILL STICK TO THE STORY.
03:22PM  22          I'VE HEARD A LOT OF GOOD ONES OVER THE YEARS, AND IT CAN
03:22PM  23    BE THE JURY'S FAVORITE PART OF THE TRIAL, MAINLY BECAUSE THEY
03:22PM  24    CAN UNDERSTAND THAT.
03:22PM  25          OKAY.  SO LET'S GO ON TO NUMBER 2, AND THIS IS CISCO'S
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*/s/ Irene Rodriguez*

IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: MAY 5, 2020