Juanita R. Brooks (CA SBN 75934) brooks@fr.com
Roger A. Denning (CA SBN 228998) denning@fr.com
Frank J. Albert (CA SBN 247741) albert@fr.com
Megan A. Chacon (CA SBN 304912) chacon@fr.com
K. Nicole Williams (CA SBN 291900) nwilliams@fr.com
Oliver J. Richards (CA SBN 310972) ojr@fr.com
Jared A. Smith (CA SBN 306576) jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038) terhufen@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (Admitted *Pro Hac Vice*) kazi@fr.com
Alana C. Mannige (CA SBN 313341) mannige@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005 / Fax: (404) 892-5002

Attorneys for Plaintiff
FINJAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No. 5:17-cv-00072-BLF-SVK |
| Plaintiff, | PLAINTIFF FINJAN, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO CHANGE TIME PURSUANT TO LR 6-3(a) |
| v. | |
| CISCO SYSTEMS, INC., a California Corporation, | Hon. Beth Labson Freeman Ctrm: 3, 5th Floor |
| Defendant. | |

1    **I.      INTRODUCTION**

2          Plaintiff Finjan, Inc. ("Finjan"), having reviewed and complied with Civil Local Rule 6-3,

3    hereby moves the Court for an order expediting the time for the Court to hear Finjan's Motion for

4    Leave to Supplement Its Exhibit List ("Motion for Leave") (Dkt No. 628).  Finjan respectfully

5    requests that the Court hear Finjan's Motion for Leave, if it deems necessary, on June 11, 2020,

6    June 18, 2020, or at some other time prior to the commencement of trial on June 22, 2020 that the

7    Court deems appropriate.  Filed concurrently herewith and pursuant to Civil Local Rule 6-3(a)(1)-

8    (6) is the Declaration of Megan A. Chacon in Support of Plaintiff Finjan, Inc.'s Unopposed

9    Administrative Motion to Change Time Pursuant to Civil L.R. 6-3(a) ("Chacon Declaration") and

10   a proposed order.  Cisco does not oppose the instant motion.  *See* Dkt No.628-2 at 1.

11   **II.     ARGUMENT**

12         **A.      Legal Standard**

13         Civil Local Rule 6-3 sets forth specific requirements for a motion to change time. The

14   moving party must file three documents: (1) a motion of no more than five pages; (2) a proposed

15   order; and (3) a declaration. Civ. L.R. 6-3(a). The declaration must set forth "with particularity"

16   the reasons for the requested enlargement of time, the efforts to obtain a stipulated time change,

17   "the substantial harm or prejudice that would occur if the Court did not change the time," any prior

18   time modifications in the case, and the effect of the modification on the case schedule. Civ. L.R. 6-

19   3(a)(1)-(6).  Courts in this District have considered the timing of trial in finding good cause for

20   expediting consideration of certain motions.  *See, e.g.*, *Fujitsu Ltd. v. Belkin Intern., Inc.*, No. 10-

21   cv-03972-LHK, 2012 WL 6096664, at *2 (N.D. Cal. Dec. 7, 2012) (referencing previously

22   granted motion to shorten time where moving party argued that "good cause existed to accelerate

23   briefing schedule so that the Court could rule before Defendants' damages experts testified at

24   trial.").

25         **B.      Good Cause Exists for Expediting the Time for the Court to Hear**

26                  **Finjan's Motion for Leave**

27         Finjan respectfully submits that good cause exists to expedite the time for the Court to

28   hear, if it deems necessary, Finjan's Motion for Leave prior to the commencement of trial on June

Case No. 5:17-cv-00072-BLF-SVK
PLAINTIFF FINJAN, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO CHANGE TIME
PURSUANT TO LR 6-3(a)

