**DUANE MORRIS LLP**
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
L. Norwood Jameson (GA SBN 003970)
Admitted *Pro Hac Vice*
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
Alice E. Snedeker
Admitted *Pro Hac Vice*
aesnedeker@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>**STIPULATED REQUEST FOR REDACTIONS TO TRANSCRIPT OF PROCEEDINGS HELD ON APRIL 21, 2020 (ECF NO. 560)**<br><br>Magistrate Judge Susan Van Keulen |

Pursuant to Civil L.R. 7-11 and 79-5 and the Court's Order Directing Parties to Submit Proposed Redactions to the Court's Order (Dkt. No. 622), the parties hereby stipulate that the following information shall be redacted from the Transcript of Proceedings held on April 21, 2020 (Dkt. 560) before Judge Susan Van Keulen for the reasons stated below:

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 560 | Transcript of Proceedings held on April 21, 2020 before Judge Susan Van Keulen | Highlighted portions at:<br>page 7 lines 13-14;<br>page 8 line 25;<br>page 9 lines 1, 16, 18, 22;<br>page 10 lines 1-2, 5, 7, 15, 23, 25;<br>page 11 lines 9-10;<br>page 13 lines 15-17;<br>page 14 line 23;<br>page 15 line 12;<br>page 16 lines 3, 13;<br>page 17 lines 16, 19;<br>page 18 lines 18-19;<br>page 19 line 19;<br>page 20 lines 7, 12, 14, 18;<br>page 21 lines 2, 15-16;<br>page 23 line 2;<br>page 25 line 3;<br>page 26 lines 2, 6-7;<br>page 27 lines 12, 19;<br>page 32 line 5;<br>page 37 line 17;<br>page 38 line 13;<br>page 39 lines 16-17;<br>page 41 line 16;<br>page 42 lines 21-22;<br>page 43 lines 1, 6-7, 11, 13, 15, 20-21, 24-25; | Portions of this document contain confidential technical information related to the accused Cisco products. Public disclosure of this information would cause harm to Cisco. *See* Declaration of Nicole E. Grigg("Grigg Declaration") ¶¶ ECF 491-1 |

1

Case No. 5:17-cv-00072-BLF
STIPULATED REQUEST FOR REDACTIONS TO TRANSCRIPT OF PROCEEDINGS HELD ON APRIL 21, 2020 (ECF NO. 560)

|   |   | page 44 lines 1-2, 5-6, 8, 12-14, 19; |   |
|---|---|---|---|
|   |   | page 45 line 19; |   |
|   |   | page 47 line 19; |   |
|   |   | page 48 lines 17-18, 25; |   |
|   |   | page 51 lines 9-10, 15; |   |
|   |   | page 52 lines 8, 21-22, 25; |   |
|   |   | page 53 lines 11-12, 14-15, 24-25; |   |
|   |   | page 54 lines 1, 7-8, 12-13; |   |
|   |   | page 57 line 7; |   |
|   |   | page 59 line 9; |   |
|   |   | page 61 line 15; |   |
|   |   | page 62 lines 15, 22; |   |
|   |   | page 63 lines 8-9, 13; |   |
|   |   | page 64 line 15; |   |
|   |   | page 65 lines 10-11; |   |

**IT IS SO STIPULATED.**

Dated: May 18, 2020                              Respectfully Submitted,

By:   */s/ Megan A. Chacon*                   By:   */s/ Nicole E. Grigg*

2

Case No. 5:17-cv-00072-BLF
STIPULATED REQUEST FOR REDACTIONS TO
TRANSCRIPT OF PROCEEDINGS HELD ON
APRIL 21, 2020 (ECF NO. 560)

| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Frank J. Albert (CA SBN 247741)<br>albert@fr.com<br>Megan A. Chacon (CA SBN 304912)<br>chacon@fr.com<br>K. Nicole Williams (CA SBN 291900)<br>nwilliams@fr.com<br>Oliver J. Richards (CA SBN 310972)<br>ojr@fr.com<br>Jared A. Smith (CA SBN 306576)<br>jasmith@fr.com<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real, Suite 100<br>San Diego, CA 92130<br>Phone: (858) 678-5070 / Fax: (858) 678-5099<br><br>Aamir Kazi (Admitted *Pro Hac Vice*)<br>kazi@fr.com<br>Alana Mannige (CA SBN 313341)<br>mannige@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 30309<br>Phone: (404) 892-5005 / Fax: (404) 892-5002<br><br>*Attorneys for Plaintiff FINJAN, INC.* | Nicole E. Grigg (CA SBN 307733)<br>negrigg@duanemorris.com<br>DUANE MORRIS LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-11947<br>Telephone: 650-487-4147<br><br>L. Norwood Jameson (admitted *pro hac vice*)<br>wjameson@duanemorris.com<br>Matthew C. Gaudet (admitted *pro hac vice*)<br>mcgaudet@duanemorris.com<br>David C. Dotson (admitted *pro hac vice*)<br>dcdotson@dauanemorris.com<br>John R. Gibson (admitted *pro hac vice*)<br>jrgibson@duanemorris.com<br>Jennifer H. Forte (admitted *pro hac vice*)<br>jhforte@duanemorris.com<br>Alice E. Snedeker (admitted *pro hac vice*)<br>aesnedeker@duanemorris.com<br>DUANE MORRIS LLP<br>1075 Peachtree St. 2000<br>Atlanta, GA 30309<br>Telephone: 404-253-6900<br><br>Joseph A. Powers (admitted *pro hac vice*)<br>japowers@duanemorris.com<br>Jarrad M. Gunther (admitted *pro hac vice*)<br>DUANE MORRIS LLP<br>30 South 17th St.<br>Philadelphia, PA 19103<br>Telephone: 215-979-1000<br><br>*Attorneys for Defendant Cisco Systems, Inc.* |

3

Case No. 5:17-cv-00072-BLF
STIPULATED REQUEST FOR REDACTIONS TO
TRANSCRIPT OF PROCEEDINGS HELD ON
APRIL 21, 2020 (ECF NO. 560)

## ECF ATTESTATION

I, Nicole E. Grigg, am the ECF user whose ID and password are being used to file **STIPULATED REQUEST FOR REDACTIONS TO TRANSCRIPT OF PROCEEDINGS HELD ON APRIL 21, 2020 (ECF NO. 560)** I hereby attest that I received authorization to insert the signatures indicated by the conformed signature (/s/) within this e-filed document.

Dated: May 18, 2020

By: */s/ Nicole. E. Grigg*
      Nicole. E. Grigg
      negrigg@duanemorris.com

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   The undersigned hereby certifies that a true and correct copy of the above and foregoing

3 document has been served on May 18, 2020 to all counsel of record who are deemed to have

4 consented to electronic service via the Court's CM/ECF system.  Any other counsel of record will

5 be served by electronic mail and regular mail.

6                                                                                     /s/ *Nicole E. Grigg*
                                                                                      Nicole E. Grigg
7                                                                                     negrigg@duanemorris.com