**DUANE MORRIS LLP**
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
L. Norwood Jameson (GA SBN 003970)
Admitted *Pro Hac Vice*
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
Alice E. Snedeker
Admitted *Pro Hac Vice*
aesnedeker@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No.: 5:17-cv-00072-BLF-SVK<br><br>**DECLARATION OF NICOLE GRIGG IN SUPPORT OF PLAINTIFF FINJAN, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (ECF NO. 618)** |

I, Nicole Grigg, declare as follows:

1. I am an attorney at the law firm of Duane Morris LLP and am counsel for Defendant Cisco Systems, Inc. ("Cisco"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath. I submit this Declaration in Support of Finjan's Administrative Motion to File Documents Under Seal (ECF No. 618), pursuant to Civil Local Rule 79-5(d)-(e). In making this Declaration, it is not my intention, nor the intention of Cisco, to waive the attorney-client privilege, the attorney work-product immunity, or any other applicable privilege.

2. I have reviewed the following documents and confirmed that they consist of or quote directly from documents or testimony Cisco designated "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY – SOURCE CODE" pursuant to the Stipulated Protective Order in this litigation.

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| ECF No. 617 | Finjan Inc.'s Motion for Leave to File Motion for Reconsideration | Highlighted portions at i:15, 18; 2:15, 28; 3:1, 13-14, 26; 4:18-22, 26; 5:23; 6:2, 10, 16, 18; 7:3, 4, 6, 9-14; 8:3, 6, 8-20, 24, 27; 9:12-13, 19, 25; 10:13-16, 23; and 11:14, 17, 23, 26. | The highlighted portions of this document reflect confidential information relating to Cisco's products that Cisco has designated as "HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY –SOURCE CODE" under the Protective Order, including confidential details relating to the design and operation of Cisco products, including its source code, which, if publicly disclosed, could result in competitive harm to Cisco. |

1

DECLARATION OF NICOLE GRIGG IN SUPPORT OF FINJAN, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL (ECF NO. 618)
CASE NO. 5:17-cv-00072-BLF-SVK

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| Exhibit 1 to the Declaration of Aamir A. Kazi in Support of Finjan Inc.'s Motion for Leave to File Motion for Reconsideration | Excerpt from the Expert Report of Dr. Atul Prakash Regarding Non-Infringement of U.S. Patent No. 7,647,633, dated August 14, 2019. | Entirety | This document reflects confidential information relating to Cisco's products that Cisco has designated as "HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY –SOURCE CODE" under the Protective Order, including confidential details relating to the design and operation of Cisco products, including its source code, which, if publicly disclosed, could result in competitive harm to Cisco. |

3. Good cause exists to seal the portions of the documents identified in the chart above for the reasons stated therein. Cisco seeks to seal only those portions of the documents that contain "sealable material" as defined in Civil Local Rule 79-5(d), and for which it has good cause to seal.

4. I am informed and believe that, if filed publicly, this confidential information could be used by Cisco's competitors to Cisco's disadvantage, as it can be used to derive the confidential and proprietary technical information of Cisco related to the accused products, including Cisco's highly sensitive source code, which, if disclosed, could result in competitive harm to Cisco.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed on May 18, 2020, in Alameda, California.

                                                 */s/ Nicole E. Grigg*
                                                 Nicole E. Grigg