UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS INC.,<br><br>        Defendant. | Case No. 17-cv-00072-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT STIPULATED PROPOSED REDACTIONS TO THE COURT'S ORDER OF MAY 22, 2020 ON OR BEFORE MAY 29, 2020**<br><br>[Re: ECF 640] |

On May 22, 2020, the Court issued and conditionally sealed its Order on Motion *in Limine*. *See* ECF 640.  The Order references materials that were filed under seal in this case.  To give the parties an opportunity to request redactions to the Order, the Court directs the parties to submit a stipulated request for redactions (or indicate that no redactions are requested) **on or before May 29, 2020**.

**IT IS SO ORDERED.**

Dated: May 22, 2020

_____
BETH LABSON FREEMAN
United States District Judge