# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., <br>     Plaintiff, <br> v. <br> CISCO SYSTEMS INC., <br>     Defendant. | Case No. 17-cv-00072-BLF <br><br> **ORDER GRANTING IN PART STIPULATED REQUEST FOR REDACTIONS TO COURT'S ORDER ON MOTIONS *IN LIMINE* DATED MAY 22, 2020 (ECF 640)** <br><br> [Re: ECF 649] |

On May 22, 2020, the Court issued and conditionally sealed its Order on Motions *in Limine*. Order, ECF 640. Because the Order references materials that were filed under seal in this case, the Court gave the parties an opportunity to request redactions to the Order. ECF 641. The parties have now submitted a stipulation for certain information to be redacted from the Court's Order. Stipulation, ECF 649. The Court hereby GRANTS the Stipulation as to the following portions of the Order:

- Page 16, lines 14, 16, 24;
- Page 17, lines 4-9, 11-14, 17, 20, 24, 27;
- Page 18, lines 1-2, 5, 8-10, 15, 18, 21, 23;
- Page 19, lines 2-3.

The Court is persuaded that Finjan has demonstrated that information regarding its license agreements are confidential and public disclosure of such information may cause significant harm to Finjan. *See* ECF 649. The Stipulation, however, fails to explain why the information on Page 4, lines 7-9, 16-17 – not related to Finjan licenses – are confidential. Accordingly, the Court DENIES the Stipulation as to the redactions on Page 4, lines 7-9, 16-17. The parties are DIRECTED to submit a revised redacted version of the Order pursuant to this order **no later than June 5, 2020**.

**IT IS SO ORDERED.**

Dated: May 29, 2020

_____
BETH LABSON FREEMAN
United States District Judge