Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

*Additional attorneys on signature page*

Attorneys for Plaintiff
FINJAN, INC.

D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

*Additional attorneys on signature page*

Attorneys for Defendant
CISCO SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>**REVISED STIPULATED REQUEST FOR REDACTIONS TO COURT'S ORDER ON MOTIONS *IN LIMINE* (DKT. 640) PER COURT ORDER GRANTING IN-PART (DKT. 651) DATED MAY 29, 2020**<br><br>Hon. Beth Labson Freeman |

Pursuant to Civil L.R. 7-11 and 79-5 and the Court's Order Granting In Part the Parties' Proposed Redactions (Dkt. 651), the parties hereby stipulate that the following information shall be redacted from the Court's Order on Motions *in Limine* dated May 22, 2020 (Dkt. 640):

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 640 | Order on Motions *in Limine* | Page 16, lines 14, 16, 24; Page 17, lines 4-9, 11-14, 17, 20, 24, 27; Page 18, lines 1-2, 5, 8-10, 15, 18, 21, 23; Page 19, lines 2-3. | This document contains information relating to Finjan's licenses and negotiations with third parties, and internal business and financial information that Finjan designated as "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY" pursuant to the terms of the Stipulated Protective Order. Finjan treats its licenses as highly confidential within its business and makes substantial efforts not to disclose the terms of its licenses to the public. The provisions of the license agreements, negotiations leading up to the agreements, and names of the licensees and licensees are treated as highly confidential. Public disclosure of this information may cause significant harm to Finjan. *See* Declaration of Megan A. Chacon ¶ 4 (ECF 576-1).<br><br>The Court granted redaction of this information in ECF 651. |

**IT IS SO STIPULATED.**

Dated: June 4, 2020                                  Respectfully Submitted,

By:  */s/ K. Nicole Williams*                        By:  */s/ Nicole E. Grigg*
    Juanita R. Brooks (CA SBN 75934)              D. Stuart Bartow (CA SBN 233107)
    brooks@fr.com                                  dsbartow@duanemorris.com
    Roger A. Denning (CA SBN 228998)               Nicole E. Grigg (CA SBN 307733)
    denning@fr.com                                 negrigg@duanemorris.com
    Frank J. Albert (CA SBN 247741)                2475 Hanover Street
    albert@fr.com                                  Palo Alto, CA  94304-1194
    Megan A. Chacon (CA SBN 304912)                Telephone: 650.847.4146
    chacon@fr.com                                  Facsimile: 650.847.4151
    K. Nicole Williams (CA SBN 291900)
    nwilliams@fr.com                               L. Norwood Jameson (admitted *pro hac vice*)
    Oliver J. Richards (CA SBN 310972)             Email:  wjameson@duanemorris.com
    ojr@fr.com                                     Matthew C. Gaudet (admitted *pro hac vice*)
    Jared A. Smith (CA SBN 306576)                 Email:  mcgaudet@duanemorris.com
    jasmith@fr.com                                 Robin L. McGrath (admitted *pro hac vice*)
    FISH & RICHARDSON P.C.                         Email: rlmcgrath@duanemorris.com
    12390 El Camino Real, Suite 100                David C. Dotson (admitted *pro hac vice*)
    San Diego, CA 92130                            Email:  dcdotson@duanemorris.com
    Phone: (858) 678-5070 / Fax: (858) 678-5099    John R. Gibson (admitted *pro hac vice*)
                                                   Email: jrgibson@duanemorris.com
                                                   Jennifer H. Forte (admitted *pro hac vice*)
    Aamir Kazi (Admitted *Pro Hac Vice*)           Email:  jhforte@duanemorris.com
    kazi@fr.com                                    Alice E. Snedeker (admitted *pro hac vice*)
    Alana Mannige (CA SBN 313341)                  Email: aesnedeker@duanemorris.com
    mannige@fr.com                                 1075 Peachtree Street, Ste. 2000
    FISH & RICHARDSON P.C.                         Atlanta, GA  30309
    1180 Peachtree Street NE, 21st Floor           Telephone: 404.253.6900
    Atlanta, GA 30309                              Facsimile: 404.253.6901
    Phone: (404) 892-5005 / Fax: (404) 892-5002
                                                   Joseph A. Powers (admitted *pro hac vice*)
                                                   japowers@duanemorris.com
                                                   Jarrad M. Gunther (admitted *pro hac vice*)
                                                   DUANE MORRIS LLP
                                                   30 South 17th St.
                                                   Philadelphia, PA 19103
                                                   Telephone: 215-979-1000
    *Attorneys for Plaintiff FINJAN, INC.*         *Attorneys for Defendant Cisco Systems, Inc.*

Case No. 5:17-cv-00072-BLF-SVK
REVISED STIPULATED REQUEST FOR
REDACTIONS TO COURT'S ORDER ON
MOTIONS *IN LIMINE*

**ECF ATTESTATION**

I, K. Nicole Williams, am the ECF user whose ID and password are being used to file the **REVISED STIPULATED REQUEST FOR REDACTIONS TO COURT'S ORDER ON MOTIONS IN LIMINE (DKT. 640) PER COURT ORDER GRANTING IN-PART (DKT. 651) DATED MAY 29, 2020** I hereby attest that I received authorization to insert the signatures indicated by the conformed signature (/s/) within this e-filed document.

Dated: June 4, 2020

By:   */s/ K. Nicole Williams*
      K. Nicole Williams
      nwilliams@fr.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 4, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

*/s/ K. Nicole Williams*
K. Nicole Williams
nwilliams@fr.com
