| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | D. Stuart Bartow (CA SBN 233107) |
| brooks@fr.com | dsbartow@duanemorris.com |
| Roger A. Denning (CA SBN 228998) | Nicole E. Grigg (CA SBN 307733) |
| denning@fr.com | negrigg@duanemorris.com |
| Frank J. Albert (CA SBN 247741) | DUANE MORRIS LLP |
| albert@fr.com | 2475 Hanover Street |
| FISH & RICHARDSON P.C. | Palo Alto, CA  94304-1194 |
| 12390 El Camino Real, Suite 100 | Telephone: 650.847.4146 |
| San Diego, CA 92130 | Facsimile: 650.847.4151 |
| Phone: (858) 678-5070/Fax: (858) 678-5099 | |

*Additional attorneys on signature page*

*Additional attorneys on signature page*

Attorneys for Plaintiff
FINJAN, INC.

Attorneys for Defendant
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>  Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>**REVISED JOINT JURY MATERIALS**<br><br>Hon. Beth Labson Freeman<br>Ctrm: 3, 5th Floor<br>Trial: October 19, 2020 |

Case No. 5:17-cv-00072-BLF-SVK
REVISED JOINT JURY MATERIALS

1 | Pursuant to the Court's Standing Order Re Final Pretrial Conference-Jury Trial and the
2 | Court's instruction during the April 30, 2020 Pretrial Conference (ECF 613), Plaintiff Finjan, Inc.
3 | ("Plaintiff" or "Finjan") and Defendant Cisco Systems, Inc. ("Defendant" or "Cisco") submit a
4 | Revised [Proposed] Jury Questionnaire, which is attached as Exhibit A. The parties previously filed
5 | a [Proposed] Jury Questionnaire as ECF 656-6. The parties request the right to make changes to the
6 | Revised Jury Questionnaire, as necessary, as the format of jury selection is further clarified.

Dated:  June 5, 2020                             Respectfully Submitted,

By:   */s/ K. Nicole Williams*                    By:   */s/ Alice E. Snedeker*

| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | D. Stuart Bartow (CA SBN 233107) |
| brooks@fr.com | dsbartow@duanemorris.com |
| Roger A. Denning (CA SBN 228998) | Nicole E. Grigg (CA SBN 307733) |
| denning@fr.com | negrigg@duanemorris.com |
| Frank J. Albert (CA SBN 247741) | 2475 Hanover Street |
| albert@fr.com | Palo Alto, CA  94304-1194 |
| Megan A. Chacon (CA SBN 304912) | Telephone: 650.847.4146 |
| chacon@fr.com | Facsimile: 650.847.4151 |
| K. Nicole Williams (CA SBN 291900) | |
| nwilliams@fr.com | L. Norwood Jameson (admitted *pro hac vice*) |
| Oliver J. Richards (CA SBN 310972) | Email:  wjameson@duanemorris.com |
| ojr@fr.com | Matthew C. Gaudet (admitted *pro hac vice*) |
| Jared A. Smith (CA SBN 306576) | Email:  mcgaudet@duanemorris.com |
| jasmith@fr.com | Robin L. McGrath (admitted *pro hac vice*) |
| FISH & RICHARDSON P.C. | Email: rlmcgrath@duanemorris.com |
| 12390 El Camino Real, Suite 100 | David C. Dotson (admitted *pro hac vice*) |
| San Diego, CA 92130 | Email:  dcdotson@duanemorris.com |
| Phone: (858) 678-5070 / Fax: (858) 678-5099 | John R. Gibson (admitted *pro hac vice*) |
| | Email: jrgibson@duanemorris.com |
| | Jennifer H. Forte (admitted *pro hac vice*) |
| Aamir Kazi (Admitted *Pro Hac Vice*) | Email:  jhforte@duanemorris.com |
| kazi@fr.com | Alice E. Snedeker (admitted *pro hac vice*) |
| Alana Mannige (CA SBN 313341) | Email: aesnedeker@duanemorris.com |
| mannige@fr.com | 1075 Peachtree Street, Ste. 2000 |
| FISH & RICHARDSON P.C. | Atlanta, GA  30309 |
| 1180 Peachtree Street NE, 21st Floor | Phone: 404.253.6900/ Fax: 404.253.6901 |
| Atlanta, GA 30309 | |
| Phone: (404) 892-5005 / Fax: (404) 892-5002 | Joseph A. Powers (admitted *pro hac vice*) |
| | japowers@duanemorris.com |
| | Jarrad M. Gunther (admitted *pro hac vice*) |
| | DUANE MORRIS LLP |
| | 30 South 17th St. |
| | Philadelphia, PA 19103 |
| | Telephone: 215-979-1000 |
| *Attorneys for Plaintiff FINJAN, INC.* | *Attorneys for Defendant Cisco Systems, Inc.* |

REVISED JOINT JURY MATERIALS
1                   Case No. 5:17-cv-00072-BLF-SVK

**ORDER**

IT IS SO ORDERED.

Dated: _____

                                        Hon. Beth Labson Freeman
                                        United States District Judge

1    **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

2    In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

3    document has been obtained from any other signatory to this document.

4                                              */s/ K. Nicole Williams*
                                          K. Nicole Williams

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED JOINT JURY MATERIALS          1         Case No. 5:17-cv-00072-BLF-SVK

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 5, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

> /s/ K. Nicole Williams
> K. Nicole Williams
> nwilliams@fr.com