UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>        Defendant. | Case No.  17-cv-00072-BLF   (SVK)<br><br>**ORDER RE REDACTIONS TO ORDER DENYING FINJAN, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 28, 2020 ORDER ON CISCO'S MOTION TO STRIKE** |

The Court's Order on Finjan, Inc.'s Motion to for Reconsideration of the Court's April 28, 2020 Order on Cisco's Motion to Strike (the "Order") has been filed under seal because it contains information that is the subject of sealing motions pending before the Court.  By June 22, 2020, the parties are ordered to meet and confer and submit joint proposed redactions to the Order (if any are required), as well as supporting declaration(s) establishing that the redacted material is sealable and a proposed order.  If no proposed redactions are received by 11:59 p.m. on June 22, 2020, the Court will unseal the Order in its entirety.

**SO ORDERED.**

Dated: June 11, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge