**DUANE MORRIS LLP**
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

**DUANE MORRIS LLP**
Joseph A. Powers (PA SBN 84590)
Admitted *Pro Hac Vice*
japowers@duanemorris.com
Jarrad M. Gunther (PA SBN 207038)
Admitted *Pro Hac Vice*
jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

**DUANE MORRIS LLP**
L. Norwood Jameson (GA SBN 003970)
Admitted *Pro Hac Vice*
wjameson@duanemorris.com
Matthew C. Gaudet (GA SBN 287789)
Admitted *Pro Hac Vice*
mcgaudet@duanemorris.com
David C. Dotson (GA SBN 138040)
Admitted *Pro Hac Vice*
dcdotson@duanemorris.com
John R. Gibson (GA SBN 454507)
Admitted *Pro Hac Vice*
jrgibson@duanemorris.com
Jennifer H. Forte (GA SBN 940650)
Admitted *Pro Hac Vice*
jhforte@duanemorris.com
Alice E. Snedeker
Admitted *Pro Hac Vice*
aesnedeker@duanemorris.com
1075 Peachtree NE, Suite 2000
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Attorneys for Defendant
CISCO SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>**STIPULATED REQUEST FOR REDACTIONS TO ORDER DENYING FINJAN, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 28, 2020 ORDER ON CISCO'S MOTION TO STRIKE (ECF NO. 662)**<br><br>Magistrate Judge Susan Van Keulen |

Case No. 5:17-cv-00072-BLF-SVK
STIPULATED REQUEST FOR REDACTIONS TO
JUNE 11, 2020 ORDER DENYING FINJAN, INC'S
MOTION FOR RECONSIDERATION OF THE
COURT'S APRIL 28, 2020 ORDER ON CISCO'S
MOTION TO STRIKE (ECF NO. 662)

Pursuant to Civil L.R. 7-11 and 79-5 and the Court's Order Directing Parties to Submit Proposed Redactions to the Court's Order (Dkt. No. 663), the parties hereby stipulate that the following information shall be redacted from Stipulated Request for Redactions to the June 11, 2020 Order Denying Finjan, Inc's Motion for Reconsideration of the Court's April 28, 2020 Order On Cisco's Motion to Strike (ECF No. 662) before Judge Susan Van Keulen for the reasons stated below:

| ECF or Exh. No. | Document | Portion(s) to Seal | Reason(s) for Sealing |
|---|---|---|---|
| 662 | Order Denying Finjan, Inc.'s Motion for Reconsideration of the Court's April 28, 2020 Order on Cisco's Motion to Strike (ECF No. 662) | Highlighted portions at: page 2 lines 24-25; page 3 lines 1-2, 11, 24, 27; page 4 lines 8, 12, 17-18, 20, 22-23, 26; page 5 line 1; page 6 lines 5-6, 10, 13; page 7 lines 4-5, 9-17, 18-28; page 8 lines 3, 7, 9, 23, 27/28; page 9 lines 3, 6-7, 9, 15; page 10 lines 4, 9-10, 17, 20/21, 22-27; page 11 lines 5, 12, 14-15, 18, 21-22, 25; page 12 lines 3-13, 21/22; page 13 lines 4, 14, 17, 20-21, 23, 27; page 14 lines 8, 13, 15, 22-23, 27; page 15 lines 5-6, 10, 19, 21-22, 24; | Portions of this document contain confidential technical information related to the accused Cisco products. Public disclosure of this information would cause harm to Cisco. *See* Declaration of Nicole E. Grigg("Grigg Declaration") ECF 637-1 |

1

Case No. 5:17-cv-00072-BLF
STIPULATED REQUEST FOR REDACTIONS TO JUNE 11, 2020 ORDER DENYING FINJAN, INC'S MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 28, 2020 ORDER ON CISCO'S MOTION TO STRIKE (ECF NO. 662)

