# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>    Defendant. | Case No. 17-cv-00072-BLF<br><br>**ORDER REQUESTING RESPONSIVE BREIF TO PLAINTIFF'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDERS OF MAGISTRATE JUDGE VAN KEULEN** |

On June 25, 2020, Plaintiff Finjan, Inc. filed a motion for relief from two nondispositive pretrial orders of Magistrate Judge van Keulen at ECF 582 and ECF 662. ECF 671. Pursuant to Civil Local Rule 72-2, the Court REQUESTS that Defendant Cisco Systems Inc. file a responsive brief not to exceed **five (5) pages**, no later than **July 20, 2020**. No reply brief is permitted.

**IT IS SO ORDERED.**

Dated: July 6, 2020

_____
BETH LABSON FREEMAN
United States District Judge