UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO AMEND PROPOSED JOINT PRETRIAL STATEMENT<br><br>Hon. Beth Labson Freeman<br>Ctrm: 3, 5th Floor |

This matter comes before the Court on Plaintiff Finjan, Inc.'s and Defendant Cisco Systems, Inc.'s Joint Motion for Leave to Amend Proposed Joint Pretrial Statement, and finding good cause shown, IT IS HEREBY ORDERED that the Parties' Motion is GRANTED.

Finjan's Motion for Leave to Supplement its Exhibit List (Dkt. No. 628) is DENIED AS MOOT.

IT IS SO ORDERED

Dated: August 3, 2020

_/s/ Beth Labson Freeman_
Hon. Beth Labson Freeman
United States District Court