UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS INC.,<br><br>　　　　　Defendant. | Case No. 17-cv-00072-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT STIPULATED PROPOSED REDACTIONS TO THE COURT'S ORDER OF AUGUST 4, 2020 ON OR BEFORE AUGUST 11, 2020**<br><br>[Re: ECF 640] |

On August 4, 2020, the Court issued and conditionally sealed its Order Denying Finjan, Inc.'s Motion for Relief from Non-Dispositive Pretrial Orders of Magistrate Judge van Keulen regarding Cisco Systems, Inc.'s Motion to Strike (ECF 662; 582). *See* ECF 686. The Order references materials that were filed under seal in this case. To give the parties an opportunity to request redactions to the Order, the Court directs the parties to submit a stipulated request for redactions (or indicate that no redactions are requested) **on or before August 11, 2020**.

**IT IS SO ORDERED.**

Dated: August 4, 2020

_____
BETH LABSON FREEMAN
United States District Judge