**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS INC.,<br><br>　　　　Defendant. | Case No.  17-cv-00072-BLF<br><br>**ORDER REQUESTING PARTIES BE PREPARED TO DISCUSS TRIAL AT SEPTEMBER 17, 2020 MOTION HEARING** |

The Court requests that counsel be prepared to discuss the trial schedule and logistics at the September 17, 2020 motion hearing.  No written submissions are required.

Dated: September 15, 2020

_____
BETH LABSON FREEMAN
United States District Judge