**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS INC.,<br><br>            Defendant. | Case No. 17-cv-00072-BLF<br><br>**ORDER INFORMING PARTIES OF TRIAL STATUS** |

The United States District Court for the Northern District of California will resume civil trials on October 1, 2020. Accordingly, the Court confirms that trial will commence for this case on October 19, 2020.

**IT IS SO ORDERED.**

Dated: September 24, 2020

_____
BETH LABSON FREEMAN
United States District Judge