# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>           Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS INC.,<br><br>           Defendant. | Case No. 17-cv-00072-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT STIPULATED PROPOSED REDACTIONS TO THE COURT'S ORDER OF SEPTEMBER 30, 2020 ON OR BEFORE OCTOBER 7, 2020** |

On September 30, 2020, the Court issued and conditionally sealed its Order Granting in Part and Denying in Part Cisco's Renewed Motion *In Limine* No. 4. *See* ECF 723. The Order references materials that were filed under seal in this case. To give the parties an opportunity to request redactions to the Order, the Court directs the parties to submit a stipulated request for redactions (or indicate that no redactions are requested) on or before October 7, 2020.

**IT IS SO ORDERED.**

Dated: September 30, 2020

_____
BETH LABSON FREEMAN
United States District Judge