# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS INC.,<br><br>　　　　　Defendant. | Case No. 17-cv-00072-BLF<br><br>**ORDER CONTINUING TRIAL TO JANUARY 11, 2021, SETTING JURY INSTRUCTION CONFERENCE** |

The Court CONTINUES the jury trail currently set to start on November 2, 2020 to January 11, 2021. The Court SETS the jury instruction conference for January 8, 2021 at 9:00am.

**IT IS SO ORDERED.**

Dated: October 23, 2020

_____
BETH LABSON FREEMAN
United States District Judge