# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC, <br>         Plaintiff, <br>     v. <br> CISCO SYSTEMS INC., <br>         Defendant. | Case No. 17-cv-00072-BLF <br><br> **ORDER REFERRING PARTIES TO SETTLEMENT CONFERENCE** |

The Court REFERS the parties to Judge Nathanael Cousins for settlement discussions. The parties shall contact Judge Cousins' chambers for scheduling.

**IT IS SO ORDERED.**

Dated: December 1, 2020

BETH LABSON FREEMAN
United States District Judge