UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>            Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>            Defendant. | Case No. 5:17-cv-00072 BLF<br><br>**NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE**<br><br>**Re: Dkt. No.  734** |

    This case was referred to this Court by District Judge Beth Labson Freeman for a settlement conference. The conference will be held on **December 11, 2020, at 9:30 a.m.** in Courtroom 5, 4th Floor, 280 South First Street, San Jose, California. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov or 408.535.5343. Please see this Court's Settlement Conference Standing Order for more information.

    IT IS SO ORDERED.

Date: December 2, 2020

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 17-cv-0072 BLF (NC)
Settlement Conference Order