# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS INC.,<br><br>        Defendant. | Case No. 17-cv-00072-BLF<br><br>**ORDER SETTING CONFERENCE FOR DECEMBER 16, 2020 AT 2:00PM** |

The Court SETS a videoconference for **December 16, 2020 at 2:00pm**. Parties shall be prepared to discuss the trial schedule.

**IT IS SO ORDERED.**

Dated: December 15, 2020

/s/ Beth Labson Freeman
BETH LABSON FREEMAN
United States District Judge