UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CISCO SYSTEMS INC.,<br><br>　　　　　Defendant. | Case No. 17-cv-00072-BLF<br><br>**ORDER CONTINUING TRIAL TO JUNE 4, 2021, SETTING JURY INSTRUCTION AND CASE MANAGEMENT CONFERENCES** |

The Court CONTINUES the jury trail currently set to start on January 11, 2021 to June 4, 2021. The Court SETS the jury instruction conference for June 3, 2021 at 1:30pm and a further case management conference for May 6, 2021 at 1:30pm.

**IT IS SO ORDERED.**

Dated: December 16, 2020

_____
BETH LABSON FREEMAN
United States District Judge