| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) | D. Stuart Bartow (CA SBN 233107) |
| brooks@fr.com | dsbartow@duanemorris.com |
| Roger A. Denning (CA SBN 228998) | Nicole E. Grigg (CA SBN 307733) |
| denning@fr.com | negrigg@duanemorris.com |
| Frank J. Albert (CA SBN 247741) | DUANE MORRIS LLP |
| albert@fr.com | 2475 Hanover Street |
| FISH & RICHARDSON P.C. | Palo Alto, CA  94304-1194 |
| 12860 El Camino Real, Suite 400 | Telephone: 650.847.4146 |
| San Diego, CA 92130 | Facsimile: 650.847.4151 |
| Telephone: (858) 678-5070 | |
| Facsimile: (858) 678-5099 | *Additional attorneys on signature page* |
| *Additional attorneys on signature page* | Attorneys for Defendant<br>CISCO SYSTEMS, INC. |
| Attorneys for Plaintiff<br>FINJAN LLC | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>              Plaintiff,<br><br>      v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>              Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>**STIPULATION CONFIRMING NO REDACTIONS ARE REQUIRED TO THE COURT'S ORDER ON MOTION RE EXPERT REPORT DATED SEPTEMBER 21, 2020 (DKT. 715)** |

1  Pursuant to Civil L.R. 7-11 and 79-5 and the Court's Order Directing the Parties to Submit Stipulated Proposed Redactions to the Court's Order (Dkt. 715), the parties hereby stipulate that no redactions are requested to the Court's Order of September 21, 2020 (Dkt. 713).

Dated:  March 9, 2021

Respectfully Submitted,

FISH & RICHARDSON P.C.

By:    /s/ K. Nicole Williams
Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
Megan A. Chacon (CA SBN 304912)
chacon@fr.com
K. Nicole Williams (CA SBN 291900)
nwilliams@fr.com
Oliver J. Richards (CA SBN 310972)
ojr@fr.com
Jared A. Smith (CA SBN 306576)
jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038)
terhufen@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Aamir Kazi (Admitted *Pro Hac Vice*)
kazi@fr.com
Alana C. Mannige (CA SBN 313341)
mannige@fr.com
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Phone: (404) 892-5005 / Fax: (404) 892-5002

Attorneys for Plaintiff FINJAN LLC

Dated:  March 9, 2021

Respectfully Submitted,

DUANE MORRIS LLP

By:    /s/ Nicole E. Grigg

D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

L. Norwood Jameson (admitted *pro hac vice*)
Email:  wjameson@duanemorris.com
Matthew C. Gaudet (admitted *pro hac vice*)
Email:  mcgaudet@duanemorris.com
Robin L. McGrath (admitted *pro hac vice*)
Email: rlmcgrath@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
Email:  dcdotson@duanemorris.com
John R. Gibson (admitted *pro hac vice*)
Email: jrgibson@duanemorris.com
Jennifer H. Forte (admitted *pro hac vice*)
Email:  jhforte@duanemorris.com
Alice E. Snedeker (admitted *pro hac vice*)
Email: aesnedeker@duanemorris.com
1075 Peachtree Street, Ste. 2000
Atlanta, GA  30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

Joseph A. Powers (admitted *pro hac vice*)
Email:  japowers@duanemorris.com
Jarrad M. Gunther (admitted *pro hac vice*)
Email: jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: 215.979.1000
Facsimile: 215.979.1020

*Attorneys for Defendant*
CISCO SYSTEMS, INC.

|    |    |
|----|----|
| 1  | [PROPOSED] ORDER |
| 2  | PURSUANT TO THE STIPULATION, IT IS SO ORDERED that there are no redactions |
| 3  | to the Court's Order Re: Expert Report dated September 21, 2020. |

Dated: March 9, 2021

_____
Hon. Beth Labson Freeman
United States District Court Judge

## ECF ATTESTATION

I, Nicole E. Grigg, am the ECF user whose ID and password are being used to file **STIPULATED REQUEST FOR REDACTIONS TO THE COURT'S ORDER DATE SEPTEMBER 21, 2020**. I hereby attest that I received authorization to insert the signatures indicated by the conformed signature (/s/) within this e-filed document.

Dated: March 9, 2021

By:  */s/ Nicole E. Grigg*
         Nicole E. Grigg
         negrigg@duanemorris.com