Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Additional attorneys on signature page*

Attorneys for Plaintiff
FINJAN LLC

D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

*Additional attorneys on signature page*

Attorneys for Defendant
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>  Defendant. | Case No. 5:17-cv-00072-BLF-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING DEADLINES**<br><br>TRIAL DATE:  June 7, 2021<br>TIME:  9:00 a.m.<br>JUDGE:  Hon. Beth Labson Freeman<br>Courtroom:  3, 5th Floor |

Following the discussion at the Case Management Conference (CMC) on Thursday, April 15, 2021, Plaintiff Finjan, LLC ("Finjan") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, the "Parties") conferred regarding the briefing schedule for a motion to be filed by Cisco relating to the collateral estoppel issues for the '844, '780, and '494 Patents, and respectfully submit this Stipulation and [Proposed] Order Regarding the briefing deadlines and page limits:

| Date | Event |
| --- | --- |
| April 19, 2021 | Cisco files collateral estoppel motion |
| April 26, 2021 | Finjan files brief in opposition to motion |
| April 29, 2021 | Cisco files reply brief in support of motion |

Further, the opening and opposition briefs will be limited to five pages each, and the reply to three pages. The Parties respectfully request that the Court issue an order consistent with the above.

Dated: April 16, 2021

Respectfully Submitted,

DUANE MORRIS LLP

By: /s/ Nicole E. Grigg
D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
Nicole E. Grigg (CA SBN 307733)
negrigg@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: 650.847.4146
Facsimile: 650.847.4151

L. Norwood Jameson (admitted *pro hac vice*)
Email:  wjameson@duanemorris.com
Matthew C. Gaudet (admitted *pro hac vice*)
Email:  mcgaudet@duanemorris.com
Robin L. McGrath (admitted *pro hac vice*)
Email: rlmcgrath@duanemorris.com
David C. Dotson (admitted *pro hac vice*)
Email:  dcdotson@duanemorris.com
John R. Gibson (admitted *pro hac vice*)

| | |
|---|---|
| 1 | Email: jrgibson@duanemorris.com |
| | Jennifer H. Forte (admitted *pro hac vice*) |
| 2 | Email:  jhforte@duanemorris.com |
| | Alice E. Snedeker (admitted *pro hac vice*) |
| 3 | Email: aesnedeker@duanemorris.com |
| 4 | 1075 Peachtree Street, Ste. 2000 |
| | Atlanta, GA  30309 |
| 5 | Telephone: 404.253.6900 |
| | Facsimile: 404.253.6901 |
| 6 | |
| 7 | Joseph A. Powers (admitted *pro hac vice*) |
| | Email:  japowers@duanemorris.com |
| 8 | Jarrad M. Gunther (admitted *pro hac vice*) |
| | Email: jmgunther@duanemorris.com |
| 9 | 30 South 17th Street |
| | Philadelphia, PA  19103 |
| 10 | Telephone: 215.979.1000 |
| | Facsimile: 215.979.1020 |
| 11 | |
| 12 | *Attorneys for Defendant* |
| | CISCO SYSTEMS, INC. |
| 13 | |
| | FISH & RICHARDSON P.C. |
| 14 | |
| 15 | By:      /s/ *Juanita R. Brooks* |
| | Juanita R. Brooks (CA SBN 75934) |
| 16 | brooks@fr.com |
| | Roger A. Denning (CA SBN 228998) |
| 17 | denning@fr.com |
| | Frank J. Albert (CA SBN 247741) |
| 18 | albert@fr.com |
| | Megan A. Chacon (CA SBN 304912) |
| 19 | chacon@fr.com |
| | K. Nicole Williams (CA SBN 291900) |
| 20 | nwilliams@fr.com |
| | Oliver J. Richards (CA SBN 310972) |
| 21 | ojr@fr.com |
| | Jared A. Smith (CA SBN 306576) |
| 22 | jasmith@fr.com |
| | Tucker N. Terhufen (CA SBN 311038) |
| 23 | terhufen@fr.com |
| 24 | 12860 El Camino Real, Suite 400 |
| | San Diego, CA 92130 |
| 25 | Phone: (858) 678-5070 / Fax: (858) 678-5099 |
| 26 | |
| 27 | Aamir Kazi (Admitted *Pro Hac Vice*) |
| | kazi@fr.com |
| 28 | Alana C. Mannige (CA SBN 313341) |

mannige@fr.com
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Phone: (404) 892-5005 / Fax: (404) 892-5002

Attorneys for Plaintiff FINJAN LLC

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the following deadlines and page limitations shall apply to Cisco's forthcoming collateral estoppel motion.

| Date | Event | Page Limit |
|---|---|---|
| April 19, 2021 | Cisco files collateral estoppel motion | 5 pages |
| April 26, 2021 | Finjan files brief in opposition to motion | 5 pages |
| April 29, 2021 | Cisco files reply brief in support of motion | 3 pages |

IT IS SO ORDERED.

Dated: _____

_____
Hon. Beth Labson Freeman
United States District Court Judge

**ECF ATTESTATION**

I, Nicole Grigg, am the ECF user whose ID and password are being used to file **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING DEADLINES.** I hereby attest that I received authorization to insert the signatures indicated by the conformed signature (/s/) within this e-filed document.

Dated: April 16, 2021

By: */s/ Nicole Grigg*
Nicole Grigg
negrigg@duanemorris.com