Juanita R. Brooks (CA SBN 75934)
brooks@fr.com
Roger A. Denning (CA SBN 228998)
denning@fr.com
Frank J. Albert (CA SBN 247741)
albert@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

*Additional attorneys on signature page*

Attorneys for Plaintiff
FINJAN LLC

D. Stuart Bartow (CA SBN 233107)
dsbartow@duanemorris.com
DUANE MORRIS LLP
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: (650) 847-4146
Facsimile:  (650) 847-4151

*Additional attorneys on signature page*

Attorneys for Defendant
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>    Defendant. | Case No. 5:17-cv-00072-BLF<br><br>JOINT REQUEST TO SEVER AND STAY THE '844, '780, AND '494 PATENTS |

1   To preserve the resources of the parties and in the interest of judicial economy, the parties

2   request the Court sever United States Patent Nos. 6,154,844; 6,804,780; and 8,677,494 from this

3   matter and stay the litigation, including deferring any trial, as to those three patents pending

4   completion of any appellate review of the Court's amended order (Dkt. No. 869) of March 29,

5   2021 in Finjan v. ESET (S.D. Cal Case No. 17-cv-0183).

6

7

8   Dated:  May 3, 2021                           FISH & RICHARDSON P.C.

9

10                                                By:  /s/ Juanita R. Brooks
                                                       Juanita R. Brooks
11
                                                  Attorneys for Plaintiff
12                                                FINJAN, INC.

13

14  Dated:  May 3, 2021                           DUANE MORRIS LLP

15

16                                                By:  /s/ Matthew C. Gaudet
                                                       Matthew C. Gaudet
17
                                                  Attorneys for Defendant
18                                                CISCO SYSTEMS, INC.

19

20              **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

21   In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

22  document has been obtained from any other signatory to this document.

23

24                                                /s/ Juanita R. Brooks
                                                  Juanita R. Brooks
25

26

27

28

1    JOINT REQUEST TO SEVER AND STAY THE '844,
     '780, AND '494 PATENTS
     Case No. 5:17-cv-00072-BLF

1   *Additional Counsel:*

2   **FISH & RICHARDSON P.C.**
    Megan A. Chacon (CA SBN 304912); chacon@fr.com
3   K. Nicole Williams (CA SBN 291900); nwilliams@fr.com
    Oliver J. Richards (CA SBN 310972); ojr@fr.com
4   Jared A. Smith (CA SBN 306576); jasmith@fr.com
    Tucker N. Terhufen (CA SBN 311038); terhufen@fr.com
5   12860 El Camino Real, Suite 400
    San Diego, CA  92130
6   Telephone:  (858) 678-5070
    Facsimile:   (858) 678-5099
7

8   Aamir Kazi (Admitted *Pro Hac Vice*); kazi@fr.com
    1180 Peachtree Street NE, 21st Floor
9   Atlanta, GA  30309
    Telephone: (404) 892-5005
10  Facsimile:  (404) 892-5002

11

12  Attorneys for Plaintiff
    FINJAN, INC.

13

14  **DUANE MORRIS LLP**
    D. Stuart Bartow (CA SBN 233107); dsbartow@duanemorris.com
15  2475 Hanover Street
    Palo Alto, CA  94304-1194
16  Telephone: (650) 847-4146
    Facsimile:  (650) 847-4151
17

18  L. Norwood Jameson (admitted *pro hac vice*); wjameson@duanemorris.com
    Matthew C. Gaudet (admitted *pro hac vice*); mcgaudet@duanemorris.com
19  Robin L. McGrath (admitted *pro hac vice*); rlmcgrath@duanemorris.com
    David C. Dotson (admitted *pro hac vice*); dcdotson@duanemorris.com
20  John R. Gibson (admitted *pro hac vice*); jrgibson@duanemorris.com
    Jennifer H. Forte (admitted *pro hac vice*); jhforte@duanemorris.com
21  Alice E. Snedeker (admitted *pro hac vice*); aesnedeker@duanemorris.com
22  1075 Peachtree Street, Suite 2000
    Atlanta, GA  30309
23  Telephone: (404) 253-6900
    Facsimile:  (404) 253-6901
24

25  Joseph A. Powers (admitted *pro hac vice*); japowers@duanemorris.com
    Jarrad M. Gunther (admitted *pro hac vice);* jmgunther@duanemorris.com
26  30 South 17th Street
    Philadelphia, PA  19103
27  Telephone: (215) 979-1000
    Facsimile:  (215) 979-1020
28

2   JOINT REQUEST TO SEVER AND STAY THE '844,
    '780, AND '494 PATENTS
    Case No. 5:17-cv-00072-BLF

1

John M. Desmarais (CA SBN 320875); jdesmarais@desmaraisllp.com
Peter C. Magic (CA SBN 278917); pmagic@desmaraisllp.com

2

101 California Street, Suite 3070

3

San Francisco, CA  94111
Telephone: (415) 573-1900

4

Facsimile:  (415) 573-1901

5

Paul A. Bondor (admitted *pro hac vice*); pbondor@desmaraisllp.com

6

Priyanka R. Dev (CA SBN 308363)
pdev@desmaraisllp.com

7

Joze F. Welsh (admitted *pro hac vice*); jwelsh@desmaraisllp.com
230 Park Avenue

8

New York, NY  10009
Telephone: (212) 351-3400

9

Facsimile:  (212) 351-3401

10

Attorneys for Defendant

11

CISCO SYSTEMS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28