UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>  Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>  Defendant. | Case No. 5:17-cv-00072-BLF<br><br>**ORDER ON JOINT REQUEST TO SEVER AND STAY THE '844, '780, AND '494 PATENTS** |

To preserve the resources of the parties and in the interest of judicial economy, the Court grants the joint request of counsel to sever United States Patent Nos. 6,154,844; 6,804,780; and 8,677,494 from this matter and stay the litigation, including deferring trial of those three patents, pending completion of any appellate review of the District Court's amended order (Dkt. No. 869) of March 29, 2021 in Finjan v. ESET (S.D. Cal Case No. 17-cv-0183.)

IT IS SO ORDERED.

Dated: _____    _____
Hon. Beth Labson Freeman
United States District Court

1  ORDER GRANTING JOINT REQUEST TO SEVER
AND STAY THE '844, '780, AND '494 PATENTS
Case No. 5:17-cv-00072-BLF