UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>　　　　　Defendant. | Case No. 5:17-cv-00072-BLF<br><br>**CORRECTED ORDER ON JOINT REQUEST TO SEVER AND STAY THE '844, '780, AND '494 PATENTS** |

To preserve the resources of the parties and in the interest of judicial economy, the Court grants the joint request of counsel to sever United States Patent Nos. 6,154,844; 6,804,780; and 8,677,494 from this matter and stay the litigation, including deferring trial as to those three patents, pending completion of any appellate review of the District Court's amended order (Dkt. No. 869) of March 29, 2021 in Finjan v. ESET (S.D. Cal Case No. 17-cv-0183.)

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　Hon. Beth Labson Freeman
　　　　　　　　　　　　　　　　　　　United States District Court