| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934) <br> brooks@fr.com <br> Roger A. Denning (CA SBN 228998) <br> denning@fr.com <br> Frank J. Albert (CA SBN 247741) <br> albert@fr.com <br> FISH & RICHARDSON P.C. <br> 12860 El Camino Real, Suite 400 <br> San Diego, CA 92130 <br> Telephone: (858) 678-5070 <br> Facsimile:  (858) 678-5099 <br><br> *Additional attorneys on signature page* <br><br> Attorneys for Plaintiff <br> FINJAN LLC | D. Stuart Bartow (CA SBN 233107) <br> dsbartow@duanemorris.com <br> DUANE MORRIS LLP <br> 2475 Hanover Street <br> Palo Alto, CA  94304-1194 <br> Telephone: (650) 847-4146 <br> Facsimile:  (650) 847-4151 <br><br> *Additional attorneys on signature page* <br><br> Attorneys for Defendant <br> CISCO SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., a California Corporation, <br><br> Defendant. | Case No. 5:17-cv-00072-BLF <br><br> JOINT STIPULATION OF DISMISSAL |

1  Plaintiff Finjan LLC ("Finjan") and Defendant Cisco Systems, Inc. ("Cisco") have
2  resolved their dispute in the captioned case and accordingly stipulate to dismissal with prejudice
3  under Rule 41(a)(1)(A)(ii) of all claims and counter-claims asserted in the case. Finjan and Cisco
4  further stipulate that each party will bear its own costs, including expert fees and expenses, and
5  attorneys' fees.
6  Accordingly, pursuant to Federal Rule 41, the parties hereby request that the Court dismiss
7  all claims in this action with prejudice.

8  Dated: May 26, 2021                FISH & RICHARDSON P.C.

10                                     By: /s/ *Juanita R. Brooks*
                                           Juanita R. Brooks

12                                     Attorneys for Plaintiff
                                       FINJAN LLC

14  Dated: May 26, 2021                DUANE MORRIS LLP

16                                     By: /s/ *Matthew C. Gaudet*
                                           Matthew C. Gaudet

18                                     Attorneys for Defendant
                                       CISCO SYSTEMS, INC.

20  **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

21  In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
22  document has been obtained from any other signatory to this document.

24                                     /s/ *Juanita R. Brooks*
                                       Juanita R. Brooks

*Additional Counsel:*

**FISH & RICHARDSON P.C.**
Megan A. Chacon (CA SBN 304912); chacon@fr.com
K. Nicole Williams (CA SBN 291900); nwilliams@fr.com
Oliver J. Richards (CA SBN 310972); ojr@fr.com
Jared A. Smith (CA SBN 306576); jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038); terhufen@fr.com
12860 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Aamir Kazi (Admitted *Pro Hac Vice*); kazi@fr.com
1180 Peachtree Street NE, 21st Floor
Atlanta, GA  30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Attorneys for Plaintiff
FINJAN LLC

**DUANE MORRIS LLP**
D. Stuart Bartow (CA SBN 233107); dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: (650) 847-4146
Facsimile:  (650) 847-4151

L. Norwood Jameson (admitted *pro hac vice*); wjameson@duanemorris.com
Matthew C. Gaudet (admitted *pro hac vice*); mcgaudet@duanemorris.com
Robin L. McGrath (admitted *pro hac vice*); rlmcgrath@duanemorris.com
David C. Dotson (admitted *pro hac vice*); dcdotson@duanemorris.com
John R. Gibson (admitted *pro hac vice*); jrgibson@duanemorris.com
Jennifer H. Forte (admitted *pro hac vice*); jhforte@duanemorris.com
Alice E. Snedeker (admitted *pro hac vice*); aesnedeker@duanemorris.com
1075 Peachtree Street, Suite 2000
Atlanta, GA  30309
Telephone: (404) 253-6900
Facsimile:  (404) 253-6901

Joseph A. Powers (admitted *pro hac vice*); japowers@duanemorris.com
Jarrad M. Gunther (admitted *pro hac vice);* jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: (215) 979-1000
Facsimile:  (215) 979-1020

| | |
|---|---|
| 1 | John M. Desmarais (CA SBN 320875); jdesmarais@desmaraisllp.com |
| 2 | Peter C. Magic (CA SBN 278917); pmagic@desmaraisllp.com<br>101 California Street, Suite 3070 |
| 3 | San Francisco, CA  94111<br>Telephone: (415) 573-1900 |
| 4 | Facsimile:  (415) 573-1901 |
| 5 | Paul A. Bondor (admitted *pro hac vice*); pbondor@desmaraisllp.com |
| 6 | Priyanka R. Dev (CA SBN 308363)<br>pdev@desmaraisllp.com |
| 7 | Joze F. Welsh (admitted *pro hac vice*); jwelsh@desmaraisllp.com<br>230 Park Avenue |
| 8 | New York, NY  10009<br>Telephone: (212) 351-3400 |
| 9 | Facsimile:  (212) 351-3401 |
| 10 | Attorneys for Defendant |
| 11 | CISCO SYSTEMS, INC. |