| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934)<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998)<br>denning@fr.com<br>Frank J. Albert (CA SBN 247741)<br>albert@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>*Additional attorneys on signature page*<br><br>Attorneys for Plaintiff<br>FINJAN LLC | D. Stuart Bartow (CA SBN 233107)<br>dsbartow@duanemorris.com<br>DUANE MORRIS LLP<br>2475 Hanover Street<br>Palo Alto, CA  94304-1194<br>Telephone: (650) 847-4146<br>Facsimile:  (650) 847-4151<br><br>*Additional attorneys on signature page*<br><br>Attorneys for Defendant<br>CISCO SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>        Plaintiff,<br><br>  v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>        Defendant. | Case No. 5:17-cv-00072-BLF<br><br>JOINT STIPULATION OF DISMISSAL |

Plaintiff Finjan LLC ("Finjan") and Defendant Cisco Systems, Inc. ("Cisco") have resolved their dispute in the captioned case and accordingly stipulate to dismissal with prejudice under Rule 41(a)(1)(A)(ii) of all claims and counter-claims asserted in the case. Finjan and Cisco further stipulate that each party will bear its own costs, including expert fees and expenses, and attorneys' fees.

Accordingly, pursuant to Federal Rule 41, the parties hereby request that the Court dismiss all claims in this action with prejudice.

Dated: May 26, 2021        FISH & RICHARDSON P.C.


                            By: /s/ *Juanita R. Brooks*
                                Juanita R. Brooks

                            Attorneys for Plaintiff
                            FINJAN LLC


Dated: May 26, 2021        DUANE MORRIS LLP


                            By: /s/ *Matthew C. Gaudet*
                                Matthew C. Gaudet

                            Attorneys for Defendant
                            CISCO SYSTEMS, INC.

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                            /s/ *Juanita R. Brooks*
                            Juanita R. Brooks

*Additional Counsel:*

**FISH & RICHARDSON P.C.**
Megan A. Chacon (CA SBN 304912); chacon@fr.com
K. Nicole Williams (CA SBN 291900); nwilliams@fr.com
Oliver J. Richards (CA SBN 310972); ojr@fr.com
Jared A. Smith (CA SBN 306576); jasmith@fr.com
Tucker N. Terhufen (CA SBN 311038); terhufen@fr.com
12860 El Camino Real, Suite 400
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

Aamir Kazi (Admitted *Pro Hac Vice*); kazi@fr.com
1180 Peachtree Street NE, 21st Floor
Atlanta, GA  30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

Attorneys for Plaintiff
FINJAN LLC

**DUANE MORRIS LLP**
D. Stuart Bartow (CA SBN 233107); dsbartow@duanemorris.com
2475 Hanover Street
Palo Alto, CA  94304-1194
Telephone: (650) 847-4146
Facsimile:  (650) 847-4151

L. Norwood Jameson (admitted *pro hac vice*); wjameson@duanemorris.com
Matthew C. Gaudet (admitted *pro hac vice*); mcgaudet@duanemorris.com
Robin L. McGrath (admitted *pro hac vice*); rlmcgrath@duanemorris.com
David C. Dotson (admitted *pro hac vice*); dcdotson@duanemorris.com
John R. Gibson (admitted *pro hac vice*); jrgibson@duanemorris.com
Jennifer H. Forte (admitted *pro hac vice*); jhforte@duanemorris.com
Alice E. Snedeker (admitted *pro hac vice*); aesnedeker@duanemorris.com
1075 Peachtree Street, Suite 2000
Atlanta, GA  30309
Telephone: (404) 253-6900
Facsimile:  (404) 253-6901

Joseph A. Powers (admitted *pro hac vice*); japowers@duanemorris.com
Jarrad M. Gunther (admitted *pro hac vice);* jmgunther@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103
Telephone: (215) 979-1000
Facsimile:  (215) 979-1020

| | |
|---|---|
| 1 | John M. Desmarais (CA SBN 320875); jdesmarais@desmaraisllp.com |
| 2 | Peter C. Magic (CA SBN 278917); pmagic@desmaraisllp.com |
| | 101 California Street, Suite 3070 |
| 3 | San Francisco, CA  94111 |
| | Telephone: (415) 573-1900 |
| 4 | Facsimile:  (415) 573-1901 |
| 5 | Paul A. Bondor (admitted *pro hac vice*); pbondor@desmaraisllp.com |
| | Priyanka R. Dev (CA SBN 308363) |
| 6 | pdev@desmaraisllp.com |
| 7 | Joze F. Welsh (admitted *pro hac vice*); jwelsh@desmaraisllp.com |
| | 230 Park Avenue |
| 8 | New York, NY  10009 |
| | Telephone: (212) 351-3400 |
| 9 | Facsimile:  (212) 351-3401 |
| 10 | Attorneys for Defendant |
| 11 | CISCO SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FINJAN LLC, a Delaware Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CISCO SYSTEMS, INC., a California Corporation,<br><br>　　　　Defendant. | Case No. 5:17-cv-00072-BLF<br><br>**[PROPOSED] ORDER GRANTING JOINT STUPULATION OF DISMISSAL** |

This matter comes before the Court on the Parties' Joint Stipulation of Dismissal, and finding good cause shown, IT IS HEREBY ORDERED that the dismissal is GRANTED.

IT IS SO ORDERED.

Dated: May 27, 2021

_____
Hon. Beth Labson Freeman
United States District Court

1　PROP. ORDER GRANTING JOINT STIPULATION
OF DISMISSAL
Case No. 5:17-cv-00072-BLF