22, 2020.  As set forth in the Chacon Declaration filed herewith, Finjan's new counsel diligently sought to work with Cisco to come to an agreement to supplement the parties' respective exhibit lists in light of the May 1, 2020 confirmation of the trial date being push back three weeks from June 1, 2020 to June 22, 2020 due to the ongoing COVID-19 crisis.  *See* Chacon Decl. at ¶¶ 2-3. Despite meeting and conferring on Finjan's proposal, and Finjan's alternatively proposed Motion for Leave, the parties were unable to reach agreement and Finjan was forced to file its Motion for Leave on May 15, 2020.  *See* Chacon Decl. at ¶ 3.  The timing of Finjan's filing makes June 25, 2020 the earliest possible hearing date for which Finjan could notice its Motion for Leave in accordance with the Civil Local Rules and this Court's Standing Order for Civil Cases.  *See* Chacon Decl. at ¶ 4.  As soon as counsel for Cisco confirmed it would not agree to Finjan's supplementation proposal, and thus Finjan would need to file its Motion for Leave, counsel for Finjan informed counsel for Cisco of its intention to file the instant Motion to Change Time.  *See* Chacon Decl. at ¶ 5.  Cisco's counsel subsequently confirmed Cisco would not oppose Finjan's Motion to Change Time.  *See id.*

Finjan's Motion for Leave presents issues that will impact Finjan's presentation of its case at trial.  *See* Dkt No. 628.  The exhibits Finjan seeks to add relate to key issues in this case, such as Finjan's history, the relationship between Finjan and Cisco, damages, and validity.  *Id*.  In its motion, Finjan respectfully submits that good cause exists for its request due to at least the relevance of the supplemental exhibits, the lack of the lack of any undue prejudice caused by their addition to Finjan's exhibit list five weeks prior to the commencement of trial, the recent substitution of new counsel for Finjan, and the Court having not yet issued a final pretrial order. *See* Chacon Decl. at ¶ 6; *see also* Dkt No. 628.  Finjan's Motion for Leave should be heard prior to the commencement of trial otherwise substantial harm and prejudice would befall Finjan.  Finjan would be hindered in its trial preparation and significant uncertainty would arise as to whether Finjan may be allowed to offer into evidence its supplemental exhibits that relate to key disputed issues in both its case in chief and rebuttal case at trial.  *See* Chacon Decl. at ¶ 4, 8.

## III.   CONCLUSION

Finjan diligently sought to reach an agreement relating to the supplementation of its trial

PLAINTIFF FINJAN, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO CHANGE TIME
PURSUANT TO LR 6-3(a)

exhibit list, but instead was forced to file its Motion for Leave (Dkt No. 628) immediately before

the instant motion.  The timing for hearing Finjan's Motion for Leave as provided for by the Civil

Local Rules and this Court's Standing Order for Civil Cases would cause substantial harm and

prejudice to Finjan were it not expedited.  Finjan, thus, respectfully requests relief from the Court

in the form of an expedited hearing of Finjan's Motion for Leave, if the Court deems necessary, on

June 11, 2020, June 18, 2020, or at another time the Court deems appropriate.


Dated:  May 15, 2020                              Respectfully Submitted,


                                    By:  */s/ Megan A. Chacon*
                                    Juanita R. Brooks (CA SBN 75934)
                                    brooks@fr.com
                                    Roger A. Denning (CA SBN 228998)
                                    denning@fr.com
                                    Frank J. Albert (CA SBN 247741)
                                    albert@fr.com
                                    Megan A. Chacon (CA SBN 304912)
                                    chacon@fr.com
                                    K. Nicole Williams (CA SBN 291900)
                                    nwilliams@fr.com
                                    Oliver J. Richards (CA SBN 310972)
                                    ojr@fr.com
                                    Jared A. Smith (CA SBN 306576) jasmith@fr.com
                                    Tucker N. Terhufen (CA SBN 311038)
                                    terhufen@fr.com
                                    FISH & RICHARDSON P.C.
                                    12390 El Camino Real, Suite 100
                                    San Diego, CA 92130
                                    Phone: (858) 678-5070 / Fax: (858) 678-5099

                                    Aamir Kazi (Admitted *Pro Hac Vice*) kazi@fr.com
                                    Alana C. Mannige (CA SBN 313341)
                                    mannige@fr.com
                                    FISH & RICHARDSON P.C.
                                    1180 Peachtree Street NE, 21st Floor
                                    Atlanta, GA 30309
                                    Phone: (404) 892-5005 / Fax: (404) 892-5002

                                    Attorneys for Plaintiff FINJAN, INC.

PLAINTIFF FINJAN, INC.'S UNOPPOSED ADMINISTRATIVE MOTION TO CHANGE TIME
PURSUANT TO LR 6-3(a)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 15, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will be served by electronic mail and regular mail.

*/s/ Megan A. Chacon*
Megan A. Chacon
chacon@fr.com