**IT IS SO STIPULATED.**

Dated: June 17, 2020                                          Respectfully Submitted,

| | |
|---|---|
| By: */s/ K. Nicole Williams* | By: */s/ Nicole E. Grigg* |
| Juanita R. Brooks (CA SBN 75934) | Nicole E. Grigg (CA SBN 307733) |
| brooks@fr.com | negrigg@duanemorris.com |
| Roger A. Denning (CA SBN 228998) | DUANE MORRIS LLP |
| denning@fr.com | 2475 Hanover Street |
| Frank J. Albert (CA SBN 247741) | Palo Alto, CA 94304-11947 |
| albert@fr.com | Telephone: 650-487-4147 |
| Megan A. Chacon (CA SBN 304912) | |
| chacon@fr.com | L. Norwood Jameson (admitted *pro hac vice*) |
| K. Nicole Williams (CA SBN 291900) | wjameson@duanemorris.com |
| nwilliams@fr.com | Matthew C. Gaudet (admitted *pro hac vice*) |
| Oliver J. Richards (CA SBN 310972) | mcgaudet@duanemorris.com |
| ojr@fr.com | David C. Dotson (admitted *pro hac vice*) |
| Jared A. Smith (CA SBN 306576) | dcdotson@dauanemorris.com |
| jasmith@fr.com | John R. Gibson (admitted *pro hac vice*) |
| FISH & RICHARDSON P.C. | jrgibson@duanemorris.com |
| 12390 El Camino Real, Suite 100 | Jennifer H. Forte (admitted *pro hac vice*) |
| San Diego, CA 92130 | jhforte@duanemorris.com |
| Phone: (858) 678-5070 / Fax: (858) 678-5099 | Alice E. Snedeker (admitted *pro hac vice*) |
| | aesnedeker@duanemorris.com |
| | DUANE MORRIS LLP |
| Aamir Kazi (Admitted *Pro Hac Vice*) | 1075 Peachtree St. 2000 |
| kazi@fr.com | Atlanta, GA 30309 |
| Alana Mannige (CA SBN 313341) | Telephone: 404-253-6900 |
| mannige@fr.com | |
| FISH & RICHARDSON P.C. | Joseph A. Powers (admitted *pro hac vice*) |
| 1180 Peachtree Street NE, 21st Floor | japowers@duanemorris.com |
| Atlanta, GA 30309 | Jarrad M. Gunther (admitted *pro hac vice*) |
| Phone: (404) 892-5005 / Fax: (404) 892-5002 | DUANE MORRIS LLP |
| | 30 South 17th St. |
| | Philadelphia, PA 19103 |
| | Telephone: 215-979-1000 |
| *Attorneys for Plaintiff FINJAN, INC.* | *Attorneys for Defendant Cisco Systems, Inc.* |

2   Case No. 5:17-cv-00072-BLF
STIPULATED REQUEST FOR REDACTIONS TO
JUNE 11, 2020 ORDER DENYING FINJAN, INC'S
MOTION FOR RECONSIDERATION OF THE
COURT'S APRIL 28, 2020 ORDER ON CISCO'S
MOTION TO STRIKE (ECF NO. 662)

**ECF ATTESTATION**

I, Nicole E. Grigg, am the ECF user whose ID and password are being used to file **STIPULATED REQUEST FOR REDACTIONS TO JUNE 11, 2020 ORDER DENYING FINJAN, INC'S MOTION FOR RECONSIDERATION OF THE COURT'S APRIL 28, 2020 ORDER ON CISCO'S MOTION TO STRIKE (ECF NO. 662)**. I hereby attest that I received authorization to insert the signatures indicated by the conformed signature (/s/) within this e-filed document.

Dated: June 17, 2020

By: */s/ Nicole. E. Grigg*
Nicole. E. Grigg
negrigg@duanemorris.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 17, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

/s/ *Nicole E. Grigg*
Nicole E. Grigg
negrigg@duanemorris.com